**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____  Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Platinum Corral, L.L.C.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **56-1992937** |

4.  **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **521 New Bridge St.** **Jacksonville, NC 28540-5430** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Onslow** County | **Location of principal assets, if different from principal place of business** **Various** Number, Street, City, State & ZIP Code |

5.  **Debtor's website** (URL)  _____

6.  **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Platinum Corral, L.L.C.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__7225__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | | Case number, if known | |

| Debtor | **Platinum Corral, L.L.C.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

- ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☑ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

- ☑ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☑ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Platinum Corral, L.L.C.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 9, 2021**
                 MM / DD / YYYY

**X  /s/ Louis William Sewell, III**                    **Louis William Sewell, III**
Signature of authorized representative of debtor         Printed name

Title   **President and Chief Executive Officer**

---

**18. Signature of attorney**

**X  /s/ Gerald A. Jeutter, Jr.**                    Date  **April 9, 2021**
Signature of attorney for debtor                           MM / DD / YYYY

**Gerald A. Jeutter, Jr. 17724**
Printed name

**Smith Anderson**
Firm name

**150 Fayetteville Street, Ste. 2300**
**P.O. Box 2611**
**Raleigh, NC 27602-2611**
Number, Street, City, State & ZIP Code

Contact phone   **919-821-1220**        Email address   **jjeutter@smithlaw.com**

**17724 NC**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Platinum Corral, L.L.C.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration    **Exhibits**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 9, 2021**        X **/s/ Louis William Sewell, III**
                                            Signature of individual signing on behalf of debtor

                                            **Louis William Sewell, III**
                                            Printed name

                                            **President and Chief Executive Officer**
                                            Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Platinum Corral, L.L.C.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NORTH CAROLINA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **1053 Lenoir Rhyne Boulevard LLC Mr. and Mrs. Russell Wachtier 740 Saint Nicholas Ave., Room 2 New York, NY 10031** | | **Rent** | | | | **$246,885.00** |
| **ARC Cafeusa001 LLC Zanesville OH DEPT 880044 (ID 082070) PO Box 29650 - Attn: Officer/Mgr. Phoenix, AZ 85038** | | **Rent** | | | | **$302,991.00** |
| **BRINKS INC. Attn: Officer/Manager 7373 SOLUTIONS CENTER CHICAGO, IL 60677** | | **SAFE & MONEY REMOVAL SVC** | **Disputed** | | | **$109,201.71** |
| **Chillicothe Bowling Lanes Inc. Attn: Officer/Manager 1680 N Bridge St Chillicothe, OH 45601** | | **Rent** | | | | **$182,000.00** |
| **Dogwood State Bank FKA Sound Bank Attn: Officer/Manager 5401 Six Forks Rd, Suite 100 Raleigh, NC 27609** | | **Trade debt** | | | | **$133,259.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Platinum Corral, L.L.C.**
_____    Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Douglas Ray Higdon 391 Foxwood Dr. Richmond, KY 40475 | | Promissory Note | | | | $220,334.00 |
| Greenup County Sheriff Attn: Officer/Manager PO BOX 318 Greenup, KY 41144 | | Store 781 | | | | $51,223.38 |
| HP-Wakeforest GC, LLC Holly Park Inv.-Attn: Officer/Mgr. PO Box 19669 Raleigh, NC 27619 | | Rent | | | | $273,195.00 |
| Noble Properties Inc. Attn: Officer/Manager 4280 Professional Center Dr Ste 100 Palm Beach Gardens, FL 33410 | | Rent for Store 2623 | | | | $301,489.00 |
| Northeast Bank Attn: Loan Servicing Dept. PO Box 171769 Boston, MA 02117 | | PPP2 Loan | Contingent | | | $2,000,000.00 |
| SBBH Golden Corral, LLC Attn: Officer/Manager 101 S Kings Drive, Suite 200 Charlotte, NC 28204 | | Rent | | | | $150,421.00 |
| SHULER MEATS Attn: Officer/Manager 124 SHULER RD THOMASVILLE, NC 27360 | | Trade debt | | | | $790,293.61 |
| STORE Master Funding III, LLC Attn: Michael Bennett, Exec. VP 8501 E. Princess Drive, Suite 190 Scottsdale, AZ 85255 | | Rent | | | | $2,073,981.00 |

| Debtor | **Platinum Corral, L.L.C.** | Case number *(if known)* | |
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Sumter County Treasurer Attn: Officer/Manager PO BOX 100140 Columbia, SC 29202 | | Store 2508 | | | | $47,800.94 |
| SVCN 4 LLC c/o The RMR Group LLC Attn: Officer/Manager 255 Washington St., Suite 300 Newton, MA 02458 | | Rent | | | | $1,591,304.00 |
| The Loan Source Attn: Officer/Manager 353 E 83rd St. New York, NY 10028 | | PPP Loan | Contingent | | | $4,700,812.00 |
| Toler Properties, LLC Attn: Officer/Manager 330 Harper Park Dr., Suite G Beckley, WV 25801 | | Rent | | | | $175,058.00 |
| US FOODS INC Attn: Officer/Manager PO BOX 602292 CHARLOTTE, NC 28260 | | Restaurant food and supplies | | | | $43,078.42 |
| Wake County Tax Administration Attn: Officer/Manager PO BOX 580084 Charlotte, NC 28258 | | PROPERTY TAXES - Store 2485 | | | | $37,613.84 |
| WSR Sumter-c/o West Realty Group Attn: Officer/Manager 875 Saint Nicholas Ave., Apt. 1 New York, NY 10032 | | Rent | | | | $261,618.00 |

4/09/21  4:58PM

**Fill in this information to identify the case:**

Debtor name   **Platinum Corral, L.L.C.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................... $     **5,514,229.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................. $     **5,740,212.31**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................... $     **11,254,441.31**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $     **19,985,140.73**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $     **347,025.68**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$     **29,057,481.22**

4. **Total liabilities** ........................................................................................................
   Lines 2 + 3a + 3b

$     **49,389,647.63**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Platinum Corral, L.L.C.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)*  _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property  **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**   **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **BB&T** | **Money Market Account** | **4054** | **$2,000,003.81** |
| 3.2. | **BB&T** | **General Checking** | **3900** | **$1,348,668.42** |
| 3.3. | **BB&T - Payroll Account** | **Checking account** | **8342** | **$0.00** |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

|  |
|---|
| **$3,348,672.23** |

**Part 2:**   **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

| 7.1. | **Parkersburg, WV (Store 2490) - Parkersburg Utility Board** | **$100.00** |
|---|---|---|

Debtor    **Platinum Corral, L.L.C.**                                Case number *(If known)* _____
Name

| | | |
|---|---|---|
| 7.2. | **Zanesville, OH (Store 2438) - Muskingum Co Water** | $25.00 |
| 7.3. | **Huntington, WV (Store 814) - Mountaineer Gas** | $4,250.24 |
| 7.4. | **Chillicothe, OH (Store 722) - Chillicothe Municipal Water** | $100.00 |
| 7.5. | **Chillicothe, OH (Store 722) - Columbia Gas of OH** | $1,652.42 |
| 7.6. | **Ashland, KY (Store 781) - Kentucky Power Co** | $988.00 |
| 7.7. | **Glen Allen, VA (Store 749) - City of Richmond** | $13,100.00 |
| 7.8. | **Lynchburg, VA (Store 894) - Appalachian Power** | $8,614.00 |
| 7.9. | **Lynchburg, VA (Store 894) - Appalachian Power** | $11,886.74 |
| 7.10. | **Sumter, SC (Store 2508) - South Carolina Electric & Gas** | $8,227.23 |
| 7.11. | **Sumter, SC (Store 2508) - City of Sumter Water** | $100.00 |
| 7.12. | **Christiansburg, VA (Store 2663) - Atmos Energy** | $4,386.84 |
| 7.13. | **Elizabethtown, KY (Store 634) - City of Elizabethtown Gas** | $100.00 |
| 7.14. | **Kentucky Utilities Company (Store 634) - Elizabethtown, KY** | $10,782.52 |
| 7.15. | **Hardin Co Water (Store 634) - Elizabethtown, KY** | $62.50 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Platinum Corral, L.L.C.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| 7.16. | **Winchester, KY (Store 630) - Columbia Gas of KY** | **$4,815.00** |
|---|---|---|
| 7.17. | **Kentucky Utilities Company (Store 630) - Winchester, KY** | **$10,818.48** |
| 7.18. | **Roanoke, VA (Store 774) - Western VA Water** | **$100.00** |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1. | **North Carolina Department of Revenue - Sales Tax** | **$40,000.00** |
|---|---|---|

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

**$120,108.97**

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less:        **142,905.00**  -        **0.00**  = ....        **$142,905.00**
                                   face amount            doubtful or uncollectible accounts

11b. Over 90 days old:          **206,547.00**  -        **0.00**  =....        **$206,547.00**
                                   face amount            doubtful or uncollectible accounts

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**$349,452.00**

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| Debtor | **Platinum Corral, L.L.C.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | Name of entity: | % of ownership | | |
|---|---|---|---|---|
| 15.1. | **Salem Halifax Capital Partners LP** | **0** % | **Cost** | **$58,094.90** |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
    Describe:

17. **Total of Part 4.**                                                                                          **$58,094.90**

    Add lines 14 through 16.  Copy the total to line 83.

**Part 5:**     **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** **Store 559** | **3/24/2021** | **$42,307.00** | **FIFO** | **$42,307.00** |
| | **Store 576** | **3/24/2021** | **$33,309.00** | **FIFO** | **$33,309.00** |
| | **Store 586** | **3/24/2021** | **$33,229.00** | **FIFO** | **$33,229.00** |
| | **Store 589** | **3/24/2021** | **$32,448.00** | **FIFO** | **$32,448.00** |
| | **Store 2607** | **3/24/2021** | **$27,876.00** | **FIFO** | **$27,876.00** |
| | **Store 764** | **3/24/2021** | **$41,441.00** | **FIFO** | **$41,441.00** |
| | **Store 774** | **3/24/2021** | **$33,850.00** | **FIFO** | **$33,850.00** |
| | **Store 894** | **3/24/2021** | **$27,477.00** | **FIFO** | **$27,477.00** |
| | **Store 2454** | **3/24/2021** | **$42,099.00** | **FIFO** | **$42,099.00** |
| | **Store 749** | **3/24/2021** | **$35,292.00** | **FIFO** | **$35,292.00** |

20. **Work in progress**

21. **Finished goods, including goods held for resale**

| 22. | **Other inventory or supplies** **Office supplies** | **None** | **$0.00** | **Estimate** | **$2,000.00** |
|---|---|---|---|---|---|

| Debtor | **Platinum Corral, L.L.C.** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

**23.** **Total of Part 5.** $351,328.00

Add lines 19 through 22. Copy the total to line 84.

**24.** **Is any of the property listed in Part 5 perishable?**

☐ No

■ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

■ Yes. Book value _____ 0.00  Valuation method  **FIFO** _____  Current Value _____ 0.00

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** **Restaurant Furniture, Fixtures and Equipment** | $1,162,498.76 | BOOK VALUE | $1,162,498.76 |
| **40.** **Office fixtures** **Included with Office Furniture - see 41.** | $0.00 | | $0.00 |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** **Office Furniture, Fixtures, and Equipment** | $151,750.41 | Book Value | $151,750.41 |
| **42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43.** **Total of Part 7.** $1,314,249.17

Add lines 39 through 42. Copy the total to line 86.

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

■ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No

☐ Yes

Official Form 206A/B      Schedule A/B Assets - Real and Personal Property      page 5

| Debtor | **Platinum Corral, L.L.C.** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1. Veh#1: 2004 Chevrolet Express 1500 Cargo Van 1GCFG15X041157917 NC | $0.00 | Kelley Blue Book | $3,580.50 |
| 47.2. Veh#2: 2006 Chevrolet Express 2500 Cargo Van 1GCGG25V661256432 NC | $0.00 | Kelley Blue Book | $4,329.50 |
| 47.3. Veh#3: 2014 Chevrolet Express 1500 Cargo Van 1GCSGAFX0E1139755 NC | $8,466.33 | Kelley Blue Book | $12,172.50 |
| 47.4. Veh#4: 2012 Chevrolet Silverado 2500 HD Ext Cab Pickup 1GC2CVCG0CZ329514 NC | $14,690.97 | Kelley Blue Book | $12,165.50 |
| 47.5. Veh#5: 2009 Ford Econoline 150 Cargo Van 1FTNE14L19DA67343 NC | $3,938.06 | Kelley Blue Book | $6,585.50 |
| 47.6. Veh#6: 2011 Ford Transit Connect Cargo XLT Van NM0LS7DN5BT065754 NC | $8,346.92 | Kelley Blue Book | $6,107.50 |
| 47.7. Veh#7: 2014 Chevrolet Express 1500 Cargo Van 1GCSGAFX4E1189137 NC | $8,466.33 | Kelley Blue Book | $12,172.50 |
| 47.8. Veh#9: 2018 Ford Expedition Max 1FMJK1KT4JEA24992 NC | $35,792.28 | Kelley Blue Book | $45,027.00 |
| 47.9. Veh#10: 2015 Chevrolet City Express LT Van 3N63M0ZN1FK697354 NC | $8,452.57 | Kelley Blue Book | $10,447.50 |
| 47.10. Veh#11: 1998 Chevrolet Box 3500 Truck 1GBJG31FOW1106685 NC | $6,741.37 | Kelley Blue Book | $1,871.50 |
| 47.11. Veh#12: 2012 Chevrolet Express 1500 Cargo Van 1GCSGAFX4C1164770 NC | $9,872.95 | Kelley Blue Book | $8,363.50 |
| 47.12. Veh#13: 2006 Chevrolet Express 2500 Cargo Van 1GCGG25V161208739 NC | $7,701.30 | Kelley Blue Book | $4,329.50 |

| Debtor | **Platinum Corral, L.L.C.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 47.13. | **Veh#8: 2018 8' x 16' Food Concession Trailer 5WKBE162XJ1050564 NC** | **$16,569.78** | **Estimate** | **$7,500.00** |
| 47.14. | **Trailer** | **$0.00** | **Estimate** | **$250.00** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.** | **$134,902.50**

Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Office Property 521 New Bridge Street Jacksonville, NC 28540 Parcel #021854 / Map # 420-126** | **Fee simple** | **$214,030.00** | **Tax value** | **$214,030.00** |
| 55.2.  **Office Property 517 New Bridge Street Jacksonville, NC 28540 Parcel # 000810 / Map # 420-125** | **Fee simple** | **$71,462.52** | **Tax value** | **$100,900.00** |

| Debtor | **Platinum Corral, L.L.C.** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| 55.3. | **Bordeaux St. Parking Lot**<br>**Jacksonville, NC**<br>**28540**<br>**Parcel #030206 / Map**<br>**#420-127** | Fee simple | $26,600.00 | Tax value | $26,600.00 |
|---|---|---|---|---|---|
| 55.4. | **Restaurant land and building - Store 576**<br>**3108 Garden Rd**<br>**Burlington, NC**<br>**Parcel #112792** | Fee simple | $2,445,745.60 | Tax value | $2,457,399.00 |
| 55.5. | **Building only - Store 749**<br>**4050 Gaskins Rd**<br>**Glen Allen, VA  23060**<br>**Parcel #752-759-6392** | Fee simple | $1,664,606.68 | Tax value | $994,400.00 |
| 55.6. | **Building only - Store 714**<br>**11 S Providence Rd**<br>**Richmond, VA  23236**<br>**Parcel #759 705 6653** | Fee simple | $1,592,493.73 | Tax value | $1,720,900.00 |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $5,514,229.00 |
|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites**<br>**www.platinumcorral.com**<br>**platinumcorralcareers** | $0.00 | | $0.00 |
| 62. | **Licenses, franchises, and royalties** | | | |

| Debtor | **Platinum Corral, L.L.C.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | **Golden Corral Franchise Agreements for 28 stores** | **Unknown** | **Unknown** |
|---|---|---|---|

| 63. | **Customer lists, mailing lists, or other compilations** | | |
|---|---|---|---|
| 64. | **Other intangibles, or intellectual property** | | |
| 65. | **Goodwill** | | |
| | **Goodwill for operating stores** | **Unknown** | **Unknown** |

| 66. | **Total of Part 10.** | **$0.00** |
|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
- ☑ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☐ No
- ☑ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☐ No.  Go to Part 12.
- ☑ Yes Fill in the information below.

| | | **Current value of debtor's interest** |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities**<br>**Mass Mutual**<br>**Owner - Platinum Corral, LLC**<br>**Insured - Louis William Sewell, III**<br>**Policy Date - 12/20/2005**<br>**Policy # - 15 603 383**<br>**Benefit - $1,000,000.00**<br>**Maturity - 12/20/2065**<br>**Beneficiary - Platinum Corral, LLC** | **$63,404.54** |

| Debtor | **Platinum Corral, L.L.C.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**Nationwide**
**Owner: Platinum Corral, LLC**
**Insured: Louis William Sewell, III**
**Policy Date: 4/26/2002**
**Policy No.: L034318510**
**Benefit: 5,000,000.00**
**Term Age/Date: 4/26/2061**
**Beneficiary: Platinum Corral, LLC**                                               $0.00

---

74.  **Causes of action against third parties (whether or not a lawsuit
     has been filed)**

75.  **Other contingent and unliquidated claims or causes of action of
     every nature, including counterclaims of the debtor and rights to
     set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets,
     country club membership

78.  **Total of Part 11.**

     Add lines 71 through 77. Copy the total to line 90.                    | $63,404.54 |

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

     ■ No
     ☐ Yes

| Debtor | **Platinum Corral, L.L.C.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $3,348,672.23 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $120,108.97 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $349,452.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $58,094.90 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $351,328.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,314,249.17 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $134,902.50 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $5,514,229.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $63,404.54 | |
| 91. **Total.** Add lines 80 through 90 for each column | $5,740,212.31 | + 91b. $5,514,229.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $11,254,441.31 |

Rev. 3/2016

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA

IN THE MATTER OF:                                                                                    CASE NUMBER:
**Platinum Corral, L.L.C.**
     Debtor(s).

SCHEDULE C-1 - PROPERTY CLAIMED AS EXEMPT

    I,   **Louis William Sewell, III**  , claim the following property as exempt pursuant to 11 U.S.C. § 522 and the laws of the State of North Carolina, and nonbankruptcy Federal law: **(Attach additional sheets if necessary)**.

    1. NCGS 1C-1601(a)(1) (NC Const., Article X, Section 2) REAL OR PERSONAL PROPERTY USED AS A RESIDENCE OR BURIAL PLOT (The exemption is not to exceed $35,000; however, an unmarried debtor who is 65 years of age or older is entitled to retain an aggregate interest in the property not to exceed $60,000 in value so long as the property was previously owned by the debtor as a tenant by the entireties or as a joint tenant with rights of survivorship and the former co-owner of the property is deceased, in which case the debtor must specify his/her age and the name of the former co-owner, if a child use initials only, of the property below).

| Description of Property and Address | Market Value | Owner (D1)Debtor 1 (D2)Debtor 2 (J)Joint | Mortgage Holder or Lien Holder | Amount of Mortgage or Lien | Net Value | Value Claimed as Exempt Pursuant to NCGS 1C-1601(a)(1) |
|---|---|---|---|---|---|---|
| **-NONE-** | | | | | | |

Debtor's Age:   _____
Name of former co-owner:   _____

**VALUE OF REAL ESTATE CLAIMED AS EXEMPT PURSUANT TO NCGS 1C-1601(a)(1): $**    **0.00**

    2. NCGS 1C-1601(a)(3) MOTOR VEHICLE (The exemption in one vehicle is not to exceed $3,500).

| Model, Year Style of Auto | Market Value | Owner (D1)Debtor 1 (D2)Debtor 2 (J)Joint | Lien Holder | Amount of Lien | Net Value | Value Claimed as Exempt Pursuant to NCGS 1C-1601(a)(3) |
|---|---|---|---|---|---|---|
| **-NONE-** | | | | | | |

**VALUE OF MOTOR VEHICLE CLAIMED AS EXEMPT PURSUANT TO NCGS 1C-1601(a)(3): $**    **0.00**

    3. NCGS 1C-1601(a)(4) (NC Const., Article X, Section 1) PERSONAL OR HOUSEHOLD GOODS (The debtor's aggregate interest is not to exceed $5,000 plus $1,000 for each dependent of the debtor, not to exceed $4,000 total for dependents). The number of dependents for exemption purposes is  **0** .

| Description of Property | Market Value | Owner (D1)Debtor 1 (D2)Debtor 2 (J)Joint | Lien Holder | Amount of Lien | Net Value | Claimed as Exempt Pursuant to NCGS 1C-1601(a)(4) |
|---|---|---|---|---|---|---|
| **-NONE-** | | | | | | |

**VALUE CLAIMED AS EXEMPT PURSUANT TO NCGS 1C-1601(a)(4): $**    **0.00**

    4. NCGS 1C-1601(a)(5) TOOLS OF TRADE (The debtor's aggregate interest is not to exceed $2,000 in value).

| Description | Market Value | Owner (D1)Debtor 1 (D2)Debtor 2 (J)Joint | Lien Holder | Amount of Lien | Net Value | Value Claimed as Exempt Pursuant to NCGS 1C-1601(a)(5) |
|---|---|---|---|---|---|---|
| **-NONE-** | | | | | | |

**VALUE CLAIMED AS EXEMPT  PURSUANT TO NCGS 1C-1601(a)(5): $**    **0.00**

    5. NCGS 1C-1601(a)(6) LIFE INSURANCE (NC Const., Article X, Section 5).

| Description\Insured\Last Four Digits of Policy Number\Beneficiary(if child, initials only) | | Cash Value |
|---|---|---|
| **-NONE-** | | |

Schedule C-1 - Property Claimed as Exempt - 3/2016

6.  NCGS 1C-1601(a)(7) PROFESSIONALLY PRESCRIBED HEALTH AIDS (For Debtor or Debtor's Dependents, no limit on value).

| Description |
|---|
| **-NONE-** |

7.  NCGS 1C-1601(a)(8)  COMPENSATION FOR PERSONAL INJURY, INCLUDING COMPENSATION FROM PRIVATE DISABILITY POLICIES OR ANNUITIES, OR COMPENSATION FOR DEATH OF A PERSON UPON WHOM THE DEBTOR WAS DEPENDENT FOR SUPPORT. COMPENSATION NOT EXEMPT FROM RELATED LEGAL, HEALTH OR FUNERAL EXPENSE.

| Description AND Source of Compensation, Including Name (If child, initials only) & Last Four Digits of Account Number of any Disability Policy/Annuity |
|---|
| **-NONE-** |

8.  NCGS 1C-1601(a)(2) ANY PROPERTY (Debtor's aggregate interest in any property is not to exceed $5,000 in value of any unused exemption amount to which the debtor is entitled under NCGS 1C-1601(a)(1)).

| Description of Property and Address | Market Value | Owner (D1)Debtor 1 (D2)Debtor 2 (J)Joint | Lien Holder | Amount of Lien | Net Value | Value Claimed as Exempt Pursuant to NCGS 1C-1601(a)(2) |
|---|---|---|---|---|---|---|
| **-NONE-** | | | | | | |

**VALUE CLAIMED AS EXEMPT  PURSUANT TO NCGS 1C-1601(a)(2):  $        0.00**

9.  NCGS 1C-1601(a)(9) and 11 U.S.C. § 522  INDIVIDUAL RETIREMENT PLANS & RETIREMENT FUNDS, as defined in the Internal Revenue Code, and any plan treated in the same manner as an individual retirement plan, including individual retirement accounts and Roth retirement accounts as described in §§ 408(a) and 408A of the Internal Revenue Code, individual retirement annuities as described in § 408(b) of the Internal Revenue Code, accounts established as part of a trust described in § 408(c) of the Internal Revenue Code, and funds in an account exempt from taxation under § 401, 403, 408, 408A, 414, 457, or 510(a) of the Internal Revenue Code. For purposes of this subdivision, "Internal Revenue Code" means Code as defined in G.S. 105-228.90.

| Type of Account\Location of Account\Last Four Digits of Account Number |
|---|
| **-NONE-** |

10.  NCGS 1C-1601(a)(10) FUNDS IN A COLLEGE SAVINGS PLAN, as qualified under § 529 of the Internal Revenue Code, and that are not otherwise excluded from the estate pursuant to 11 U.S.C. §§ 541(b)(5)-(6), (e), not to exceed a cumulative limit of $25,000. If funds were placed in a college savings plan within the 12 months prior to filing, the contributions must have been made in the ordinary course of the debtor's financial affairs and must have been consistent with the debtor's past pattern of contributions. The exemption applies to funds for a child of the debtor that will actually be used for the child's college or university expenses.

| College Savings Plan\Last Four Digits of Account Number\Value\Initials of Child Beneficiary |
|---|
| **-NONE-** |

11.  NCGS 1C-1601(a)(11) RETIREMENT BENEFITS UNDER THE RETIREMENT PLANS OF OTHER STATES AND GOVERNMENTAL UNITS OF OTHER STATES (The debtor's interest is exempt only to the extent that these benefits are exempt under the laws of the state or governmental unit under which the benefit plan is established).

| Name of Retirement Plan\State Governmental Unit\Last Four Digits of Identifying Number |
|---|
| **-NONE-** |

12.  NCGS 1C-1601(a)(12) ALIMONY, SUPPORT, SEPARATE MAINTENANCE, AND CHILD SUPPORT PAYMENTS OR FUNDS THAT HAVE BEEN RECEIVED OR TO WHICH THE DEBTOR IS ENTITLED  (The debtor's interest is exempt to the extent the payments or funds are reasonably necessary for the support of the debtor or any dependent of the debtor).

| Type of Support\Amount\Location of Funds |
|---|
| **-NONE-** |

13.  TENANCY BY THE ENTIRETY.  The following property is claimed as exempt pursuant to 11 U.S.C. § 522 and the law of the State of North Carolina pertaining to property held as tenants by the entirety.

| Description of Property and Address | Market Value | Lien Holder | Amount of Lien | Net Value |
|---|---|---|---|---|
| **-NONE-** | | | | |

**VALUE CLAIMED AS EXEMPT:  $        0.00**

14.  NORTH CAROLINA PENSION FUND EXEMPTIONS

| | | |
|---|---|---|
| **-NONE-** | | |

15.  OTHER EXEMPTIONS CLAIMED UNDER LAWS OF THE STATE OF NORTH CAROLINA

| | | |
|---|---|---|
| **-NONE-** | | |

16.  FEDERAL PENSION FUND EXEMPTIONS

| | | |
|---|---|---|
| **-NONE-** | | |

17.  OTHER EXEMPTIONS CLAIMED UNDER NONBANKRUPTCY FEDERAL LAW

| | | |
|---|---|---|
| **-NONE-** | | |

18.  RECENT PURCHASES

(a).  List tangible personal property purchased by the debtor within ninety (90) days of the filing of the bankruptcy petition.

| Description | Market Value | Lien Holder | Amount of Lien | Net Value |
|---|---|---|---|---|
| **-NONE-** | | | | |

(b).  List any tangible personal property from 18(a) that is directly traceable to the liquidation or conversion of property that may be exempt and that was not acquired by transferring or using additional property.

| Description of Replacement Property | Description of Property Liquidated or Converted that May Be Exempt |
|---|---|
| | |

19. The debtor's property is subject to the following claims:

a.　　Of the United States or its agencies as provided by federal law.

b.　　Of the State of North Carolina or its subdivisions for taxes, appearance bonds or fiduciary bonds;

c.　　Of a lien by a laborer for work done and performed for the person claiming the exemption, but only as to the specific property affected.

d.　　Of a lien by a mechanic for work done on the premises, but only as to the specific property affected.

e.　　For payment of obligations contracted for the purchase of specific real property affected.

f.　　For contractual security interests in specific property affected; provided, that the exemptions shall apply to the debtor's household goods notwithstanding any contract for a nonpossessory, nonpurchase money security interest in any such goods.

g.　　For statutory liens, on the specific property affected, other than judicial liens.

h.　　For child support, alimony or distributive award order pursuant to Chapter 50 of the General Statutes of North Carolina.

i.　　For criminal restitution orders docketed as civil judgments pursuant to G.S. 15A-1340.38.

j.　　Debts of a kind specified in 11 U.S.C. § 523(a)(1) (certain taxes), (5) (domestic support obligations).

k.　　Debts of a kind specified in 11 U.S.C. § 522(c).

| Claimant | Nature of Claim | Amount of Claim | Description of Property | Value of Property | Net Value |
|---|---|---|---|---|---|
| **-NONE-** | | | | | |

None of the property listed in paragraph 18(a), except qualified replacement property under 18(b), has been included in this claim of exemptions.

None of the claims listed in paragraph 19 is subject to this claim of exemptions.

I declare that to the extent any exemptions I have claimed appear on its face to exceed the amount allowed by the applicable statute, I claim only the maximum amount allowed by statute.

UNSWORN DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF INDIVIDUAL
TO SCHEDULE C-1 - PROPERTY CLAIMED AS EXEMPT

I, __**Louis William Sewell, III**__ , declare under penalty of perjury that I have read the foregoing Schedule C-1 - Property Claimed as Exempt, consisting of 4 sheets, and that they are true and correct to the best of my knowledge, information and belief.

Executed on: __**April  9, 2021**__

**/s/ Louis William Sewell, III**
**Louis William Sewell, III**
Debtor

**Fill in this information to identify the case:**

Debtor name    **Platinum Corral, L.L.C.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|
| **2.1** **Ally Financial**<br>Creditor's Name<br><br>**Payment Processing Center**<br>**P. O. Box 9001948**<br>**Louisville, KY 40290**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**09/2018**<br>**Last 4 digits of account number**<br>**6920**<br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**2012 Chevy Silverado**<br><br><br>Describe the lien<br>**Purchase Money Security**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$8,994.00** | **$12,165.50** |
| **2.2** **BB&T**<br>Creditor's Name<br><br>**Attn: Officer/Manager**<br>**PO Box 580340**<br>**Charlotte, NC 28258**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**1/25/08**<br>**Last 4 digits of account number**<br>**5956**<br>**Do multiple creditors have an interest in the same property?** | Describe debtor's property that is subject to a lien<br><br><br>Describe the lien<br>**For Notice Purposes Only**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply | **$0.00** | **$0.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor  **Platinum Corral, L.L.C.**                                    Case number (if known) _____
_____Name_____

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Coastal Bank & Trust** | | $263,844.00 | $341,530.00 |

Creditor's Name

**Attn: Officer/Manager
2414 N Marine Blvd.
Jacksonville, NC 28546**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
11/2016**
**Last 4 digits of account number
0500**
**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Debt owed by LWS III, LLC - Deed of trust secured by office properties, Book 4540, Page 401, Onslow County Registry**

**Describe the lien**
**Deed of Trust**
**Is the creditor an insider or related party?**
☐ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **LBC2 Trust** | | $2,293,986.95 | $2,457,399.00 |

Creditor's Name

**Attn: Officer/Manager
PO Box 860713
Minneapolis, MN
55486-0713**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
05/2018**
**Last 4 digits of account number
3435**
**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Store 576 - Land and Building - 3108 Garden Road, Burlington, NC**

**Describe the lien**
**Deed of Trust recorded 5/16/18, Book 3772, Page 887, Alamance Co. Registry**
**Is the creditor an insider or related party?**
☐ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **LBC2 Trust** | | $116,120.42 | $2,457,399.00 |

Creditor's Name

**Attn: Officer/Manager
PO Box 860713
Minneapolis, MN
55486-0713**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Store 576 - Land and Building - 3108 Garden Road, Burlington, NC**

**Describe the lien**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Platinum Corral, L.L.C.** | Case number (if known) |
|---|---|---|
| | Name | |

**Deed of Trust recorded 11/20/18, Book 3829, Page 233, Alamance County Registry**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**07/2019**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**7745**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **LBC2 Trust** | Describe debtor's property that is subject to a lien | $150,011.89 | $2,457,399.00 |
|---|---|---|---|---|
| | Creditor's Name | **Store 576 - Land and Building - 3108 Garden Road, Burlington, NC** | | |

**Attn: Officer/Manager**
**PO Box 860713**
**Minneapolis, MN**
**55486-0713**

Creditor's mailing address

**Describe the lien**

**Deed of Trust recorded 11/20/18, Book 3829, Page 233, Alamance County Registry**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**01/2019**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**9520**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **LBC2 Trust** | Describe debtor's property that is subject to a lien | $549,446.92 | $2,457,399.00 |
|---|---|---|---|---|
| | Creditor's Name | **Store 576 - Land and Building - 3108 Garden Road, Burlington, NC** | | |

**Attn: Officer/Manager**
**PO Box 860713**
**Minneapolis, MN**
**55486-0713**

Creditor's mailing address

**Describe the lien**

**Deed of trust recorded 6/18/19, Book 3886, Page 941, Alamance County Registry**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**01/2019**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**2075**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor  **Platinum Corral, L.L.C.**                                          Case number (if known) _____
_____
Name

☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **LBC2 Trust** | Describe debtor's property that is subject to a lien | $146,215.23 | $2,457,399.00 |

Creditor's Name

**Attn: Officer/Manager**
**PO Box 860713**
**Minneapolis, MN**
**55486-0713**

Creditor's mailing address

**Store 576 - Land and Building - 3108 Garden Road, Burlington, NC**

Describe the lien
**Deed of Trust recorded 11/20/18, Book 3829, Page 233, Alamance County Registry**

Is the creditor an insider or related party?

☐ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**01/2019**

Last 4 digits of account number
**9515**

Do multiple creditors have an
interest in the same property?

☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **LBC2 Trust** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |

Creditor's Name

**Attn: Officer/Manager**
**PO Box 860713**
**Minneapolis, MN**
**55486-0713**

Creditor's mailing address

**Store 576 - Land and Building - 3108 Garden Road, Burlington, NC**

Describe the lien
**Deed of Trust recorded 11/20/18, Book 3829, Page 233, Alamance County Registry**

Is the creditor an insider or related party?

☐ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**11/20/2018**

Last 4 digits of account number

Do multiple creditors have an
interest in the same property?

☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **LBC2 Trust c/o Willow River LLC** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |

Creditor's Name

**Attn: Officer/Manager**
**PO Box 2301**
**Stillwater, MN 55082**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Platinum Corral, L.L.C.**                                                    Case number (if known) _____
_____
Name

| Creditor's mailing address | Describe the lien<br>**FOR INFORMATIONAL PURPOSES ONLY** | | |
|---|---|---|---|

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1<br>1 | **McLane FoodService Distribution Inc** | Describe debtor's property that is subject to a lien | $342,497.32 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Attn:  Officer/Manager
2641 Meadowbrook Road
Rocky Mount, NC 27802**

Describe debtor's property that is subject to a lien
**Inventory, any products and proceeds at the restaurant locations**

Creditor's mailing address

Describe the lien
**UCC-1 FS 20090023278E; UCC CS 20140003454E; UCC CS 20190015532K**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1<br>2 | **Pacific Premier Bank** | Describe debtor's property that is subject to a lien | $13,976,908.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Attn:  Officer/Manager
PO Box 5085
Paso Robles, CA 93447**

Describe debtor's property that is subject to a lien
**BLANKET LIEN ON ALL PERSONAL PROPERTY ASSETS**

Creditor's mailing address

Describe the lien
**UCC-1 Financing Statement 20170126993A**

**Is the creditor an insider or related party?**

☐ No
■ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/2017**

**Last 4 digits of account number**
**7601**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                    page 5 of 7

| Debtor | **Platinum Corral, L.L.C.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

☐ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | **Pacific Premier Bank** | Describe debtor's property that is subject to a lien | $1,987,116.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Attn: Officer/Manager**
**PO Box 5085**
**Paso Robles, CA 93447**

Creditor's mailing address

**BLANKET LIEN ON ALL PERSONAL PROPERTY ASSETS**

Describe the lien
**UCC-1 Financing Statement 20190096911K**

Is the creditor an insider or related party?

☐ No

■ Yes

Is anyone else liable on this claim?

Creditor's email address, if known

**Date debt was incurred**

**12/2017**

**Last 4 digits of account number**

**7602**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ No

■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **US Small Business Administration** | Describe debtor's property that is subject to a lien | $150,000.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Attn: Officer/Manager**
**2 North St, Suite 320**
**Birmingham, AL 35203**

Creditor's mailing address

**BLANKET LIEN ON ALL PERSONAL PROPERTY ASSETS**

Describe the lien
**UCC-1 Financing Statement 20200118736A**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $19,985,140.73 |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor      **Platinum Corral, L.L.C.**
                       Name

Case number (if known) _____

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name **Platinum Corral, L.L.C.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Alamance County Tax Collector**<br>**Attn:  Officer/Manager**<br>**124 W. Elm Street**<br>**Graham, NC 27253** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| Date or dates debt was incurred | Basis for the claim:<br>**FOR NOTICE PURPOSES ONLY - Store 576** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Cabarrus Co. Tax Collector**<br>**Attn:  Officer/Manager**<br>**PO BOX 580347**<br>**Charlotte, NC 28258** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| Date or dates debt was incurred | Basis for the claim:<br>**FOR NOTICE PURPOSES ONLY - Store 589** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **Platinum Corral, L.L.C.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.3** | Priority creditor's name and mailing address

**Cabell County Tax Collector**
**Attn: Officer/Manager**
**PO Box 2114**
**Huntington, WV 25721**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$17,030.00    $17,030.00

| Date or dates debt was incurred | Basis for the claim:
**Real and personal property taxes - Store 814** |

| Last 4 digits of account number | Is the claim subject to offset? |
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)     ■ No
☐ Yes

---

**2.4** | Priority creditor's name and mailing address

**Catawba County Tax Collector**
**Attn: Officer/Manager**
**PO BOX 580071**
**Charlotte, NC 28258**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

| Date or dates debt was incurred | Basis for the claim:
**FOR NOTICE PURPOSES ONLY - Store 586** |

| Last 4 digits of account number | Is the claim subject to offset? |
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)     ■ No
☐ Yes

---

**2.5** | Priority creditor's name and mailing address

**City of Burlington**
**Attn: Officer/Manager**
**PO BOX 1358**
**Burlington, NC 27216-1358**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

| Date or dates debt was incurred | Basis for the claim:
**FOR NOTICE PURPOSES ONLY - Store 576** |

| Last 4 digits of account number | Is the claim subject to offset? |
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)     ■ No
☐ Yes

---

**2.6** | Priority creditor's name and mailing address

**City of Colonial Heights, VA**
**Attn: Officer/Manager**
**PO BOX 3401**
**Colonial Heights, VA 23834-9001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

| Date or dates debt was incurred | Basis for the claim:
**FOR NOTICE PURPOSES ONLY - Store 764** |

| Last 4 digits of account number | Is the claim subject to offset? |
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)     ■ No
☐ Yes

---

| Debtor | **Platinum Corral, L.L.C.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **City of Concord Tax Collector**<br>**Attn:  Officer/Manager**<br>**PO BOX 580473**<br>**Charlotte, NC 28258** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**FOR NOTICE PURPOSES ONLY** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,477.19 | $14,477.19 |
|---|---|---|---|---|
| | **City of Danville, VA**<br>**Attn:  Officer/Manager**<br>**PO BOX 3308**<br>**Danville, VA 24543** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**PROPERTY TAXES - Store 2603** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **City of Lynchburg, VA**<br>**Attn:  Officer/Manager**<br>**PO BOX 9000**<br>**Lynchburg, VA 24505** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**FOR NOTICE PURPOSES ONLY - Store 894** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **City of Roanoke**<br>**Attn:  Officer/Manager**<br>**PO BOX 1451**<br>**Roanoke, VA 24007** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**FOR NOTICE PURPOSES ONLY - Store 774** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Platinum Corral, L.L.C.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,781.53 | $16,781.53 |
|---|---|---|---|---|

**City of Russell KY**
**Attn:  Officer/Manager**
**PO BOX 394**
**Russell, KY 41169**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PROPERTY TAXES - Store 781**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**City of Winchester**
**Attn:  Officer/Manager**
**PO Box 4135**
**Winchester, KY 40392**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**FOR NOTICE PURPOSES ONLY**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Clark County Sheriff's Dept.**
**Attn:  Officer/Manager**
**17 Cleveland Ave #1**
**Winchester, KY 40391**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**FOR NOTICE PURPOSES ONLY - Store 630**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Commonwealth of Kentucky**
**Department of Revenue**
**PO Box 181, STA 57**
**Frankfort, KY 40602**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**FOR NOTICE PURPOSES ONLY**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Platinum Corral, L.L.C.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**County of Henrico**
Attn:  Officer/Manager
PO BOX 3369
Henrico, VA 23228

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**FOR NOTICE PURPOSES ONLY - Store 749**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21,776.38 | $21,776.38 |
|---|---|---|---|---|

**Davidson County Tax Collector**
Attn:  Officer/Manager
PO BOX 1577
Lexington, NC 27293

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PROPERTY TAXES - Store 656**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Fairfield County Treasurer**
Attn:  Officer/Manager
210 E. Main St., Room 206
Lancaster, OH 43130

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**FOR NOTICE PURPOSES ONLY - Store 2618**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,916.82 | $8,916.82 |
|---|---|---|---|---|

**Gallia County Treasurer**
Attn:  Officer/Manager
18 Locust St., RM. 1291
Gallipolis, OH 45631

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PROPERTY TAXES - Store 827**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| Debtor | **Platinum Corral, L.L.C.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $51,223.38 | $51,223.38 |
|---|---|---|---|---|
| | **Greenup County Sheriff**<br>**Attn: Officer/Manager**<br>**PO BOX 318**<br>**Greenup, KY 41144** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Store 781** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Hardin County Sheriff**<br>**Attn: Officer/Manager**<br>**150 N. Provident Way, Ste 101**<br>**Elizabethtown, KY 42701** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**FOR NOTICE PURPOSES ONLY - Store 634** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **Internal Revenue Service**<br>**Attn: Officer/Manager**<br>**P. O. Box 7346**<br>**Philadelphia, PA 19101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35,522.16 | $35,522.16 |
|---|---|---|---|---|
| | **Kanawha Co. Sheriff's Tax Office**<br>**Attn: Officer/Manager**<br>**409 E Virginia St. Room 120**<br>**Charleston, WV 25301** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**PROPERTY TAXES - Store 867** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Platinum Corral, L.L.C.** | Case number (if known) | |
|--------|------------------------------|------------------------|--|
| | Name | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|------|----------------------------------------------|-----------------------------------------------|-------|-------|

**Mecklenburg County Tax**
**Attn:  Officer/Manager**
**PO BOX 71063**
**Charlotte, NC 28272**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**FOR NOTICE PURPOSES ONLY - Store 2607**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $23,910.06 | $23,910.06 |
|------|----------------------------------------------|-----------------------------------------------|------------|------------|

**Montgomery Co. Treasurer's**
**Office**
**Attn:  Officer/Manager**
**755 Roanoke St., Suite 1B**
**Christiansburg, VA 24073**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PROPERTY TAXES - Store 2663**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17,987.96 | $17,987.96 |
|------|----------------------------------------------|-----------------------------------------------|------------|------------|

**Muskingum County Treasurer**
**Attn:  Officer/Manager**
**401 Main Street**
**Zanesville, OH 43701**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PROPERTY TAXES - Store 2438**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|------|----------------------------------------------|-----------------------------------------------|---------|---------|

**North Carolina Dept. of Commerce**
**Division of Employment Security**
**P. O. Box 26504**
**Raleigh, NC 27611-6504**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Platinum Corral, L.L.C.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**2.27**
Priority creditor's name and mailing address
**North Carolina Dept. of Revenue**
**Office Services Division**
**P. O. Box 1168**
**Raleigh, NC 27602-1168**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown     Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.28**
Priority creditor's name and mailing address
**Ohio Department of Taxation**
**PO Box 2678**
**Columbus, OH 43216**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00     $0.00**

Date or dates debt was incurred

Basis for the claim:
**FOR NOTICE PURPOSES ONLY**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.29**
Priority creditor's name and mailing address
**Onslow County Tax Collector**
**Attn:  Officer/Manager**
**234 NW Corridor Blvd.**
**Jacksonville, NC 28540**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00     $0.00**

Date or dates debt was incurred

Basis for the claim:
**FOR NOTICE PURPOSES ONLY - Store 559**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.30**
Priority creditor's name and mailing address
**Pitt County Tax Collector**
**Attn:  Officer/Manager**
**PO BOX 875**
**Greenville, NC 27835**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$27,413.66     $27,413.66**

Date or dates debt was incurred

Basis for the claim:
**PROPERTY TAXES - Store 2623**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Platinum Corral, L.L.C. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Randolph County Tax Collector
Attn:  Officer/Manager
725 McDowell Road
Asheboro, NC 27205

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**FOR NOTICE PURPOSES ONLY - Store 2454**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Rockingham County Tax Collector
Attn:  Officer/Manager
PO BOX 580368
Charlotte, NC 28258

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**FOR NOTICE PURPOSES ONLY**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

South Carolina
Department of Revenue
300A Outlet Pointe Blvd
Columbia, SC 29210

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**FOR NOTICE PURPOSES ONLY**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $47,800.94 | $47,800.94 |
|---|---|---|---|---|

Sumter County Treasurer
Attn:  Officer/Manager
PO BOX 100140
Columbia, SC 29202

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Store 2508**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Platinum Corral, L.L.C.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.35 | Priority creditor's name and mailing address<br>**Town of Christiansburg Tax Dept.**<br>**Attn:  Officer/Manager**<br>**100 East Main St**<br>**Christiansburg, VA 24073** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,175.18** | **$6,175.18** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**PROPERTY TAX** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.36 | Priority creditor's name and mailing address<br>**Treasurer, Chesterfield County**<br>**Attn:  Officer/Manager**<br>**PO BOX 70**<br>**Chesterfield, VA 23832** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**8/31/2020** | Basis for the claim:<br>**FOR NOTICE PURPOSES ONLY - Store 714** | | |
| | Last 4 digits of account number **4259**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.37 | Priority creditor's name and mailing address<br>**Virginia Tax**<br>**Attn:  Officer/Manager**<br>**PO Box 1115**<br>**Richmond, VA 23218** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**FOR NOTICE PURPOSES ONLY** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.38 | Priority creditor's name and mailing address<br>**Wake County Tax Administration**<br>**Attn:  Officer/Manager**<br>**PO BOX 580084**<br>**Charlotte, NC 28258** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$37,613.84** | **$37,613.84** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**PROPERTY TAXES - Store 2485** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

Debtor  **Platinum Corral, L.L.C.**

Name

Case number (if known)

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,396.58 | $20,396.58 |
|---|---|---|---|---|

**WOOD COUNTY SHERIFF**
**ATTN: OFFICER/MANAGER**
**PO BOX 1985**
**Parkersburg, WV 26102**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PROPERTY TAXES - Store 2490**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:**  List All Creditors with NONPRIORITY Unsecured Claims

**3.**  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $246,885.00 |
|---|---|---|---|

**1053 Lenoir Rhyne Boulevard LLC**
**Mr. and Mrs. Russell Wachtier**
**740 Saint Nicholas Ave., Room 2**
**New York, NY 10031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Rent for Store 586**

Last 4 digits of account number

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $488.61 |
|---|---|---|---|

**A & S Fire Protection Services**
**Attn:  Officer/Manager**
**1216 Wheeler St**
**FLATWOODS, KY 41139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  06/18/2020

Basis for the claim:  **FIRE PROTECTION & MONITORING**

Last 4 digits of account number

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $630.00 |
|---|---|---|---|

**A & W Total Landscaping, LLC**
**ATTN:  OFFICER/MANAGER**
**4601 HINSHAW TOWN RD**
**RAMSEUR, NC 27316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  08/1/2020

Basis for the claim:  **LANDSCAPING SERVICES**

Last 4 digits of account number

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $296.97 |
|---|---|---|---|

**ACS Benefit Services, LLC**
**Attn:  Officer/Manager**
**5660 University Parkway, 5th Floor**
**Winston Salem, NC 27105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Trade debt**

Last 4 digits of account number

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ADT Commercial LLC**
**Attn:  Officer/Manager**
**PO Box 219044**
**Kansas City, MO 64121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **FOR NOTICE PURPOSES ONLY**

Last 4 digits of account number

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Platinum Corral, L.L.C.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$24,267.65** |
|---|---|---|---|

**AEP Energy**
Attn:  Officer/Manager
PO Box 6329
Carol Stream, IL 60197-6329

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **11/20/2020**

Basis for the claim:  **Early Termination Fee - Store 722**

Last 4 digits of account number  **1335**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$485.00** |
|---|---|---|---|

**ALL BRITE LIGHTING LLC**
ATTN: OFFICER/MANAGER
PO BOX 352
EAGLE SPRINGS, NC 27242

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/14/2020**

Basis for the claim:  **MAINTENANCE**

Last 4 digits of account number  **_**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$105.00** |
|---|---|---|---|

**Allied Security of Jacksonville**
Attn:  Officer/Manager
PO BOX 754
JACKSONVILLE, NC 28541

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/29/2020**

Basis for the claim:  **SECURITY FOR GC 559 AND OFFICE**

Last 4 digits of account number  **_**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**American Electric Power/24002**
Attn:  Officer/Manager
PO BOX 371496
Pittsburgh, PA 15250-7496

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **_**

Basis for the claim:  **ELECTRIC - STORES 2438, 2618, 722, 827 - FOR NOTICE PURPOSES ONLY**

Last 4 digits of account number  **_**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**American Express**
Attn:  Officer/Manager
PO Box 1270
Newark, NJ 07101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **_**

Basis for the claim:  **Credit card purchases - FOR NOTICE PURPOSES ONLY**

Last 4 digits of account number  **_**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**APPALACHIAN POWER**
PO BOX 371496
Pittsburgh, PA 15250-7496

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **_**

Basis for the claim:  **ELECTRIC - STORES 774, 814, 867, 894 -FOR NOTICE PURPOSES ONLY**

Last 4 digits of account number  **_**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$302,991.00** |
|---|---|---|---|

**ARC Cafeusa001 LLC Zanesville OH**
DEPT 880044 (ID 082070)
PO Box 29650 - Attn: Officer/Mgr.
Phoenix, AZ 85038

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **_**

Basis for the claim:  **Rent for Store 2438**

Last 4 digits of account number  **_**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| Debtor | Platinum Corral, L.L.C. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $629.42 |
|---|---|---|---|

**ARC3 GASES**
**ATTN: OFFICER/MANAGER**
**PO BOX 26269**
**RICHMOND, VA 23260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/26/2020**

Basis for the claim:  **CO2 SERVICES & RENTALS**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $240.00 |
|---|---|---|---|

**ARTHURS REFRIGERATION**
**ATTN: OFFICER/MANAGER**
**PO BOX 272**
**IRONTON, OH 45638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/24/2020**

Basis for the claim:  **MAINTENANCE**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AT&T**
**Attn:  Officer/Manager**
**PO BOX 105251**
**Atlanta, GA 30348**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **STORE 576 - FOR NOTICE PURPOSES ONLY**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90.00 |
|---|---|---|---|

**Atkinson Milling Co Inc.**
**Attn:  Officer/Manager**
**95 Atkinson Mill Rd**
**Selma, NC 27576**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $197.34 |
|---|---|---|---|

**Atlantic Consolidated Service Inc.**
**Attn:  Officer/Manager**
**PO BOX 4777**
**GREENSBORO, NC 27404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/20/2020**

Basis for the claim:  **SANITATION SUPPLIES**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.00 |
|---|---|---|---|

**BEDFORD WINDOW CLEANING**
**Attn:  Officer/Manager**
**308 JANE RANDOLPH ST**
**FOREST, VA 24551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/6/2020**

Basis for the claim:  **WINDOW CLEANING**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $314.22 |
|---|---|---|---|

**BENNETT UNIFORM**
**Attn:  Officer/Manager**
**4377 FEDERAL DR**
**GREENSBORO, NC 27410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/1/2020**

Basis for the claim:  **UNIFORMS**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Platinum Corral, L.L.C.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Black River Electric Cooperative SC**
Attn:  Officer/Manager
PO BOX 130
Sumter, SC 29151-0130

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **ELECTRIC - STORE 2508 - FOR NOTICE PURPOSES ONLY**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Boon Administrative Services**
Attn:  Officer/Manager
PO Box 671227
Dallas, TX 75267

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance - FOR NOTICE PURPOSES ONLY**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$80.00**

**BRIANS LOCK & KEY**
Attn:  Officer/Manager
PO BOX 340 (1803 S MAIN ST)
BLACKSBURG, VA 24063

Date(s) debt was incurred  12/15/2019

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **LOCK & KEY SVC**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$109,201.71**

**BRINKS INC.**
Attn:  Officer/Manager
7373 SOLUTIONS CENTER
CHICAGO, IL 60677

Date(s) debt was incurred  05/1/2020

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **SAFE & MONEY REMOVAL SVC**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$386.10**

**C.H.E.S.S. SECURITY**
Attn:  Officer/Manager
3617 OLDE FALLS RD
ZANESVILLE, OH 43701

Date(s) debt was incurred  09/15/2020

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SECURITY FOR GC 2438**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$716.10**

**Carolina Carbonic**
Attn:  Officer/Manager
1712 HOLBROOK ST
GREENSBORO, NC 27403

Date(s) debt was incurred  10/1/2020

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CO2 RENTAL & SERVICE**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,492.21**

**Charles Stafford**
908 Limberlost Lane
Lewisville, NC 27023

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Platinum Corral, L.L.C.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$182,000.00** |
|---|---|---|---|

**Chillicothe Bowling Lanes Inc.**
Attn: Officer/Manager
1680 N Bridge St
Chillicothe, OH 45601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Rent for Store 722

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Chillicothe Utilities Dept. OH**
Attn: Officer/Manager
PO BOX 630
Sumter, SC 29151-0130

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** WATER - STORE 722 - FOR NOTICE PURPOSES ONLY

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,208.00** |
|---|---|---|---|

**CHOWLY**
Attn: Officer/Manager
225 W Wacker Dr., Ste 550
Chicago, IL 60606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred 7/12/2019

**Basis for the claim:** Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$174.52** |
|---|---|---|---|

**Cintas Corp #143**
Attn: Officer/Manager
12524 Kingston Ave
Chester, VA 23836

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**CITY OF ASHEBORO, NC**
Attn: Officer/Manager
PO BOX 2628
Asheboro, NC 27204-2628

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** WATER - STORE 2454 - FOR NOTICE PURPOSES ONLY

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**City of Burlington**
Attn: Officer/Manager
PO BOX 1358
Burlington, NC 27216-1358

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** WATER - STORE 576 - FOR NOTICE PURPOSES ONLY

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**City of Charlotte, NC**
Attn: Officer/Manager
PO BOX 1316
Charlotte, NC 28201-1316

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** WATER - STORE 2607 - FOR NOTICE PURPOSES ONLY

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Platinum Corral, L.L.C.**                                          Case number (if known) _____
          Name

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**City of Colonial Heights, VA**
Attn:  Officer/Manager
PO BOX 3401
Colonial Heights, VA 23834-9001

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **WATER - STORE 764 - FOR NOTICE PURPOSES ONLY**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**City of Concord, NC**
Attn:  Officer/Manager
PO BOX 580469
Charlotte, NC 28258-0469

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **WATER - STORE 589 - FOR NOTICE PURPOSES ONLY**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**City of Danville, VA**
Attn:  Officer/Manager
PO BOX 3308
Danville, VA 24543

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **ALL UTILITIES - STORE 2603 - FOR NOTICE PURPOSES ONLY**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**City of Hickory, NC**
Attn:  Officer/Manager
PO BOX 580069
Charlotte, NC 28258-0069

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **WATER - STORE 586 - FOR NOTICE PURPOSES ONLY**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**City of Jacksonville, NC**
Attn:  Officer/Manager
PO BOX 128
Jacksonville, NC 28541-0128

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **WATER - STORES 102, 559 - FOR NOTICE PURPOSES ONLY**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**City of Lexington, NC**
Attn:  Officer/Manager
28 WEST CENTER STREET
Lexington, NC 27292

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **ELECTRIC/NATURAL GAS  - STORE 656 - FOR NOTICE PURPOSES ONLY**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**City of Lynchburg Alarm**
Attn:  Officer/Manager
PO Box 603
Lynchburg, VA 24505

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **Platinum Corral, L.L.C.**
_____    Case number (if known) _____
Name

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**City of Lynchburg, VA**
**Attn:  Officer/Manager**
**PO BOX 9000**
**Lynchburg, VA 24505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **WATER - STORE 894 - FOR NOTICE PURPOSES ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $491.80 |
|---|---|---|---|

**City of Parkersburg**
**Attn:  Officer/Manager**
**PO Box 1627**
**Parkersburg, WV 26102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**City of Richmond, VA**
**Attn:  Officer/Manager**
**PO BOX 71210**
**Charlotte, NC 28272-1210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **NATURAL GAS - STORE 749 - FOR NOTICE PURPOSES ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**City of Sumter, SC**
**Attn:  Officer/Manager**
**PO BOX 310**
**Sumter, SC 29151-0310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **WATER - STORE 2508 - FOR NOTICE PURPOSES ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $700.00 |
|---|---|---|---|

**CMH PLUMBING**
**Attn:  Officer/Manager**
**505 SONOMA RD**
**JACKSONVILLE, NC 28546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/28/2020**

Basis for the claim:  **PLUMBING**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,594.12 |
|---|---|---|---|

**Coastal Equipment Co**
**Attn:  Officer/Manager**
**130 COASTAL LN**
**JACKSONVILLE, NC 28546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/17/2019**

Basis for the claim:  **SMALLWARES**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Colonial Heights Chamber of Commerc**
**Attn:  Officer/Manager**
**201 Temple Ave**
**Colonial Heights, VA 23834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Community giftcard - FOR NOTICE PURPOSES ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Platinum Corral, L.L.C.**
     Name

Case number (if known) _____

| | |
|---|---|
| 3.48 | **Nonpriority creditor's name and mailing address** |

**Columbia Gas of Kentucky**
Attn:  Officer/Manager
PO BOX 4660
Carol Stream, IL 60197-4660

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NATURAL GAS - STORES 630, 781 - FOR NOTICE PURPOSES ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.49 | **Nonpriority creditor's name and mailing address** |

**Columbia Gas of Kentucky**
Attn:  Officer/Manager
PO BOX 4629
Carol Stream, IL 60197-4629

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NATURAL GAS - STORE 722 - FOR NOTICE PURPOSES ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.50 | **Nonpriority creditor's name and mailing address** |

**Columbia Gas of Virginia**
Attn:  Officer/Manager
PO BOX 70319
Philadelphia, PA 19176-0319

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NATURAL GAS - STORES 714, 764, 894 - FOR NOTICE PURPOSES ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.51 | **Nonpriority creditor's name and mailing address** |

**Comfort Inn - Roanoke**
Attn:  Officer/Manager
5070 Valley View Blvd North
Roanoke, VA 24012

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    $149.56
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.52 | **Nonpriority creditor's name and mailing address** |

**Commercial Roofing Systems**
Attn:  Officer/Manager
1050 W Corbett Ave
Swansboro, NC 28584

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FOR NOTICE PURPOSES ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.53 | **Nonpriority creditor's name and mailing address** |

**Corey Brothers**
Attn:  Officer/Manager
PO Box 166
Charleston, WV 25321

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FOR NOTICE PUPOSES ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.54 | **Nonpriority creditor's name and mailing address** |

**Corral Group of Asheboro**
Attn:  Officer/Manager
PO BOX 1616
Morehead City, NC 28557

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent for Store 2454 - FOR NOTICE PURPOSES ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Platinum Corral, L.L.C.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.80 |
|---|---|---|---|

Country Inn & Suites
Attn:  Officer/Manager
580 Dicken Place
Concord, NC 28025

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

County of Henrico, VA
Attn:  Officer/Manager
PO BOX 90799
Henrico, VA 23228-0799

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __WATER - STORE 749 - FOR NOTICE PURPOSES ONLY__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.02 |
|---|---|---|---|

COZZINI BROS
Attn:  Officer/Manager
350 HOWARD AVE
DES PLAINES, IL 60018

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __09/7/2020__

**Basis for the claim:** __KNIFE SERVICE__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Crawford Sprinkler Company
Attn:  Officer/Manager
PO Box 1430
Hickory, NC 28603

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __FOR NOTICE PURPOSES ONLY__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,146.71 |
|---|---|---|---|

CROOK BROTHERS
Attn:  Officer/Manager
250 GREY FLATS RD
BECKLEY, WV 25801

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __09/20/2020__

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Culligan Water
Attn:  Officer/Manager
418 Crossfield Dr.
Versailles, KY 40383

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __FOR NOTICE PURPOSES ONLY__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,669.50 |
|---|---|---|---|

Culligan Water Conditioning
Attn:  Officer/Manager
2703 Airport Road
Tucson, AZ 85713

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Platinum Corral, L.L.C.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| **3.62** | Nonpriority creditor's name and mailing address<br>**DADE PAPER & BAG**<br>**Attn:  Officer/Manager**<br>**440 Interstate West Pkwy, Ste 200**<br>**LITHIA SPRINGS, GA 30122**<br><br>Date(s) debt was incurred  **09/14/2020**<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Facilities maintenance supplies and equipment**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$756.48** |
| **3.63** | Nonpriority creditor's name and mailing address<br>**Date Label**<br>**Attn:  Officer/Manager**<br>**PO Box 684**<br>**Indianapolis, IN 46206**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$397.24** |
| **3.64** | Nonpriority creditor's name and mailing address<br>**Daughtry Woodard Lawrence**<br>**Attn:  Officer/Manager**<br>**PO DRAWER 1960**<br>**SMITHFIELD, NC 27577**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **LEGAL**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| **3.65** | Nonpriority creditor's name and mailing address<br>**DAVIDSON WATER, INC.**<br>**Attn:  Officer/Manager**<br>**PO BOX 969**<br>**Welcome, NC 27374-0969**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **WATER - STORE 656 - FOR NOTICE PURPOSES ONLY**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| **3.66** | Nonpriority creditor's name and mailing address<br>**Diane Sears**<br>**3045 Ordway Dr NW**<br>**Apt 1**<br>**Roanoke, VA 24017**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$400.00** |
| **3.67** | Nonpriority creditor's name and mailing address<br>**Dogwood State Bank FKA Sound Bank**<br>**Attn:  Officer/Manager**<br>**5401 Six Forks Rd, Suite 100**<br>**Raleigh, NC 27609**<br><br>Date(s) debt was incurred  **03/2015**<br><br>Last 4 digits of account number  **7200** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$133,259.00** |
| **3.68** | Nonpriority creditor's name and mailing address<br>**Dominion Energy North Carolina**<br>**Attn:  Officer/Manager**<br>**PO BOX 100256**<br>**Columbia, SC 29202-3256**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **NATURAL GAS - STORE 589 - FOR NOTICE PURPOSES ONLY**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

| Debtor | **Platinum Corral, L.L.C.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dominion Energy South Carolina**
Attn:  Officer/Manager
PO BOX 100255
Columbia, SC 29202-3255

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NATURAL GAS - STORE 2508 - FOR NOTICE PURPOSES ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dominion Energy West Virginia**
Attn:  Officer/Manager
PO BOX 26783
Richmond, VA 23261-6783

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NATURAL GAS - STORE 2490 - FOR NOTICE PURPOSES ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dominion VA/NC Power**
Attn:  Officer/Manager
PO BOX 26543
Richmond, VA 23290-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **ELECTRIC - STORES 714, 749, 764 -FOR NOTICE PURPOSES ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $415.00 |
|---|---|---|---|

**DOUBLE K LAWN CARE**
Attn:  Officer/Manager
122 GEORGE LN
JACKSONVILLE, NC 28540

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/29/2020

Last 4 digits of account number _

Basis for the claim:  **LAWN CARE**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $220,334.00 |
|---|---|---|---|

**Douglas Ray Higdon**
391 Foxwood Dr.
Richmond, KY 40475

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  06/2018

Last 4 digits of account number  n/a

Basis for the claim:  **PROMISSORY NOTE**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Duke Energy**
Attn:  Officer/Manager
PO Box 1003
Charlotte, NC 28201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **ELECTRIC - STORES 102, 559, 576, 586, 589, 2607 - FOR NOTICE PURPOSES ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,173.14 |
|---|---|---|---|

**East Coast Tees & Promotional Goods**
Attn:  Officer/Manager
614 1ST AVE SOUTH
NITRO, WV 25143

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  05/26/2020

Last 4 digits of account number _

Basis for the claim:  **ADVERTISING/PROMOTING GOODS**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Platinum Corral, L.L.C.**
Name

Case number (if known) _____

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,078.84 |
|---|---|---|---|

**ECOLAB Food Safety Specialties**
Attn:  Officer/Manager
24198 Network Place
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  Trade debt

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,954.90 |
|---|---|---|---|

**Ecolab Inc.**
Attn:  Officer/Manager
PO BOX 32027
NEW YORK, NY 10087

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/10/2020

Basis for the claim:  DISH MACHINE RENTALS/EQUIP

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,872.53 |
|---|---|---|---|

**ECOLAB PEST**
Attn:  Officer/Manager
26252 NETWORK PLACE
CHICAGO, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  05/29/2020

Basis for the claim:  PEST SOLUTIONS

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Elizabethtown Utilities, KY**
Attn:  Officer/Manager
PO BOX 550
Elizabethtown, KY 42701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  NATURAL GAS - STORE 634 - FOR NOTICE PURPOSES ONLY

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,315.62 |
|---|---|---|---|

**Engie/Ecova**
Attn:  Officer/Manager
1313 N Atlantic St., Suite 500
Spokane, WA 99201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  Utilities - Third party service agent

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $699.60 |
|---|---|---|---|

**ENVIRO-Master Sani Services**
Attn:  Officer/Manager
PO BOX 12350
CHARLOTTE, NC 28220

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  01/20/2020

Basis for the claim:  SANITATION/DRAIN SERVICES

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $385.20 |
|---|---|---|---|

**EXPRESS PRINTING**
Attn:  Officer/Manager
117 N MARINE BLVD
JACKONVILLE, NC 28540

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/23/2020

Basis for the claim:  PRINTING SVC/COUPONS

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Platinum Corral, L.L.C.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105.30 |
|---|---|---|---|

**F.S.I. Mid State Division Inc.**
Attn:  Officer/Manager
121 Middle Collison Rd
Mount Lookout, WV 26678

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,681.20 |
|---|---|---|---|

**FESS FIRE PROTECTION**
Attn:  Officer/Manager
PO BOX 1307
MORRISVILLE, NC 27560

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/30/2020

**Basis for the claim:**  FIRE PROTECTION/MONITORING

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.00 |
|---|---|---|---|

**FISH WINDOW CLEANING**
Attn:  Officer/Manager
PO BOX 71312
HENRICO, VA 23229

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/20/2020

**Basis for the claim:**  WINDOW CLEANER

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $905.78 |
|---|---|---|---|

**FLOORED**
Attn:  Officer/Manager
385 RADFORD ST
CHRISTIANSBURG, VA 24073

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  01/20/2020

**Basis for the claim:**  FLOORING

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,417.24 |
|---|---|---|---|

**Foster's Refrigeration**
Attn:  Officer/Manager
315 W 22ND ST
RICHMOND, VA 23225

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  07/1/2020

**Basis for the claim:**  ICE MACHINE RENTALS

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,048.54 |
|---|---|---|---|

**FRANKLIN MACHINE PRODUCTS**
Attn:  Officer/Manager
101 MT HOLLY BYPASS
LUMBERTON, NJ 08048

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  07/23/2020

**Basis for the claim:**  KITCHEN/SERVING APPLIANCES

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $570.11 |
|---|---|---|---|

**Frontier Communications**
Attn:  Officer/Manager
PO BOX 740407
Cincinnati, OH 45274

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  PHONES - STORES 2490, 814, 867

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Platinum Corral, L.L.C.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,314.86 |
|---|---|---|---|

**FSI MECHANICAL INC**
Attn:  Officer/Manager
5485 RAYNOR RD
GARNER, NC 27529

Date(s) debt was incurred  02/1/2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  HVAC & REFRIGERATION SVC

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FTC**
Attn:  Officer/Manager
PO BOX 743076
Atlanta, GA 30374

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  PHONE - STORE 2508 - FOR NOTICE PURPOSES ONLY

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FUSION**
Attn:  Officer/Manager
PO BOX 51341
Los Angeles, CA 90051

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  PHONE - STORE 576 - FOR NOTICE PURPOSES ONLY

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FUZE INC**
Attn:  Officer/Manager
PO BOX 347284
Pittsburgh, PA 15251

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  PHONES - ALL STORES - FOR NOTICE PURPOSES ONLY

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $327.58 |
|---|---|---|---|

**GC Partners Inc**
Attn:  Officer/Manager
3816 Forrestgate Dr.
Winston Salem, NC 27103

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,000.00 |
|---|---|---|---|

**General Heating & Air Conditioning**
Attn:  Officer/Manager
PO BOX 964
FLATWOODS, KY 41139

Date(s) debt was incurred  02/26/2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  HEATING & AIR

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,201.82 |
|---|---|---|---|

**Golden Corral Corporation**
Attn:  Officer/Manager
P. O. Box 29502
Raleigh, NC 27626

Date(s) debt was incurred  03/19/2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  POS/HELP DESK - SERVICES PROVIDED

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **Platinum Corral, L.L.C.**
_____
Name

Case number (if known)   _____

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|------|------|------|------|

**Golden Corral Franchising Systems**
Attn:  Officer/Manager
P.O. Box 29502
Raleigh, NC 27626

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | | **$129.50** |
|------|------|------|------|

**Golden Rule/Kentucky Legionnaire**
Attn:  Officer/Manager
1303 US HWY 127 S, Ste 402-374
FRANKFORT, KY 40601

Date(s) debt was incurred  02/28/2020

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NEWSPAPER**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | | **$4,611.87** |
|------|------|------|------|

**Granite Telecommunications**
Attn:  Officer/Manager
PO Box 983119 (Client ID #311)
Boston, MA 02298

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **PHONE/INTERNET FOR ALL STORES**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | | **$8,595.00** |
|------|------|------|------|

**GreasePro/Fleetwash Inc**
Attn:  Officer/Manager
PO BOX 36014
NEWARK, NJ 07188

Date(s) debt was incurred  10/3/2019

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **HOOD CLEANER**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | | **$0.00** |
|------|------|------|------|

**Greenville Utilities Commission, NC**
Attn:  Officer/Manager
PO BOX 1432
Charlotte, NC 28201-1432

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **ALL UTILITIES - STORE 2623 -FOR NOTICE PURPOSES ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | | **$179.55** |
|------|------|------|------|

**GTT**
Attn:  Officer/Manager
PO BOX 842630
Dallas, TX 75284

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **PHONES FOR STORES 867, 2490, 81**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | | **$690.21** |
|------|------|------|------|

**HABITEC SECURITY**
Attn:  Officer/Manager
PO BOX 352497
TOLEDO, OH 43635

Date(s) debt was incurred  08/27/2020

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SECURITY & MONITORING**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Platinum Corral, L.L.C.**
_____
          Name

Case number (if known) _____

| | |
|---|---|
| 3.104 | **Nonpriority creditor's name and mailing address** |

**3.104**

**Nonpriority creditor's name and mailing address**

**Hardin County Water District #2**
Attn:  Officer/Manager
PO BOX 645854
Pittsburgh, PA 15264-5256

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __WATER - STORE 634 - FOR NOTICE PURPOSES ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105**

**Nonpriority creditor's name and mailing address**

**Herbert & Debra Zeysing**
2115 Cynthiana Rd
Georgetown, KY 40324

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Rent for Store 634 - FOR NOTICE PURPOSES ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.106**

**Nonpriority creditor's name and mailing address**

**High 5 Awards**
Attn:  Officer/Manager
11272 Stewart Loop
Oxford, FL 34484

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$575.46**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107**

**Nonpriority creditor's name and mailing address**

**HM Electronics**
Attn:  Officer/Manager
PO Box 208713
Dallas, TX 75320

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$1,661.89**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Drive thru headsets__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108**

**Nonpriority creditor's name and mailing address**

**Hobart**
Attn:  Officer/Manager
PO BOX 2517
CAROL STREAM, IL 60132

Date(s) debt was incurred  __09/23/2020__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$2,355.78**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __KITCHEN EQUIPMENT__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109**

**Nonpriority creditor's name and mailing address**

**Hobart Down East Enterprises**
Attn:  Officer/Manager
1311 E New Bern Rd
Kinston, NC 28501

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __FOR NOTICE PURPOSES ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110**

**Nonpriority creditor's name and mailing address**

**HP-Wakeforest GC, LLC**
Holly Park Inv.-Attn: Officer/Mgr.
PO Box 19669
Raleigh, NC 27619

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$273,195.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Rent for Store 2485__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Platinum Corral, L.L.C.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**IGS ENERGY**
Attn:  Officer/Manager
PO BOX 936626
Atlanta, GA 31193-6626

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  NATURAL GAS - STORES 714, 764, 894 - FOR NOTICE PURPOSES ONLY

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Integrated Cash Logistics, Inc.**
Attn:  Officer/Manager
P. O. Box 9560
Wilmington, DE 19809-0560

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/13/2020

Basis for the claim:  FOR NOTICE PURPOSES ONLY

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Intelligent tech**
Attn:  Officer/Manager
20 Oak Branch Dr, Suite D
Greensboro, NC 27407

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  FOR NOTICE PURPOSES ONLY

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $970.41 |
|---|---|---|---|

**IRWIN CONSTRUCTION**
Attn:  Officer/Manager
207 E 10TH ST
KANNAPOLIS, NC 28083

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  05/27/2020

Basis for the claim:  MAINENANCE

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,047.55 |
|---|---|---|---|

**J H HONEYCUTT & SONS**
Attn:  Officer/Manager
PO BOX 391
CHADBOURN, NC 28431

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/20/2020

Basis for the claim:  Trade debt

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $107.00 |
|---|---|---|---|

**Jackie Miller**
65 Sanders Dr
Hubert, NC 28539

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade debt

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jacksonville Heating Contractors**
Attn:  Officer/Manager
227 S Marine Blvd
Jacksonville, NC 28540

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  FOR NOTICE PURPOSES ONLY

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Platinum Corral, L.L.C. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.118** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Johnson Security
Attn:  Officer/Manager
PO Box 371967
Pittsburgh, PA 15250

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __FOR NOTICE PURPOSES ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,220.00**

JONATHON M MONSALVO
Attn:  Officer/Manager
136 PEACE HAVEN DR
LEXINGTON, NC 27292

Date(s) debt was incurred  __09/8/2020__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __OUTDOOR MAINTENANCE__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.120** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$119.94**

KAPPUS CO
Attn:  Officer/Manager
4755 W 150TH ST
CLEVELAND, OH 44135

Date(s) debt was incurred  __06/8/2020__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __FOOD SERVICE EQUIPMENT__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$247.60**

Keevers Key & Repair SVC
Attn:  Officer/Manager
PO BOX 662
Hickory, NC 28603

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.122** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$179.87**

Kennedy Office Supply Co
Attn:  Officer/Manager
PO Box 40847
Raleigh, NC 27629

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.123** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$174.00**

KENTUCKY AIR FILTER
Attn:  Officer/Manager
PO BOX 1105
STANTON, KY 40380

Date(s) debt was incurred  __02/6/2020__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __AIR FILTER SERVICE__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

KENTUCKY POWER COMPANY
Attn:  Officer/Manager
PO BOX 371496
Pittsburgh, PA 15250-7496

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __ELECTRIC - STORE 781 - FOR NOTICE PURPOSES ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Platinum Corral, L.L.C. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.125** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

KeyBank Real Estate Capital
Attn: Officer/Manager
11501 Outlook Street, Suite 300
Overland Park, KS 66211

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **FOR NOTICE PURPOSES ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.126** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

KU-Kentucky Utilities Company
Attn: Officer/Manager
PO BOX 9001954
Louisville, KY 40290-1954

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **ELECTRIC - STORES 630, 634 - FOR NOTICE PURPOSES ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.127** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$450.00**

KULLS PLUMBING & SOFTENER
Attn: Officer/Manager
8193 CARROLL NORTHERN RD
CARROLL, OH 43112

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  01/5/2020

Basis for the claim:  **PLUMBING**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.128** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Kutak Rock LLP (STORE Capital)
Attn: Nathan P. Humphrey, Esq.
1601 California Street, Suite 3100
Denver, CO 80202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **FOR NOTICE PURPOSES ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.129** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

LAMAR COMPANIES
Attn: Officer/Manager
PO BOX 96030
BATON ROUGE, LA 70896

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/21/2020

Basis for the claim:  **ADVERTISING**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.130** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Lancaster Utilities Collection-Offi
Attn: Officer/Manager
PO BOX 1099
Lancaster, OH 43130-0819

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NATURAL GAS/WATER - STORE 2618 - FOR NOTICE PURPOSES ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.131** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,364.47**

LIBERTY SERVICES INC
Attn: Officer/Manager
1005 S MAIN ST
WEST MILTON, OH 45383

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  06/23/2020

Basis for the claim:  **HOOD CLEANER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Platinum Corral, L.L.C. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,318,332.00 |
|---|---|---|---|

**Louis William Sewell, III**
**521 New Bridge Street**
**Jacksonville, NC 28540**

Date(s) debt was incurred  **12/31/2019**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Promissory Note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $910,284.00 |
|---|---|---|---|

**Louis William Sewell, III**
**521 New Bridge Street**
**Jacksonville, NC 28540**

Date(s) debt was incurred  **12/31/2019**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Promissory Note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,775.00 |
|---|---|---|---|

**M & R CARPET CLEANING**
**Attn:  Officer/Manager**
**500 SINCLAIR LAKE RD**
**NEWTON GROVE, NC 28366**

Date(s) debt was incurred  **09/17/2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CARPET CLEANING & INSTALLATION**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $226.00 |
|---|---|---|---|

**Marilu Mancha**
**1270 Wintergreen Rd**
**Cove City, NC 28523**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $614.56 |
|---|---|---|---|

**MARLIN BUSINESS BANK**
**Attn:  Officer/Manager**
**PO BOX 13604**
**PHILADELPHIA, PA 19101**

Date(s) debt was incurred  **10/5/2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **DISH MACHINE LEASES**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**McLane FoodService Distribution Inc**
**Attn:  Officer/Manager**
**2641 Meadowbrook Road**
**ROCKY MOUNT, NC 27802**

Date(s) debt was incurred  **3/9/2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,758.70 |
|---|---|---|---|

**Merchants Food Service**
**Attn:  Officer/Manager**
**PO Box 1351**
**Hattiesburg, MS 39403**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Platinum Corral, L.L.C.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MICROSPACE**
Attn: Officer/Manager
PO BOX 60971
Charlotte, NC 28260

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **PHONES FOR ALL STORES - FOR NOTICE PURPOSES ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30.00 |
|---|---|---|---|

**MODERN EXTERMINATING**
Attn: Officer/Manager
627 COLLEGE ST
JACKSONVILLE, NC 28540

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/1/2020

Basis for the claim: **PEST CONTROL SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Monongahela Power**
PO BOX 3615
443093615
Akron, OH 44309-3615

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **ELECTRIC - STORE 2490 - FOR INFORMATION ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**MOOD MEDIA/MUSAK LLC**
Attn: Officer/Manager
PO Box 71070
Charlotte, NC 28272

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MOUNTAINEER GAS**
Attn: Officer/Manager
PO BOX 580211
Charlotte, NC 28258-0211

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **NATURAL GAS - STORE 867 - FOR INFORMATION ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,525.54 |
|---|---|---|---|

**MTI DIGITAL INC**
Attn: Officer/Manager
407 Lincoln Rd, Suite PHE
MIAMI BEACH, FL 33139

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/1/2020

Basis for the claim: **DIGITAL MUSIC FOR STORES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Muskingum County Utilities**
Attn: Officer/Manager
375 RICHARD AVE
Zanesville, OH 43701-6605

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **WATER - STORE 2438 - FOR INFORMATION ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor __Platinum Corral, L.L.C.__      Case number (if known) _____

    Name

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $750.00 |
|---|---|---|---|

**3.146**

Nonpriority creditor's name and mailing address

**National Restaurant Designers**
Attn:  Officer/Manager
3005 Carrington Mill Blvd., Ste 150
MORRISVILLE, NC 27560

Date(s) debt was incurred __05/1/2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __ARCHITECT__

Is the claim subject to offset? ■ No ☐ Yes

**$750.00**

---

**3.147**

Nonpriority creditor's name and mailing address

**New Market Waste Solutions**
Attn:  Officer/Manager
PO BOX 603843
Charlotte, NC 28260-3843

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Waste management for Stores 559, 576, 2454, 774, 764, 894, 586, 589, 749, 2607, 2623, 2508, 656, 2603, 714,, 630, 634, 722, 781, 867, 2438, 2490, 2618, 662, 814 and 827__

Is the claim subject to offset? ■ No ☐ Yes

**$9,950.79**

---

**3.148**

Nonpriority creditor's name and mailing address

**Noble Properties Inc.**
Attn:  Officer/Manager
4280 Professional Center Dr Ste 100
Palm Beach Gardens, FL 33410

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Rent for Store 2623__

Is the claim subject to offset? ■ No ☐ Yes

**$301,489.00**

---

**3.149**

Nonpriority creditor's name and mailing address

**Northeast Bank**
Attn: Loan Servicing Dept.
PO Box 171769
Boston, MA 02117

Date(s) debt was incurred __3/24/2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __PPP2 Loan__

Is the claim subject to offset? ■ No ☐ Yes

**$2,000,000.00**

---

**3.150**

Nonpriority creditor's name and mailing address

**NUCO2**
Attn:  Officer/Manager
PO BOX 417902
BOSTON, MA 02241-7902

Date(s) debt was incurred __08/1/2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __CO2__

Is the claim subject to offset? ■ No ☐ Yes

**$5,638.07**

---

**3.151**

Nonpriority creditor's name and mailing address

**OLO INC**
Attn:  Officer/Manager
285 FULTON ST, FL 82
NEW YORK, NY 10007

Date(s) debt was incurred __09/30/2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __DELIVERY PARTNER PLATFROM__

Is the claim subject to offset? ■ No ☐ Yes

**$1,639.19**

---

**3.152**

Nonpriority creditor's name and mailing address

**Onslow Fire Extinguisher**
Attn:  Officer/Manager
349 Center St, STE D
Jacksonville, NC 28546

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$154.08**

---

Debtor    **Platinum Corral, L.L.C.**
_____     Case number (if known) _____
Name

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $115.00 |
|---|---|---|---|

**P.M.B SERVICES**
Attn:  Officer/Manager
6160 PARNELL RD
WINSTON SALEM, NC 27107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/22/2020**

**Basis for the claim:  WINDOW CLEANER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PARKERSBURG UTILITY BOARD**
Attn:  Officer/Manager
PO BOX 1629
Parkersburg, WV 26102-1629

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  WATER - STORE 2490 - FOR NOTICE PURPOSES ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,160.00 |
|---|---|---|---|

**PAVING & RESURFACING INC**
Attn:  Officer/Manager
40 BLACK TOP RD
CHARLESTON, WV 25312

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/23/2020**

**Basis for the claim:  PAVING GC 827**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PIEDMONT NATURAL GAS**
Attn:  Officer/Manager
PO BOX 1246
Charlotte, NC 28201-1246

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NATURAL GAS - STORES 559, 576, 586, 2454, 2607 - FOR NOTICE PURPOSES ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $241.38 |
|---|---|---|---|

**Piney Green Electric Co., Inc.**
Attn:  Officer/Manager
3954 New Bern Highway, 17 North
Jacksonville, NC 28546

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $169.45 |
|---|---|---|---|

**PIP PRINTING**
Attn:  Officer/Manager
329 RIVERVIEW DR
DANVILLE, NC 24541

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/17/2020**

**Basis for the claim:  ADVERTISING**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,834.00 |
|---|---|---|---|

**PLUMBING DOCTOR**
Attn:  Officer/Manager
411 CENTRAL AVE
ELIZABETHTOWN, KY 42701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/4/2020**

**Basis for the claim:  PLUMBER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Platinum Corral, L.L.C. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,526.10 |
|---|---|---|---|

**PLUMBING HELPER**
Attn:  Officer/Manager
PO BOX 6514
HUNTINGTON, WV 25772

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/6/2020**

Basis for the claim:  **PLUMBER**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Postmaster**
Attn:  Officer/Manager
719 New Bridge St
Jacksonville, NC 28540

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Postage machine - FOR NOTICE PURPOSES ONLY**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,553.45 |
|---|---|---|---|

**PRODUCE SOURCE PARTNERS**
Attn:  Officer/Manager
13167 TELCOURT RD
ASHLAND, VA 23005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/20/2020**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

**PROFESSIONAL WINDOW CLEANING**
Attn:  Officer/Manager
PO BOX 562
INEZ, KY 41224

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/15/2019**

Basis for the claim:  **WINDOW CLEANER**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $402.50 |
|---|---|---|---|

**PURCHASE POWER**
Attn:  Officer/Manager
PO BOX 371874
PITTSBURGH, PA 15250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/5/2020**

Basis for the claim:  **POSTAGE**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RANDOLPH EMC**
Attn:  Officer/Manager
PO BOX 880
Robbins, NC 27325-0880

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **ELECTRIC - STORE 2454 - FOR NOTICE PURPOSES ONLY**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Reidsville Corral Group LLC**
Attn:  Officer/Manager
PO BOX 1148
Reidsville, NC 27320

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Rent for Store 662 - FOR NOTICE PURPOSES ONLY**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Platinum Corral, L.L.C.**

Name

Case number (if known)

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $850.00 |
|---|---|---|---|

**RELIABLE HOME SOLUTIONS**
Attn:  Officer/Manager
9328 HORIZON RD
GLEN ALLEN, VA 23060

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/6/2020**

Basis for the claim:  **REMODELING**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,779.66 |
|---|---|---|---|

**RESTAURANT TECHNOLOGIES**
Attn:  Officer/Manager
12962 COLLECTIONS CENTER DR
CHICAGO, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/1/2020**

Basis for the claim:  **OIL MANAGEMENT**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Richmond Striping LLC**
Attn:  Officer/Manager
11918 Gordon School Rd
Richmond, VA 23236

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Contractor - FOR NOTICE PURPOSES ONLY**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,742.23 |
|---|---|---|---|

**RJ Thieneman**
Attn:  Officer/Manager
12488 La Grange Rd
Louisville, KY 40245

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Cam tax**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ROANOKE GAS COMPANY**
Attn:  Officer/Manager
PO BOX 70848
Charlotte, NC 28272-0848

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **NATURAL GAS - STORE 774 -FOR NOTICE PURPOSES ONLY**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RUSSELL WATER WORKS**
Attn:  Officer/Manager
PO BOX 394
Russell, KY 41169

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **WATER - STORE 781 - FOR NOTICE PURPOSES ONLY**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150,421.00 |
|---|---|---|---|

**SBBH Golden Corral, LLC**
Attn:  Officer/Manager
101 S Kings Drive, Suite 200
Charlotte, NC 28204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Rent for Store 589**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Platinum Corral, L.L.C.**
_____
Name

Case number (if known) _____

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Scott & Ross Family Trust**
**Attn: Elliott Scott/Managing Agent**
**5252 Balboa Avenue, Suite 1000**
**San Diego, CA 92117**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Rent for Store 630 - FOR NOTICE PURPOSES ONLY__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $420.00 |
|---|---|---|---|

**Security Zone**
**Attn:  Officer/Manager**
**3736 Franklin Rd SW**
**Roanoke, VA 24014**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $511.16 |
|---|---|---|---|

**Shell Gas**
**Attn:  Officer/Manager**
**PO Box 6293**
**Carol Stream, IL 60197**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $790,293.61 |
|---|---|---|---|

**SHULER MEATS**
**Attn:  Officer/Manager**
**124 SHULER RD**
**THOMASVILLE, NC 27360**

Date(s) debt was incurred  __10/21/2019__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $544.65 |
|---|---|---|---|

**SIGN PROS**
**Attn:  Officer/Manager**
**7 OAKWOOD CT**
**RINEYVILLE, KY 40162**

Date(s) debt was incurred  __06/24/2020__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __SIGNAGE__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $101.06 |
|---|---|---|---|

**Sleep Inn and Suites at Fort Lee**
**Attn:  Officer/Manager**
**2200 Waterside Rd**
**Prince George, VA 23875**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $157.50 |
|---|---|---|---|

**SMITH AND SONS PLUMBING**
**Attn:  Officer/Manager**
**1020 LEROY LN**
**ASHLAND, KY 41102**

Date(s) debt was incurred  __06/23/2020__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __PLUMBER__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Platinum Corral, L.L.C.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.181 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$87.43** |
|---|---|---|---|

**South Central Power Co**
Attn:  Officer/Manager
PO Box 182058
Columbus, OH 43218

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**SPECTRUM**
Attn:  Officer/Manager
PO BOX 223085
Pittsburgh, PA 15251

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __PHONE/INTERNET FOR STORES 2618, 559, 656, 722, 2438, 2485, 2603, 2607, 630 AND OFFICE - FOR NOTICE PURPOSES ONLY__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$400.00** |
|---|---|---|---|

**SPENCE'S PEST CONTROL**
Attn:  Officer/Manager
11600 GROVE PARK COURT
MIDLOTHIAN, VA 23114

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/8/2020

**Basis for the claim:**  __PEST CONTROL__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$169.00** |
|---|---|---|---|

**SPORTS MEDIA**
Attn:  Officer/Manager
3315 E Russell Rd, Ste A4, #180
LAS VEGAS, NV 89120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  08/24/2020

**Basis for the claim:**  __ADVERTISING__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$125.00** |
|---|---|---|---|

**Standen Appliance Repair**
Attn:  Officer/Manager
1811 John Drive
Danville, VA 24540

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$20,702.56** |
|---|---|---|---|

**State Auto Insurance Co.**
Attn:  Officer/Manager
PO Box 776721
Chicago, IL 60677

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,794.00** |
|---|---|---|---|

**Store Capital Corp. - Keybank RE Ca**
Attn:  Officer/Manager
PO Box145404
CINCINNATI, OH 45250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/1/2020

**Basis for the claim:**  __FRANCHISE TAX REIMBURSEMENT__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Platinum Corral, L.L.C.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,073,981.00 |
|---|---|---|---|

**STORE Master Funding III, LLC**
**Attn: Michael Bennett, Exec. VP**
**8501 E. Princess Drive, Suite 190**
**Scottsdale, AZ 85255**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rent for Stores 714, 749, 781, 814, 867, 2490 and 2607

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $104.05 |
|---|---|---|---|

**Suddenlink**
**Attn:  Officer/Manager**
**PO Box 70340**
**Philadelphia, PA 19176**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Phone/internet for Stores 2490 and 867

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,591,304.00 |
|---|---|---|---|

**SVCN 4 LLC c/o The RMR Group LLC**
**Attn:  Officer/Manager**
**255 Washington St., Suite 300**
**Newton, MA 02458**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rent for Stores 656, 764, 774, 827, 894 and 2603

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90.60 |
|---|---|---|---|

**T&S Mechanical**
**Attn:  Officer/Manager**
**4107 Dodds Ridge Dr**
**Richmond, VA 23236**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49.75 |
|---|---|---|---|

**TAYLOR FREEZER SALES**
**Attn:  Officer/Manager**
**PO BOX 5807**
**CHESAPEAKE, VA 23324**

Date(s) debt was incurred  09/14/2020
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  MAINT & PARTS

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**The Corral Group of Jacksonville**
**Attn:  Officer/Manager**
**PO BOX 1685**
**Jacksonville, NC 28541**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rent for Store 559 - FOR NOTICE PURPOSES ONLY

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**The Corral Group of Lancaster**
**The Community Bank-Attn:Officer/Mgr**
**201 North Columbus Street**
**Lancaster, OH 43130**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rent for Store 2618 - FOR NOTICE PURPOSES ONLY

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Platinum Corral, L.L.C.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.195** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$800.00**

**THE DAILY NEWS**
Attn:  Officer/Manager
PO BOX 102475
ATLANTA, GA 30368

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/30/2020

Basis for the claim:  ADVERTISING

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.196** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**THE ENERGY COOPERATIVE**
Attn:  Officer/Manager
PO BOX 182137
Columbus, OH 43218-2137

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  NATURAL GAS - STORE 2438 - FOR NOTICE PURPOSES ONLY

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.197** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$748.80**

**THE ICEE COMPANY**
Attn:  Officer/Manager
PO BOX 515723
LOS ANGELES, CA 90051

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/15/2020

Basis for the claim:  ICEE MIX

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.198** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00**

**The Lions Cleaning Services**
Attn:  Officer/Manager
1327 SCHOLAR ST
LOUISVILLE, KY 40213

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/9/2020

Basis for the claim:  HOOD CLEANING

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.199** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,700,812.00**

**The Loan Source**
Attn:  Officer/Manager
353 E 83rd St.
New York, NY 10028

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/16/2020

Basis for the claim:  PPP Loan

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.200** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$520.00**

**Thompson and Son Electric**
Attn:  Officer/Manager
235 LINCOLN AVE
ELIZABETHTOWN, KY 42701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  01/20/2020

Basis for the claim:  ELECTRICIAN

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.201** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$175,058.00**

**Toler Properties, LLC**
Attn:  Officer/Manager
330 Harper Park Dr., Suite G
Beckley, WV 25801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Rent for Store 2663

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Platinum Corral, L.L.C.**

Case number (if known)

Name

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $328.00 |

**3.202** Nonpriority creditor's name and mailing address

**Tom Marks**
3601 Calvary Dr
Greenville, NC 27834

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$328.00**

---

**3.203** Nonpriority creditor's name and mailing address

**TOUCHTONE**
Attn:  Officer/Manager
PO BOX 780593
Philadelphia, PA 19178

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **PHONE FOR OFFICE - FOR NOTICE PURPOSES ONLY**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.204** Nonpriority creditor's name and mailing address

**Town of Wake Forest, NC**
Attn:  Officer/Manager
301 S BROOKS ST
Wake Forest, NC 27587

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **ELECTRIC - STORE 2485 - FOR NOTICE PURPOSES ONLY**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.205** Nonpriority creditor's name and mailing address

**Treasurer, Chesterfield County**
Attn:  Officer/Manager
PO BOX 71143
Charlotte, NC 28272-1143

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **WATER - STORE 714 - FOR NOTICE PURPOSES ONLY**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.206** Nonpriority creditor's name and mailing address

**UNIFIRST CORP**
Attn:  Officer/Manager
68 JONSPIN RD
WILMINGTON, MA 01887

Date(s) debt was incurred  **09/15/2020**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **LINENS**

Is the claim subject to offset? ■ No ☐ Yes

**$479.37**

---

**3.207** Nonpriority creditor's name and mailing address

**Universal Atlantic Systems**
Attn:  Officer/Manager
45 W. Industrial Boulevard
Paoli, PA 19301

Date(s) debt was incurred  **09/15/2020**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$9,295.00**

---

**3.208** Nonpriority creditor's name and mailing address

**UPS**
Attn:  Officer/Manager
PO Box 809488
Chicago, IL 60680

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$183.30**

---

| Debtor | **Platinum Corral, L.L.C.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.209**

**Nonpriority creditor's name and mailing address**

US FOODS INC
Attn:  Officer/Manager
PO BOX 602292
CHARLOTTE, NC 28260

Date(s) debt was incurred  **09/20/2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Restaurant food and supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$43,078.42**

---

**3.210**

**Nonpriority creditor's name and mailing address**

Van Wagner Sports & Entertainment
Attn:  Officer/Manager
800 Third Ave - 28th Floor
New York, NY 10022

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Sponsorship/Adv**

Is the claim subject to offset? ■ No ☐ Yes

**$4,166.66**

---

**3.211**

**Nonpriority creditor's name and mailing address**

VCS Fire & Security INC
Attn:  Officer/Manager
10343-B Kinga Acre Rd
Ashland, VA 23005

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **FOR NOTICE PURPOSES ONLY**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.212**

**Nonpriority creditor's name and mailing address**

VERIZON

PO BOX 660108
Dallas, TX 75266

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **PHONE FOR STORE 774 AND CORPORATE CELL PHONES - FOR NOTICE PURPOSES ONLY**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.213**

**Nonpriority creditor's name and mailing address**

Visa
Attn:  Officer/Manager
PO Box 580340
Charlotte, NC 28258

Date(s) debt was incurred __

Last 4 digits of account number  **0006**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Credit card purchases**

Is the claim subject to offset? ■ No ☐ Yes

**$11,739.21**

---

**3.214**

**Nonpriority creditor's name and mailing address**

VRC Companies LLC - Dept. 5874
Attn:  Officer/Manager
PO Box 11407
Birmingham, AL 35246-5874

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$77.95**

---

**3.215**

**Nonpriority creditor's name and mailing address**

West Virginia American Water Co.
Attn:  Officer/Manager
PO BOX 371880
Pittsburgh, PA 15250-7800

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **WATER - STORES 814, 867 - FOR NOTICE PURPOSES ONLY**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Platinum Corral, L.L.C.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Western Virginia Water Authority**
Attn: Officer/Manager
PO BOX 17381
Baltimore, MD 21297-1381

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **WATER - STORE 774 - FOR NOTICE PURPOSES ONLY**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Winchester Municipal Utilities**
Attn: Officer/Manager
PO BOX 4177
Winchester, KY 40392

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **WATER - STORE 630 - FOR NOTICE PURPOSES ONLY**

Is the claim subject to offset? ■ No ☐ Yes

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WINDSTREAM**
Attn: Officer/Manager
PO BOX 9001908
Louisville, KY 40290

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **PHONES FOR STORES 656 AND 634 - FOR NOTICE PURPOSES ONLY**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $167.00 |
|---|---|---|---|

**WJCV**
Attn: Officer/Manager
123 A Arnold Rd
Jacksonville, NC 28546

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261,618.00 |
|---|---|---|---|

**WSR Sumter-c/o West Realty Group**
Attn: Officer/Manager
875 Saint Nicholas Ave., Apt. 1
New York, NY 10032

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent for Store 2508**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order** any others who must be notified about claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 347,025.68 |
| 5b. Total claims from Part 2 | 5b.  + | $ | 29,057,481.22 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 29,404,506.90 |

Debtor    **Platinum Corral, L.L.C.**                                    Case number (if known)
                Name

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Platinum Corral, L.L.C.** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases            12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal        Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Store #586 - Hickory, NC**<br>**1053 Lenoir Rhyne Blvd.**<br>**Hickory, NC  28602** | |
| | State the term remaining | **7/31/2038** | **1053 Lenoir Rhyne Boulevard LLC**<br>**Mr. and Mrs. Russell Wachtier**<br>**740 Saint Nicholas Ave., Room 2**<br>**New York, NY 10031** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Administrative Services Agreement - Medical and HRA**<br>**Administrative Services Agreement** | |
| | State the term remaining | **Effective as of January 1, 2020** | **ACS Benefit Services, LLC**<br>**Attn:  Officer/Manager**<br>**5660 University Parkway, 5th Floor**<br>**Winston Salem, NC 27105** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Office - Lanier Copier** | |
| | State the term remaining | **Contract signed 7/12/2018 (yearly)** | **Advanced Office Solutions**<br>**Attn:  Officer/Manager**<br>**PO BOX 815**<br>**Swansboro, NC 28584** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Store #2438 Zanesville, OH**<br>**3761 Northpointe Drive**<br>**Zanesville, OH  43701** | |
| | State the term remaining | **10/31/2022** | **ARC CAFEUSA001, LLC**<br>**DEPT. 880044 (ID: 082070)**<br>**PO BOX 29650 - Attn: Officer/Mgr.**<br>**Phoenix, AZ 85038** |
| | List the contract number of any government contract | | |

4/09/21  4:58PM

Debtor 1    **Platinum Corral, L.L.C.**                                    Case number (*if known*) _____

First Name        Middle Name        Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Safes for Stores 2607, 586, 589, 656, 2508, 714, 749, 764, 2623, 576, 2485** | |
|---|---|---|---|
| | State the term remaining | | **Brinks Inc.** **Attn: Officer/Manager** **7373 Solutions Center** **Chicago, IL 60677** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Professional services** | |
|---|---|---|---|
| | State the term remaining | **Contract signed 1/28/2021** | **Capital Insight, LLC** **Attn: Officer/Manager** **109 N Acacia Ave** **Solana Beach, CA 92075** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Store #2454 - Asheboro, NC - Ground Lease** **1070 East Dixie Dr.** **Asheboro, NC  27203** | |
|---|---|---|---|
| | State the term remaining | **7/1/2022** | **Charles W. Burrows** **854 East Dixie Dr.** **Asheboro, NC 27203** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Store #0722 - Chillicothe, OH** **1660 North Bridge St** **Chillicothe, OH  45601** | |
|---|---|---|---|
| | State the term remaining | **1/31/2023** | **Chillicothe Bowling Lanes Inc.** **Attn: Officer/Manager** **1680 N Bridge St** **Chillicothe, OH 45601** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **To go printer - Stores 576, 586, 589, 764, 559, 774, 894, 2607** | |
|---|---|---|---|
| | State the term remaining | **2-yr contract signed 7/12/2019** | **CHOWLY** **Attn: Officer/Manager** **225 W WACKER DR., STE 550** **Chicago, IL 60606** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Towels, aprons, mats, chef coats for Stores 714, 764, 781, 814, 827, 867, 722, 2490, 2618** | |
|---|---|---|---|
| | State the term remaining | **Contracts signed 12/18/16 and 8/13/2018** | **Cintas** **Attn: Officer/Manager** **PO BOX 630803** **Cincinnati, OH 45263** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1 **Platinum Corral, L.L.C.**
First Name          Middle Name          Last Name

Case number *(if known)* _____

<table>
<tr><td style="background:#3d0033; color:#3d0033;">■■</td><td>**Additional Page if You Have More Contracts or Leases**</td></tr>
</table>

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

List the contract number of any
government contract          _____

| | | |
|---|---|---|
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Store #2454 - Asheboro, NC - Building Lease 1070 East Dixie Dr. Asheboro, NC  27203** |
| | State the term remaining | |
| | List the contract number of any government contract | |

**Corral Group of Asheboro
Attn:  Officer/Manager
PO BOX 1616
Morehead City, NC 28557**

| | | |
|---|---|---|
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreement** |
| | State the term remaining | |
| | List the contract number of any government contract | |

**Douglas Ray Higdon
391 Foxwood Dr.
Richmond, KY 40475**

| | | |
|---|---|---|
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Dish Machines - Stores 586, 656, 2454, 2438, 894** |
| | State the term remaining | **Contract end dates 2021 and 2022** |
| | List the contract number of any government contract | |

**Ecolab Inc.
Attn:  Officer/Manager
PO BOX 32027
New York, NY 10087**

| | | |
|---|---|---|
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Dish Machines for Stores 781, 2603, 714; Booster Heater for Store 634** |
| | State the term remaining | **Month to month** |
| | List the contract number of any government contract | |

**Ecolab Inc.
Attn:  Officer/Manager
PO Box 32027
New York, NY 10087**

| | | |
|---|---|---|
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Stores - Utility Vendor** |
| | State the term remaining | |
| | List the contract number of any government contract | |

**Engie/Ecova
Attn:  Officer/Manager
1313 N Atlantic St., Suite 500
Spokane, WA 99201**

Debtor 1 **Platinum Corral, L.L.C.**
First Name          Middle Name          Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Ice Machines for Stores 749 and 764** | |
|---|---|---|---|
| | State the term remaining | **Month to month** | **Foster's Refrigeration**<br>**Attn:  Officer/Manager**<br>**315 W 22nd St**<br>**Richmond, VA 23225** |
| | List the contract number of any government contract | | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Stores - MIS, POS, Help Desk** | |
|---|---|---|---|
| | State the term remaining | **Agreement signed 12/15/2018** | **Golden Corral Corporation**<br>**Attn:  Officer/Manager**<br>**P. O. Box 29502**<br>**Raleigh, NC 27626** |
| | List the contract number of any government contract | | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreements for Stores 2603, 2618, 2508, 2485, 2607, 764; Franchise Agreements and Extension Addendums for Stores 781, 722, 2663, 867, 827, 814, 656, 2490, 662, 2438, 2454, 576, 589, 749, 586, 894, 714, 774; Franchise Agreements and Addendum to Franchise Agreement for Stores 634, 630, 2623, 559** | |
|---|---|---|---|
| | State the term remaining | | **Golden Corral Franchising Systems**<br>**Attn:  Officer/Manager**<br>**PO Box 29502**<br>**Raleigh, NC 27626** |
| | List the contract number of any government contract | | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **401(K) Plan** | |
|---|---|---|---|
| | State the term remaining | | **Great-West Trust Company, LLC**<br>**Attn:  Officer/Manager**<br>**8505 E Orchard Rd**<br>**Greenwood Village, CO 80111** |
| | List the contract number of any government contract | | |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Store 559 - Dish Machine and Equip** | |
|---|---|---|---|
| | State the term remaining | **1 year contract** | **Hobart**<br>**Attn:  Officer/Manager**<br>**2725 Old Wrightsboro Rd, Ste 2E**<br>**Wilmington, NC 28405** |

Debtor 1   **Platinum Corral, L.L.C.**

First Name          Middle Name          Last Name

Case number (*if known*)

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | **9/24/20-9/23/21** |

| | | | |
|---|---|---|---|
| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Store #2485 - Wake Forest, NC 11016 Capital Blvd. Wake Forest, NC 27587** | |
| | State the term remaining | **12/27/2047** | **HP-WAKEFOREST GC, LLC Holly Park Inv. c/o Dan Austin PO BOX 19669 Raleigh, NC 27619** |
| | List the contract number of any government contract | | |
| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Safes for Stores 559, 2454, 774, 894, 603, 630, 634, 781, 867, 2438, 2490, 2618, 722; Amendment to Contract signed 10/2020.** | |
| | State the term remaining | **Contract signed 5/29/18 for 3 years** | **Integrated Cash Logistics Inc. Attn: Officer/Manager PO Box 9560 Wilmington, DE 19809** |
| | List the contract number of any government contract | | |
| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Security; Store 749 - Vista System, JCI owned (5-YR CONTRACT, END DATE 5/17/22); Store 894 - Vista system, JCI owned (5 yr contract, end date 10/16/22)** | |
| | State the term remaining | **Contract signed 7/11/11** | **JCI/ADT/Tyco Attn: Officer/Manager PO BOX 371967 Pittsburgh, PA 15250** |
| | List the contract number of any government contract | | |
| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Store 559 - Digital Bulletin** | |
| | State the term remaining | **Contract signed 6/18/20** | **Lamar Companies Attn: Officer/Manager PO BOX 96030 Baton Rouge, LA 70896** |
| | List the contract number of any government contract | | |
| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Store 634 - Water Softener - Assumption Application signed 1/28/20** | **Leaf Attn: Officer/Manager PO BOX 5066 Hartford, CT 06102** |
| | State the term remaining | **Transfer Agreement** | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **Platinum Corral, L.L.C.**

First Name         Middle Name         Last Name

Case number (*if known*) _____



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | **signed 2/19/20** |
| **2.26.** State what the contract or lease is for and the nature of the debtor's interest | **Lease:  Storage Building** |
| State the term remaining | **LWS III LLC**<br>**Attn:  Officer/Manager**<br>**521 NEW BRIDGE STREET**<br>**Jacksonville, NC 28540** |
| List the contract number of any government contract | |
| **2.27.** State what the contract or lease is for and the nature of the debtor's interest | **Dish Machines for Stores 589 and 2454** |
| State the term remaining | **Contracts end date 4/25/22 and 1/25/23** |
| List the contract number of any government contract | **Marlin**<br>**Attn:  Officer/Manager**<br>**PO BOX 13604**<br>**Philadelphia, PA 19101** |
| **2.28.** State what the contract or lease is for and the nature of the debtor's interest | **Store 656 - Food Services** |
| State the term remaining | **Meals on Wheels**<br>**Attn:  Officer/Manager**<br>**104 E Center St**<br>**Lexington, NC 27292** |
| List the contract number of any government contract | |
| **2.29.** State what the contract or lease is for and the nature of the debtor's interest | **All stores - Kalypso music player** |
| State the term remaining | **5 Yr contract signed 2/12/19** |
| List the contract number of any government contract | **MTI DIGITAL INC**<br>**Attn:  Officer/Manager**<br>**407 Lincoln Rd, Suite PHE**<br>**Miami Beach, FL 33139** |
| **2.30.** State what the contract or lease is for and the nature of the debtor's interest | **All Stores - Trash, recycle, grease trap** |
| State the term remaining | **New Market Waste**<br>**Attn:  Officer/Manager**<br>**PO BOX 603843**<br>**Charlotte, NC 28260-3843** |
| List the contract number of any government contract | |

Debtor 1 **Platinum Corral, L.L.C.**

First Name      Middle Name      Last Name         Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Store #2623 - Greenville, NC 504 Greenville Blvd SW Greenville, NC 27834** | |
|---|---|---|---|
| | State the term remaining | **4/30/2029** | **Noble Properties Inc. Attn: Officer/Manager 4280 Professional Center Dr Ste 100 Palm Beach Gardens, FL 33410** |
| | List the contract number of any government contract | | |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Stores 2508, 2603, 266, 2607, 2623 - Co2 equipment** | |
|---|---|---|---|
| | State the term remaining | **5 Yr contract signed 10/2/19** | **NUCO2 Attn: Officer/Manager PO BOX 417902 Boston, MA 02241-7902** |
| | List the contract number of any government contract | | |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Stores 589, 2607, 586 - 40ft used storage container** | |
|---|---|---|---|
| | State the term remaining | **12 Mo. Rental signed 10/14/20** | **Onsite Storage Attn: Officer/Manager PO BOX 1051 Wildomar, CA 92595** |
| | List the contract number of any government contract | | |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Office - Postage meter** | |
|---|---|---|---|
| | State the term remaining | **Agreement signed 7/1/19** | **Pitney Bowes Attn: Officer/Manager PO BOX 371887 Pittsburgh, PA 15250-7887** |
| | List the contract number of any government contract | | |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **All stores - Oil program/equipment** | |
|---|---|---|---|
| | State the term remaining | **3 yr contract signed 3/11/20** | **RTI Attn: Officer/Manager 12962 Collections Center Drive Chicago, IL 60693** |
| | List the contract number of any government contract | | |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Store #589 - Concord, NC 1540 Concord Pkwy N. Concord, NC 28027** | |
|---|---|---|---|
| | State the term remaining | **4/30/2020 - 4/30/2026** | **SBBH Golden Corral, LLC Attn: Scott Bortz 101 S. Kings Drive, Suite 200 Charlotte, NC 28204** |
| | List the contract number of any | | |

Debtor 1   **Platinum Corral, L.L.C.**

First Name          Middle Name          Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Platinum Corral, L.L.C. Health Insurance** | |
|---|---|---|---|
| | State the term remaining | | **Southern Scripts, LLC Attn: Officer/Manager P. O. Box 2482 Natchitoches, LA 71457** |
| | List the contract number of any government contract | | |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Store 714, 749, 764 - Pest program** | |
|---|---|---|---|
| | State the term remaining | **Contract signed 5/24/19** | **Spence's Pest Control Attn: Officer/Manager 11600 Grove Park Court Midlothian, VA 23114** |
| | List the contract number of any government contract | | |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Master Lease: Store #714 - 11 S. Providence Rd, Richmond, VA 23236 Store #749 - 4050 Gaskins Rd., Glen Allen, VA 23060 Store #781 - 21 Russell Place, Ashland, KY 41101 Store #814 - 5177 R. 60 East, Huntington, WV 25705 Store #867 - 412 New Goff Mountain Road, Cross Lanes, WV 25313 Store #2490 - 1302 Garfield Avenue, Parkersburg, WV 26101 Store #2607 - 7701 N. Tryon St., Charlotte, NC 28262** | |
|---|---|---|---|
| | State the term remaining | **4/30/2029** | **STORE Master Funding III, LLC Attn: Michael Bennett, Exec. VP 8501 E. Princess Drive, Suite 190 Scottsdale, AZ 85255** |
| | List the contract number of any government contract | | |

Debtor 1 **Platinum Corral, L.L.C.**

First Name          Middle Name          Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Master Lease:**<br>**Store #656 - 1507 Cotton Grove Rd., Lexington, NC 27292**<br>**Store #764 - 2501 Conduit Rd., Colonial Heights, VA 23834**<br>**Store #774 - 1441 Town Square Blvd., Roanoke, VA 24012**<br>**Store #827 - 307 Upper River Road, Gallipolis, OH 45631**<br>**Store #894 - 4005 Wards Rd., Lynchburg, VA 24502**<br>**Store #2603 - 195 Holt Garrison Parkway, Danville, VA 24540** | |
|---|---|---|---|
| | State the term remaining | **8/31/2033** | **SVCN 4 LLC c/o The RMR Group LLC**<br>**Attn: Officer/Manager**<br>**255 Washington St., Suite 300**<br>**Newton, MA 02458** |
| | List the contract number of any government contract | | |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Client Services Agreement** | |
|---|---|---|---|
| | State the term remaining | **1 year** | **Synergi Partners Inc.**<br>**Attn: Officer/Manager**<br>**P.O. Box 5599**<br>**Florence, SC 29502** |
| | List the contract number of any government contract | | |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Store #0559 - Jacksonville, NC**<br>**2055 North Marine Blvd.**<br>**Jacksonville, NC 28540** | |
|---|---|---|---|
| | State the term remaining | | **The Corral Group of Jacksonville**<br>**Attn: Officer/Manager**<br>**PO BOX 1685**<br>**Jacksonville, NC 28541** |
| | List the contract number of any government contract | | |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Store #2663 - Christiansburg, NC**<br>**2580 N. Frankllin St.**<br>**Christiansburg, VA 24073** | |
|---|---|---|---|
| | State the term remaining | **1/30/2025** | **Toler Properties, LLC**<br>**Attn: Ray Toler**<br>**330 Harper Park Dr., Suite G**<br>**Beckley, WV 25801** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Platinum Corral, L.L.C.** | | | Case number (*if known*) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Store 634 - Aprons, mats, towels** | |
|---|---|---|---|
| | State the term remaining | **Contract signed 7/18/19** | **Unifirst** |
| | List the contract number of any government contract | | **Attn:  Officer/Manager** |
| | | | **2900 Blankenbaker Pkwy, Ste 150** |
| | | | **Louisville, KY 40299** |

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Store 630 - Aprons, mats, towels** | |
|---|---|---|---|
| | State the term remaining | **Contract signed 7/18/19** | **Unifirst** |
| | List the contract number of any government contract | | **Attn:  Officer/Manager** |
| | | | **715 Miles Point Way** |
| | | | **Lexington, KY 40510** |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Stores 586, 589, 2607 - Aprons, mats, towels, mops** | |
|---|---|---|---|
| | State the term remaining | **Contract signed 8/20/13** | **Unifirst** |
| | List the contract number of any government contract | | **Attn:  Officer/Manager** |
| | | | **PO BOX 584** |
| | | | **Newell, NC 28126** |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Stores 2454 and 2508 - Security** | |
|---|---|---|---|
| | State the term remaining | **Contract signed 5/1/02** | **Universal Atlantic Systems** |
| | List the contract number of any government contract | | **Attn:  Officer/Manager** |
| | | | **45 W. Industrial Boulevard** |
| | | | **Paoli, PA 19301** |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Office - Shipping packages** | |
|---|---|---|---|
| | State the term remaining | **Agreement signed 7/17/18** | **UPS** |
| | List the contract number of any government contract | | **Attn:  Officer/Manager** |
| | | | **PO BOX 809488** |
| | | | **Chicago, IL 60680-9488** |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance carrier for group benefits for employees** | |
|---|---|---|---|
| | State the term remaining | | **USAble Life** |
| | List the contract number of any | | **Attn:  Officer/Manager** |
| | | | **PO Box 1650** |
| | | | **Little Rock, AR 72203-1650** |

Debtor 1   **Platinum Corral, L.L.C.**

First Name          Middle Name          Last Name

Case number *(if known)* _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Bank Card Merchant Agreement** | |
|---|---|---|---|
| | State the term remaining | **August 31, 2023** | **VANTIV, LLC a/d/a IQ**<br>**Attn:  Officer/Manager**<br>**8500 Governors Hill Dr.**<br>**Cincinnati, OH 45249** |
| | List the contract number of any government contract | | |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Store #2508 - Sumter, SC**<br>**2385 WalMart Blvd**<br>**Sumter, SC  29150**<br>**1/31/2022** | |
|---|---|---|---|
| | State the term remaining | | **WSR Sumter-c/o West Realty Group**<br>**Attn:  Officer/Manager**<br>**875 Saint Nicholas Ave., Apt. 1**<br>**New York, NY 10032** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name **Platinum Corral, L.L.C.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Louis William Sewell, III** | **521 New Bridge Street Jacksonville, NC 28540** | **Dogwood State Bank FKA Sound Bank** | ☐ D _____ ■ E/F __3.67__ ☐ G _____ |
| 2.2 | **Louis William Sewell, III** | **521 New Bridge Street Jacksonville, NC 28540** | **LBC2 Trust** | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.3 | **Louis William Sewell, III** | **521 New Bridge Street Jacksonville, NC 28540** | **Pacific Premier Bank** | ■ D __2.12__ ☐ E/F _____ ☐ G _____ |
| 2.4 | **Louis William Sewell, III** | **521 New Bridge Street Jacksonville, NC 28540** | **Pacific Premier Bank** | ■ D __2.13__ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name **Platinum Corral, L.L.C.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                  04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **For prior year:**<br>From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other  _____ | **$26,499,430.00** |
   | **For year before that:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other  _____ | **$89,956,780.00** |
   | **For the fiscal year:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other  _____ | **$85,206,248.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | **For prior year:**<br>From  **1/01/2020** to **12/31/2020** | **vending machines, employee meals** | **$189,669.00** |
   | **For year before that:**<br>From  **1/01/2019** to **12/31/2019** | **vending machines, employee meals** | **$210,503.00** |
   | **For the fiscal year:**<br>From  **1/01/2018** to **12/31/2018** | **vending machines, employee meals** | **$546,837.00** |

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

| Debtor | Platinum Corral, L.L.C. | Case number *(if known)* | |
|---|---|---|---|

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.    **See Exhibit 1 attached.** | **1/9/2021-4/8/2021** | **$4,930,724.23** | ■ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>■ Other___ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    **Louis William Sewell, III**<br>**521 New Bridge Street**<br>**Jacksonville, NC 28540** | **3/15/2020-3/15/2021** | **$59,500.00** | **Rent** |

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **WAKE FOREST - 2485**<br>**11016 CAPITAL BLVD**<br>**Wake Forest, NC 27587** | **RESTAURANT - PERMANENTLY CLOSED** | **9/1/2020** | **Unknown** |
| **CHRISTIANSBURG - 2663**<br>**2580 N FRANKLIN ST**<br>**Christiansburg, VA 24073** | **RESTAURANT - PERMANENTLY CLOSED** | **9/1/2020** | **Unknown** |
| **CHILLICOTHE - 722**<br>**1660 N BRIDGE ST**<br>**Chillicothe, OH 45601** | **RESTAURANT - PERMANENTLY CLOSED** | **8/1/2020** | **Unknown** |
| **REIDSVILLE - 662**<br>**1566 FREEWAY DR**<br>**Reidsville, NC 27320** | **RESTAURANT - PERMANENTLY CLOSED** | **9/1/2020** | **Unknown** |
| **LANCASTER - 2618**<br>**2296 North Memorial Drive**<br>**Lancaster, OH 43130** | **RESTAURANT - PERMANENTLY CLOSED** | **3/15/2020** | **Unknown** |

**6.  Setoffs**

| Debtor | **Platinum Corral, L.L.C.** | Case number *(if known)* | |
|---|---|---|---|

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **SBBH Golden Corral, LLC and Southstar Holdings-Adams Farm, LLC v. Platinum, LLC 20 CVS 9302** | **Unpaid rent - monetary damages** | **County of Mecklenburg Superior Court 3600 Courthouse, 832 E. 4th St. PO BOX37971 Charlotte, NC 28237-7971** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.  **BRICKSTREET/ENCOVA Platinum Corral, LLC Michelle Guidea Claim No. 2019008610** | **Personal Injury** | **Workers' Compensation Claim** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3.  **State Auto**<br><br>**Platinum Corral, LLC Sandra Rodgers Claim No. PR329883** | **Personal Injury** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4.  **State Auto**<br><br>**Platinum Corral, LLC Minor Child Claim No. PR287568** | **Personal Injury - Minor child** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5.  **Nationwide**<br><br>**Platinum Corral, LLC Doris Smith Claim No. GL291534GJ** | **Personal Injury** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6.  **Nationwide**<br><br>**Platinum Corral, LLC Minor child Claim No. 274417GI** | **Personal Injury - Minor Child** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7.  **James S. Rimar, Plaintiff v. Platinum Corral, LLC, Defendant-Employer, and Stephanie McCloud, Administrator, Ohio Bureau of Workers' Compensation, Defendant-Administrator 20CV311 (BWC Claim No. 18-111025)** | **Civil - Workers' Compensation claim** | **Fairfield County Ohio Civil Division Hall of Justice - 2nd Floor 224 E. Main Street Lancaster, OH 43130** | ☐ Pending<br>■ On appeal<br>☐ Concluded |

---

Debtor    **Platinum Corral, L.L.C.**                                              Case number *(if known)*

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.8. | **Chillicothe Bowling Lanes, Inc. DBA Shawnee Lanes vs.**<br>**Platinum Corral c/o Corporation Service Company**<br>**20CI000359** | Collection | Ross County Court of Common Pleas<br>2 N Paint St<br>Suite B<br>Chillicothe, OH 45601 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **New River YMCA**<br>**Attn:  Officer/Manager**<br>**159 Chaney Ave.**<br>**Jacksonville, NC 28540** | **Food** | **7/17/2019** | **$1,000.00** |
| | Recipients relationship to debtor | | | |
| 9.2. | **NC Restaurant & Lodging Association**<br>**Attn:  Officer/Manager**<br>**222 N. Person St., Unit 210**<br>**Raleigh, NC 27601** | **Monetary** | **2019 and 2020** | **$23,800.00** |
| | Recipients relationship to debtor | | | |
| 9.3. | **Onslow Memorial Hospital Foundation**<br>**Attn:  Officer/Manager**<br>**317 Western Blvd.**<br>**Jacksonville, NC 28546** | **Food** | **3/18/2021** | **$1,000.00** |
| | Recipients relationship to debtor | | | |
| 9.4. | **Onslow Co. GOP**<br>**Attn:  Officer/Manager**<br>**825 Gum Branch Rd., Suite 136**<br>**Jacksonville, NC 28540** | **Food** | **4/9/2019** | **$2,500.00** |
| | Recipients relationship to debtor | | | |

Debtor   **Platinum Corral, L.L.C.**                                         Case number *(if known)*

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.5. | **City of Jacksonville -National Night Out** Attn: Officer/Manager 200 Marine Blvd. Jacksonville, NC 28541 | **Food** | **5/8/2019** | **$1,000.00** |
| | Recipients relationship to debtor | | | |
| 9.6. | **East Coast Invitational Team Camp** Attn: Officer/Manager 521 New Bridge St. Jacksonville, NC 28540 | **Food (High School Basketball)** | **6/28/2019** | **$5,000.00** |
| | Recipients relationship to debtor | | | |
| 9.7. | **Citizens for a Working America** Attn: Officer/Manager 521 New Bridge St. Jacksonville, NC 28540 | **Food** | **7/31/2019** | **$5,000.00** |
| | Recipients relationship to debtor | | | |
| 9.8. | **Angus Barn** Attn: Officer/Manager 9401 Glenwood Ave. Raleigh, NC 27617 | **Food** | **12/4/2019** | **$4,000.00** |
| | Recipients relationship to debtor | | | |
| 9.9. | **Pirate Club Ward Sports Medicine** Attn: Officer/Manager #304 Greenville, NC 27858 | **Monetary** | **4/22/2020** | **$3,500.00** |
| | Recipients relationship to debtor | | | |
| 9.10. | **Sturgeon City** Attn: Officer/Manager 50 Court St. Jacksonville, NC 28540 | **Monetary** | **7/15/2020** | **$1,450.00** |
| | Recipients relationship to debtor | | | |

Debtor   **Platinum Corral, L.L.C.**                                    Case number *(if known)*

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.11. | **Onslow Women's Center**<br>**Attn:  Officer/Manager**<br>**226 New Bridge St.**<br>**Jacksonville, NC 28540** | **Food for Dancing with the Stars** | **10/26/2020** | **$1,000.00** |
| | Recipients relationship to debtor | | | |
| 9.12. | **Marine Association Golf Cater**<br>**Attn:  Officer/Manager**<br>**148 Brynn Marr Rd**<br>**Jacksonville, NC 28546** | **Food** | **10/30/2020** | **$2,321.00** |
| | Recipients relationship to debtor | | | |
| 9.13. | **Phil Sheppard**<br>**521 New Bridge St.**<br>**Jacksonville, NC 28540** | **Food** | **7/31/2020** | **$1,601.75** |
| | Recipients relationship to debtor | | | |
| 9.14. | **Swansboro Chamber of**<br>**Commerce**<br>**Attn:  Officer/Manager**<br>**714 W Corbett Ave.**<br>**Swansboro, NC 28584** | **Food** | **2/21/2020** | **$1,102.75** |
| | Recipients relationship to debtor | | | |

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| | | | |

Debtor   **Platinum Corral, L.L.C.**                                    Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Smith Anderson Attn: Officer/Managing Agent P.O. Box 2611 Raleigh, NC 27602** | | **9/28/20-4/8/ 2021** | **$171,262.70** |
| | Email or website address **www.smithlaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Confirm** | | | **$0.00** |
| | Relationship to debtor | | | |

**Part 7:**   **Previous Locations**

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**   **Health Care Bankruptcies**

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Debtor | **Platinum Corral, L.L.C.** | Case number *(if known)* | |
|---|---|---|---|

---

**Part 9:**    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Platinum Corral, LLC Employee Benefit Plan** | EIN:  **56-1992937** |

Has the plan been terminated?
■ No
☐ Yes

---

**Part 10:**    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **First National Bank of Pennsylvania**<br>**2445 Onslow Dr.**<br>**Jacksonville, NC 28540** | **XXXX-2750** | ☐ Checking<br>☐ Savings<br>■ Money Market<br>☐ Brokerage<br>☐ Other___ | **4/8/2021** | **$131.51** |
| 18.2. | **Union Bank (fka Little Bank)**<br>**Attn:  Officer/Manager**<br>**118 Estern Blvd**<br>**Jacksonville, NC 28546** | **XXXX-0800** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **4/8/2021** | **$0.00** |
| 18.3. | **BB&T**<br>**Attn:  Officer/Manager**<br>**2675 Western Blvd**<br>**Jacksonville, NC 28546** | **XXXX-0289** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **4/8/2021** | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

---

Debtor  **Platinum Corral, L.L.C.**                                        Case number *(if known)*

---

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

□ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Building**<br>**618 New Bridge St**<br>**Jacksonville, NC 28540** | **Louis William Sewell, III** | **Restaurant Equipment storage** | □ No<br>■ Yes |
| **PODS (2)**<br>**521 New Bridge St.**<br>**Jacksonville, NC 28540** | **Louis William Sewell, III** | **Restaurant Equipment storage** | □ No<br>■ Yes |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
□ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
□ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

Debtor   **Platinum Corral, L.L.C.**                                    Case number *(if known)*

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
    Include this information even if already listed in the Schedules.

    ☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.   **Platinum Corral Management, L.L.C.**<br>**Attn:  Officer/Manager**<br>**521 NEW BRIDGE ST**<br>**Jacksonville, NC 28540** | **Management holding company for benefits** | EIN:   **04-3741286**<br><br>From-To   **2/10/2003 to current** |
| 25.2.   **Salem Halifax Capital Partners LP**<br>**Attn:  Officer/Manager**<br>**1225 Johnson Ferry Rd**<br>**Regency Park Suite 630-A**<br>**Marietta, GA 30068** | **Limited partner in investment fund** | EIN:<br><br>From-To |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Becky O'Daniell**<br>**1838 Kennedy Road**<br>**Wilmington, NC 28409** | **10/2016-current** |

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
    within 2 years before filing this case.

    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.   **Elliott Davis**<br>**200 Calhoun St.**<br>**Suite 300**<br>**Charleston, SC 29401** | **2017, 2018** |

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.2.   **Becky O'Daniell, CPA**<br>**1838 Kennedy Road**<br>**Wilmington, NC 28409** | **10/2016 to current** |

Debtor    **Platinum Corral, L.L.C.**             Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26b.3.   **Restaurant Performance, Inc.**<br>**1838 Kennedy Road**<br>**Wilmington, NC 28409** | **10/2016 to current** |

| Name and address | Date of service From-To |
|---|---|
| 26b.4.   **Scarborough Williams CPA**<br>**824 Gum Branch Rd**<br>**Suite K**<br>**Jacksonville, NC 28540** | **2010 to current** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

    ☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Elliott Davis**<br>**100 Calhoun St.**<br>**Suite 300**<br>**Charleston, SC 29401** | **2017 and 2018** |
| 26c.2.   **Williams Scarborough Gray, LLP**<br>**824 Gum Branch Rd.**<br>**Suite K**<br>**Jacksonville, NC 28540** | **Tax return preparation** |
| 26c.3.   **Becky O'Daniell, CPA**<br>**1838 Kennedy Road**<br>**Wilmington, NC 28409** | **Interim CFO** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

    ☐ None

| Name and address |
|---|
| 26d.1.   **Pacific Premier Bank**<br>**Attn: Officer/Manager**<br>**P. O. Box 7068**<br>**Pasadena, CA 91109** |
| 26d.2.   **First National Bank of Pennsylvania**<br>**Attn: Officer/Manager**<br>**2445 Onslow Dr.**<br>**Jacksonville, NC 28540** |
| 26d.3.   **Coastal Bank & Trust**<br>**Attn: Officer/Manager**<br>**2414 N Marine Blvd.**<br>**Jacksonville, NC 28546** |
| 26d.4.   **SVCN 4 LLC c/o The RMR Group LLC**<br>**Attn: Officer/Manager**<br>**PO Box 776903**<br>**Chicago, IL 60677-6903** |
| 26d.5.   **Store Capital**<br>**Attn: Officer/Manager**<br>**8377 E Hartford Dr., Suite 100**<br>**Scottsdale, AZ 85255** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **Platinum Corral, L.L.C.**                                    Case number *(if known)* _____

| Name and address |
|---|
| 26d.6.    **Dogwood State Bank**<br>**Attn:  Officer/Manager**<br>**5401 Six Forks Rd**<br>**Suite 100**<br>**Raleigh, NC 27609** |
| 26d.7.    **ARC CAFEUSA001 LLC**<br>**DEPT. 880044 (ID: 082070)**<br>**PO BOX 29650 - Attn: Officer/Mgr.**<br>**Phoenix, AZ 85038** |
| 26d.8.    **1053 Lenoir Rhyne Boulevard LLC**<br>**Mr. and Mrs. Russell Wachtier**<br>**740 Saint Nicholas Ave. Room 2**<br>**New York, NY 10031** |
| 26d.9.    **The Loan Source**<br>**Attn:  Officer/Manager**<br>**353 E 83rd St.**<br>**New York, NY 10028** |
| 26d.10.    **Northeast Bank**<br>**Attn:  Loan Servicing Department**<br>**PO Box 171769**<br>**Boston, MA 02117** |
| 26d.11.    **US Small Business Administration**<br>**Attn:  Officer/Manager**<br>**2 North St, Suite 320**<br>**Birmingham, AL 35203** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐  No

☑  Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1. **General Manager of Store 559** | **03/24/2021** | **42,307.00** |
| Name and address of the person who has possession of inventory records | | |
| **Store 559 and Home Office**<br>**521 New Bridge St.**<br>**Jacksonville, NC 28540** | | |
| 27.2. **General Manager of Store 576** | **03/24/2021** | **33,309.00** |
| Name and address of the person who has possession of inventory records | | |
| **Store 576 and Home Office**<br>**521 New Bridge St.**<br>**Jacksonville, NC 28540** | | |

Debtor   **Platinum Corral, L.L.C.**                                   Case number *(if known)*

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.3. | **General Manager of Store 586** | **03/24/2021** | **33,229.00** |
| | Name and address of the person who has possession of inventory records | | |
| | **Store 586 and Home Office**<br>**521 New Bridge St.**<br>**Jacksonville, NC 28540** | | |
| 27.4. | **General Manager of Store 589** | **03/24/2021** | **32,448.00** |
| | Name and address of the person who has possession of inventory records | | |
| | **Store 589 and Home Office**<br>**521 New Bridge St.**<br>**Jacksonville, NC 28540** | | |
| 27.5. | **General Manager of Store 749** | **03/24/2021** | **35,292.00** |
| | Name and address of the person who has possession of inventory records | | |
| | **Store 749 and Home Office**<br>**521 New Bridge St.**<br>**Jacksonville, NC 28540** | | |
| 27.6. | **General Manager of Store 764** | **03/24/2021** | **41,441.00** |
| | Name and address of the person who has possession of inventory records | | |
| | **Store 764 and Home Office**<br>**521 New Bridge St.**<br>**Jacksonville, NC 28540** | | |
| 27.7. | **General Manager of Store 774** | **03/24/2021** | **33,850.00** |
| | Name and address of the person who has possession of inventory records | | |
| | **Store 774 and Home Office**<br>**521 New Bridge St.**<br>**Jacksonville, NC 28540** | | |
| 27.8. | **General Manager of Store 849** | **03/24/2021** | **27,477.00** |
| | Name and address of the person who has possession of inventory records | | |
| | **Store 849 and Home Office**<br>**521 New Bridge St.**<br>**Jacksonville, NC 28540** | | |

Debtor   **Platinum Corral, L.L.C.**                                          Case number *(if known)*

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.9. | **General Manager of Store 2454** | **03/24/2021** | **42,099.00** |
| | Name and address of the person who has possession of inventory records | | |
| | **Store 2454 and Home Office**<br>**521 New Bridge St.**<br>**Jacksonville, NC 28540** | | |
| 27.10. | **General Manager of Store 2607** | **03/24/2021** | **27,876.00** |
| | Name and address of the person who has possession of inventory records | | |
| | **Store 2607 and Home Office**<br>**521 New Bridge St.**<br>**Jacksonville, NC 28540** | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Louis William Sewell, III** | **521 New Bridge St**<br>**Jacksonville, NC 28540** | **CEO** | **87.5%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **John Pierce** | **409 Johnson Blvd.**<br>**Jacksonville, NC 28540** | | **12.5%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No<br>
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No<br>
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **LWS III LLC**<br>**521 New Bridge Street**<br>**Jacksonville, NC 28540** | **59,500.00** | **7/9/2020-3/4/2021** | **Rent** |
| | Relationship to debtor<br>**Percentage ownership by**<br>**Louis William Sewell, III -**<br>**100%** | | | |

Debtor   **Platinum Corral, L.L.C.**                                    Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | **Louis William Sewell, III**<br>**521 New Bridge Street**<br>**Jacksonville, NC 28540** | **245,425.25** | **3/2020-3/2021** | **Payroll** |
| | Relationship to debtor | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ☒ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ☐ No
- ☒ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| **Platinum Corral, LLC Employee Benefit Plan** | **EIN:   56-1992937** |

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **April  9, 2021**

**/s/ Louis William Sewell, III**                          **Louis William Sewell, III**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor     **President and Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☒ Yes

**EXHIBIT 1**

VENDORS PD > $6425 IN THE LAST 90 DAYS                                                                                                4/8/2021

| Vendor ID | Vendor Name | Amount Paid YTD | Address 1 | City | State | Zip Code |
|---|---|---|---|---|---|---|
| 315912 | 1053 Lenoir Rhyne Boulevard, LLC | $ 16,000.00 | 740 Saint Nicholas Avenue | New York | NY | 10031 |
| 315163 | A2Z SERVICE GROUP, LLC | $ 8,411.02 | 21430 Timberlake Rd | Lynchburg | VA | 24502 |
| 316230 | ACS BENEFIT SERVICES (INSURANCE) | $ 50,116.54 | PO BOX 2000 | WINSTON-SALEM | NC | 27102 |
| 201472 | ALAMANCE COUNTY TAX-PROP TAX | $ 17,169.43 | 124 W. ELM STREET | GRAHAM | NC | 27253-2802 |
| 315441 | ALL BRITE LIGHTING LLC/TREMAINE JONES | $ 14,753.01 | PO BOX 352 | EAGLE SPRINGS | NC | 27242 |
| 305954 | BB&T VISA | $ 103,309.44 | PO Box 580340 | Charlotte | NC | 28258-0340 |
| 315584 | BECKY P. O'DANIELL - 1099 MISC | $ 28,000.00 | 1838 KENNEDY ROAD | WILMINGTON | NC | 28409 |
| 315626 | CABARRUS COUNTY TAX-PROP TAX | $ 39,237.41 | PO BOX 580347 | CHARLOTTE | NC | 28258-0347 |
| 314914 | CAPITAL INSIGHT LLC | $ 70,000.00 | 109 N ACACIA AVE | SOLANA BEACH | CA | 92075 |
| 167021 | CATAWBA COUNTY TAX-PROP TAX | $ 27,525.31 | PO BOX 580071 | CHARLOTTE | NC | 28258-0071 |
| 305918 | CHARLES W BURROWS | $ 17,000.00 | 854 EAST DIXIE DR | ASHEBORO | NC | 27203 |
| 315216 | CHUBB INSURANCE | $ 12,400.00 | PO BOX 382001 | PITTSBURGH | PA | 15250-8001 |
| 311574 | CITY OF BURLINGTON-PROP TAX/FALSE ALARM | $ 15,310.86 | PO BOX 1358 | BURLINGTON | NC | 27216-1358 |
| 314104 | CITY OF COLONIAL HEIGHTS, VA-MEAL TAXES | $ 46,979.00 | PO BOX 3401 | COLONIAL HEIGHT | VA | 23834 |
| 314927 | CITY OF COLONIAL HEIGHTS-PROP TAX | $ 30,955.31 | PO BOX 3401 | COLONIAL HEIGHT | VA | 23834-9001 |
| 314107 | CITY OF LYNCHBURG - REVENUE MEALS TAXES | $ 24,038.43 | PO BOX 858 | LYNCHBURG | VA | 24505 |
| 314244 | CITY OF LYNCHBURG,VA-PROP TAX | $ 38,748.80 | BILLINGS & COLLECTIONS | LYNCHBURG | VA | 24505-9000 |
| 315192 | CITY OF ROANOKE - PROPERTY TAX | $ 12,736.63 | PO BOX 1451 | ROANOKE | VA | 24007 |
| 314105 | CITY OF ROANOKE TREASURER-MEAL TAXES | $ 49,450.97 | PO BOX 1451 | ROANOKE | VA | 24007-1451 |
| 313511 | COASTAL BANK & TRUST | $ 8,100.00 | 2414 NORTH MARINE BLVD. | JACKSONVILLE | NC | 28546 |
| 53587 | COASTAL EQUIPMENT CO. | $ 9,194.97 | 130 COASTAL LANE | JACKSONVILLE | NC | 28546 |
| 306631 | CORRAL GROUP OF ASHEBORO | $ 21,000.00 | P.O. BOX 1685 | JACKSONVILLE | NC | 28541 |
| 315132 | COUNTY OF HENRICO, VA-MEAL TAX | $ 19,816.00 | PO BOX 76470 | BALTIMORE | MD | 21275-6470 |
| 314354 | COUNTY OF HENRICO-PROP TAX | $ 13,288.22 | PO BOX 105155 | ATLANTA | GA | 30348-5155 |
| 315624 | CROOK BROTHERS INC | $ 99,584.42 | 250 GREY FLATS ROAD | BECKLEY | WV | 25801 |
| 300101 | DAUGHTRY WOODARD LAWRENCE | $ 12,000.00 | 405 E. MARKET STREET | SMITHFIELD | NC | 27577 |
| 1516 | ECOLAB PEST | $ 10,960.64 | 26252 NETWORK PLACE | CHICAG0 | IL | 60673-1262 |
| 316333 | ENC HOODS | $ 7,500.00 | 1601 GREENE HAYNES RD | KINSTON | NC | 28504 |
| 316326 | ENCOVA INSURANCE (WORKERS COMP) | $ 60,290.00 | PO BOX 11285 | CHARLESTON | WV | 25339 |
| 314930 | ENGIE Insight Services Inc.(Ecova) | $ 351,641.75 | 1313 N ATLANTIC ST | SPOKANE | WA | 99201-2330 |
| 311662 | EXPRESS PRINTING | $ 6,902.57 | 117 N MARINE BLVD | JACKSONVILLE | NC | 28540 |
| 314560 | FAIRFIELD COUNTY TREASURER | $ 19,427.74 | 210 E. MAIN ST. ROOM 206 | LANCASTER | OH | 43130 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 315819 | FESS FIRE PROTECTION/INSPECTION | $ | 7,288.16 | PO BOX 1307 | MORRISVILLE | NC | 27560 |
| 311810 | GOLDEN CORRAL CORP-POS/HELP DESK | $ | 8,667.52 | ATTN: CINDY KLEVEN | RALEIGH | NC | 27612 |
| 316164 | Granite Telecommunications | $ | 14,435.52 | Client ID #311 | Boston | MA | 02298-3119 |
| 316212 | HARDIN COUNTY SHERIFF-PROP TAX | $ | 16,078.64 | 150 N. PROVIDENT WAY, SUITE 101 | ELIZABETHTOWN | KY | 42701 |
| 184502 | HOBART OHIO CORP OFFICE - Carol Stream, IL | $ | 11,906.08 | P.O. BOX 2517 | CAROL STREAM | IL | 60132-2517 |
| 316314 | IHEARTMEDIA | $ | 56,000.00 | P.O. BOX 406372 | ATLANTA | GA | 30384-6372 |
| 301917 | INTELLIGENT TECHNOLOGIES INC | $ | 12,907.40 | 20 OAK BRANCH DRIVE, SUITE D | GREENSBORO | NC | 27407 |
| 314760 | IRWIN CONSTRUCTION/TERRY RICHARD IRWIN | $ | 17,740.85 | 207 E. 10TH ST | KANNAPOLIS | NC | 28083 |
| 322 | J H HONEYCUTT & SONS INC | $ | 30,528.00 | P O BOX 391 | CHADBOURN | NC | 28431 |
| 314220 | KENTUCKY STATE TREASURER-TAXES | $ | 6,440.00 | KENTUCKY DEPARTMENT OF REVENUE | FRANKFORT | KY | 40620-0021 |
| 86817 | M & R CARPET CLEANING INC | $ | 61,000.00 | 500 SINCLAIR LAKE ROAD | NEWTON GROVE | NC | 28366 |
| 30 | MEADOWBROOK MEAT CO (MCLANE) | $ | 2,146,191.48 | P O BOX 800 | ROCKY MOUNT | NC | 27802 |
| 314037 | MECKLENBURG COUNTY TAX-PROP TAX | $ | 31,320.63 | PO BOX 71063 | CHARLOTTE | NC | 28272-1063 |
| 313415 | MERCHANTS FOODSERVICE Cust ID 1721741 | $ | 15,625.04 | PO BOX 1351 | HATTIESBURG | MS | 39403-1351 |
| 315223 | NEW MARKET WASTE SOLUTIONS, LLC | $ | 31,688.00 | PO Box 603843 | Charlotte | NC | 28260-3843 |
| 316051 | Oliver Packaging & Equipment Co/2454 | $ | 12,082.27 | PO Box 8506 | Carol Stream | IL | 60197-8506 |
| 311664 | ONSLOW COUNTY TAX-PROP TAX | $ | 39,847.37 | 234 NW CORRIDOR BLVD | JACKSONVILLE | NC | 28540-5309 |
| 315477 | PARTS TOWN LLC | $ | 9,178.18 | 27787 NETWORK PLACE | CHICAGO | IL | 60673-1277 |
| 314031 | PRODUCE SOURCE PARTNERS, INC | $ | 121,692.37 | 13167 TELCOURT ROAD | ASHLAND | VA | 23005 |
| 312134 | RANDOLPH COUNTY TAX-PROP TAX | $ | 33,072.04 | 725 MCDOWELL ROAD | ASHEBORO | NC | 27205-7370 |
| 314064 | RESTAURANT TECHNOLOGIES, INC | $ | 37,025.47 | 12962 COLLECTIONS CENTER DRIVE | CHICAGO | IL | 60693 |
| 316335 | RICHMOND STRIPING LLC | $ | 11,333.34 | 11918 GORDON SCHOOL RD | RICHMOND | VA | 23236 |
| 315449 | SBBH Golden Corral, LLC | $ | 60,000.00 | 101 S Kings Dr | Charlotte | NC | 28204 |
| 316159 | SERVICE PROPERTIES TRUST | $ | 114,014.46 | c/o The RMR Group LLC | Chicago | IL | 60677-6903 |
| 192432 | SHULER MEATS | $ | 245,441.91 | 124 SHULER ROAD | THOMASVILLE | NC | 27360 |
| 316327 | SMITH ANDERSON | $ | 71,662.50 | WELLS FARGO CAPITOL CENTER | RALEIGH | NC | 27601 |
| 315400 | STANDEN APPLIANCE REPAIR | $ | 8,814.55 | 1811 JOHN DRIVE | DANVILLE | VA | 24540 |
| 316143 | State Auto Insurance Companies | $ | 70,478.73 | PO Box 776721 | Chicago | IL | 60677-6721 |
| 314356 | TEXAS LAWN CARE / GONZALEZ LANDSCAPING | $ | 7,750.00 | 8500 GLAZEBROOK AVE D | RICHMOND | VA | 23228 |
| 313990 | THE CORRAL GROUP OF JACKSONVILLE, LLC | $ | 76,500.00 | P.O. BOX 1685 | JACKSONVILLE | NC | 28541 |
| 313997 | TREASURER CHESTERFIELD CO-PROP TAX | $ | 12,380.14 | PO BOX 70 | CHESTERFIELD | VA | 23832-0906 |
| 314325 | ULINE/BOXES | $ | 10,160.59 | PO BOX 88741 | CHICAGO | IL | 60680-1741 |
| 180562 | US FOODS INC/PO BOX 602211 | $ | 43,605.03 | PO BOX 602211 | CHARLOTTE | NC | 28260-2211 |
| 316348 | US FOODS INC/PO BOX 602215 | $ | 67,127.83 | PO BOX 602215 | CHARLOTTE | NC | 28260-2215 |

| 307912 | US FOODS INC/PO BOX 602292 | $ | 141,803.95 | PO BOX 602292 | CHARLOTTE | NC | 28260-2292 |
| 316349 | VALASSIS DIRECT MAIL, INC | $ | 7,087.63 | 90469 COLLECTION CENTER DR | CHICAGO | IL | 60693 |
| | | **$** | **4,930,724.23** | | | | |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Eastern District of North Carolina

In re **Platinum Corral, L.L.C.**                                           Case No. _____

_____                  Chapter **11**
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **0.00** |
| Prior to the filing of this statement I have received | $ | **0.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

 ■ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

 ■ Debtor        ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

 ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

 a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
 b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
 c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
 d.  [Other provisions as needed]
   **For legal services, I have agreed to accept $50,000 retainer, and fees going forward as approved by the Court.**
   **Payments received:**
   **9/28/2020 - $25,000.00**
   **12/31/2020 - $15,130.20**
   **1/25/2021 - $16,245.00**
   **2/2/2021 - $15,993.50**
   **3/9/2021 - $39,424.00**
   **4/8/2021 - $59,470.00**

   **Total paid: $171,262.70**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

 I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**April 9, 2021**                          **/s/ Gerald A. Jeutter, Jr.**
_____        _____
*Date*                                 **Gerald A. Jeutter, Jr. 17724**
                                       *Signature of Attorney*
                                       **Smith Anderson**
                                       **150 Fayetteville Street, Ste. 2300**
                                       **P.O. Box 2611**
                                       **Raleigh, NC 27602-2611**
                                       **919-821-1220  Fax: 919-821-6800**
                                       **jjeutter@smithlaw.com**
                                       *Name of law firm*

---

# United States Bankruptcy Court
## Eastern District of North Carolina

In re   **Platinum Corral, L.L.C.**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **John Pierce**<br>**521 New Bridge St.**<br>**Jacksonville, NC 28540** | | | **12.5% ownership interest** |
| **Louis William Sewell, III**<br>**521 New Bridge St.**<br>**Jacksonville, NC 28540** | | | **87.5% ownership interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President and Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **April  9, 2021**

Signature   **/s/ Louis William Sewell, III**

**Louis William Sewell, III**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Eastern District of North Carolina

In re __Platinum Corral, L.L.C.__ _____

Case No. _____

Chapter __11__

Debtor(s)

# VERIFICATION OF CREDITOR MATRIX

I, the President and Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: __April  9, 2021__ _____

**/s/ Louis William Sewell, III** _____
**Louis William Sewell, III**/**President and Chief Executive Officer**
Signer/Title

1053 Lenoir Rhyne Boulevard LLC
Mr. and Mrs. Russell Wachtier
740 Saint Nicholas Ave., Room 2
New York, NY 10031

Allied Security of Jacksonville
Attn: Officer/Manager
PO BOX 754
JACKSONVILLE, NC 28541

AT&T
Attn: Officer/Manager
PO BOX 105251
Atlanta, GA 30348

A & S Fire Protection Services
Attn: Officer/Manager
1216 Wheeler St
FLATWOODS, KY 41139

Ally Financial
Payment Processing Center
P. O. Box 9001948
Louisville, KY 40290

Atkinson Milling Co Inc.
Attn: Officer/Manager
95 Atkinson Mill Rd
Selma, NC 27576

A & W Total Landscaping, LLC
ATTN: OFFICER/MANAGER
4601 HINSHAW TOWN RD
RAMSEUR, NC 27316

American Electric Power/24002
Attn: Officer/Manager
PO BOX 371496
Pittsburgh, PA 15250-7496

Atlantic Consolidated Service Inc.
Attn: Officer/Manager
PO BOX 4777
GREENSBORO, NC 27404

ACS Benefit Services, LLC
Attn: Officer/Manager
5660 University Parkway, 5th Floor
Winston Salem, NC 27105

American Express
Attn: Officer/Manager
PO Box 1270
Newark, NJ 07101

BB&T
Attn: Officer/Manager
PO Box 580340
Charlotte, NC 28258

ADT Commercial LLC
Attn: Officer/Manager
PO Box 219044
Kansas City, MO 64121

APPALACHIAN POWER
PO BOX 371496
Pittsburgh, PA 15250-7496

BEDFORD WINDOW CLEANING
Attn: Officer/Manager
308 JANE RANDOLPH ST
FOREST, VA 24551

Advanced Office Solutions
Attn: Officer/Manager
PO BOX 815
Swansboro, NC 28584

ARC Cafeusa001 LLC Zanesville OH
DEPT 880044 (ID 082070)
PO Box 29650 - Attn: Officer/Mgr.
Phoenix, AZ 85038

BENNETT UNIFORM
Attn: Officer/Manager
4377 FEDERAL DR
GREENSBORO, NC 27410

AEP Energy
Attn: Officer/Manager
PO Box 6329
Carol Stream, IL 60197-6329

ARC CAFEUSA001, LLC
DEPT. 880044 (ID: 082070)
PO BOX 29650 - Attn: Officer/Mgr.
Phoenix, AZ 85038

Black River Electric Cooperative S
Attn: Officer/Manager
PO BOX 130
Sumter, SC 29151-0130

Alamance County Tax Collector
Attn: Officer/Manager
124 W. Elm Street
Graham, NC 27253

ARC3 GASES
ATTN: OFFICER/MANAGER
PO BOX 26269
RICHMOND, VA 23260

Boon Administrative Services
Attn: Officer/Manager
PO Box 671227
Dallas, TX 75267

ALL BRITE LIGHTING LLC
ATTN: OFFICER/MANAGER
PO BOX 352
EAGLE SPRINGS, NC 27242

ARTHURS REFRIGERATION
ATTN: OFFICER/MANAGER
PO BOX 272
IRONTON, OH 45638

BRIANS LOCK & KEY
Attn: Officer/Manager
PO BOX 340 (1803 S MAIN ST)
BLACKSBURG, VA 24063

BRINKS INC.
Attn:  Officer/Manager
7373 SOLUTIONS CENTER
CHICAGO, IL 60677

C.H.E.S.S. SECURITY
Attn:  Officer/Manager
3617 OLDE FALLS RD
ZANESVILLE, OH 43701

Cabarrus Co. Tax Collector
Attn:  Officer/Manager
PO BOX 580347
Charlotte, NC 28258

Cabell County Tax Collector
Attn:  Officer/Manager
PO Box 2114
Huntington, WV 25721

Capital Insight, LLC
Attn:  Officer/Manager
109 N Acacia Ave
Solana Beach, CA 92075

Carolina Carbonic
Attn:  Officer/Manager
1712 HOLBROOK ST
GREENSBORO, NC 27403

Catawba County Tax Collector
Attn:  Officer/Manager
PO BOX 580071
Charlotte, NC 28258

Charles Stafford
908 Limberlost Lane
Lewisville, NC 27023

Charles W. Burrows
854 East Dixie Dr.
Asheboro, NC 27203

Chillicothe Bowling Lanes Inc.
Attn:  Officer/Manager
1680 N Bridge St
Chillicothe, OH 45601

Chillicothe Utilities Dept. OH
Attn:  Officer/Manager
PO BOX 630
Sumter, SC 29151-0130

CHOWLY
Attn:  Officer/Manager
225 W Wacker Dr., Ste 550
Chicago, IL 60606

Cintas
Attn:  Officer/Manager
PO BOX 630803
Cincinnati, OH 45263

Cintas Corp #143
Attn:  Officer/Manager
12524 Kingston Ave
Chester, VA 23836

CITY OF ASHEBORO, NC
Attn:  Officer/Manager
PO BOX 2628
Asheboro, NC 27204-2628

City of Burlington
Attn:  Officer/Manager
PO BOX 1358
Burlington, NC 27216-1358

City of Charlotte, NC
Attn:  Officer/Manager
PO BOX 1316
Charlotte, NC 28201-1316

City of Colonial Heights, VA
Attn:  Officer/Manager
PO BOX 3401
Colonial Heights, VA 23834-9001

City of Concord Tax Collector
Attn:  Officer/Manager
PO BOX 580473
Charlotte, NC 28258

City of Concord, NC
Attn:  Officer/Manager
PO BOX 580469
Charlotte, NC 28258-0469

City of Danville, VA
Attn:  Officer/Manager
PO BOX 3308
Danville, VA 24543

City of Hickory, NC
Attn:  Officer/Manager
PO BOX 580069
Charlotte, NC 28258-0069

City of Jacksonville, NC
Attn:  Officer/Manager
PO BOX 128
Jacksonville, NC 28541-0128

City of Lexington, NC
Attn:  Officer/Manager
28 WEST CENTER STREET
Lexington, NC 27292

City of Lynchburg Alarm
Attn:  Officer/Manager
PO Box 603
Lynchburg, VA 24505

City of Lynchburg, VA
Attn:  Officer/Manager
PO BOX 9000
Lynchburg, VA 24505

City of Parkersburg
Attn:  Officer/Manager
PO Box 1627
Parkersburg, WV 26102

City of Richmond, VA
Attn:  Officer/Manager
PO BOX 71210
Charlotte, NC 28272-1210

City of Roanoke
Attn:  Officer/Manager
PO BOX 1451
Roanoke, VA 24007

City of Russell KY
Attn:  Officer/Manager
PO BOX 394
Russell, KY 41169

City of Sumter, SC
Attn:  Officer/Manager
PO BOX 310
Sumter, SC 29151-0310

City of Winchester
Attn:  Officer/Manager
PO Box 4135
Winchester, KY 40392

Clark County Sheriff's Dept.
Attn:  Officer/Manager
17 Cleveland Ave #1
Winchester, KY 40391

CMH PLUMBING
Attn:  Officer/Manager
505 SONOMA RD
JACKSONVILLE, NC 28546

Coastal Bank & Trust
Attn:  Officer/Manager
2414 N Marine Blvd.
Jacksonville, NC 28546

Coastal Equipment Co
Attn:  Officer/Manager
130 COASTAL LN
JACKSONVILLE, NC 28546

Colonial Heights Chamber of Commerc
Attn:  Officer/Manager
201 Temple Ave
Colonial Heights, VA 23834

Columbia Gas of Kentucky
Attn:  Officer/Manager
PO BOX 4660
Carol Stream, IL 60197-4660

Columbia Gas of Kentucky
Attn:  Officer/Manager
PO BOX 4629
Carol Stream, IL 60197-4629

Columbia Gas of Virginia
Attn:  Officer/Manager
PO BOX 70319
Philadelphia, PA 19176-0319

Comfort Inn - Roanoke
Attn:  Officer/Manager
5070 Valley View Blvd North
Roanoke, VA 24012

Commercial Roofing Systems
Attn:  Officer/Manager
1050 W Corbett Ave
Swansboro, NC 28584

Commonwealth of Kentucky
Department of Revenue
PO Box 181, STA 57
Frankfort, KY 40602

Corey Brothers
Attn:  Officer/Manager
PO Box 166
Charleston, WV 25321

Corral Group of Asheboro
Attn:  Officer/Manager
PO BOX 1616
Morehead City, NC 28557

Country Inn & Suites
Attn:  Officer/Manager
580 Dicken Place
Concord, NC 28025

County of Henrico
Attn:  Officer/Manager
PO BOX 3369
Henrico, VA 23228

County of Henrico, VA
Attn:  Officer/Manager
PO BOX 90799
Henrico, VA 23228-0799

COZZINI BROS
Attn:  Officer/Manager
350 HOWARD AVE
DES PLAINES, IL 60018

Crawford Sprinkler Company
Attn:  Officer/Manager
PO Box 1430
Hickory, NC 28603

CROOK BROTHERS
Attn:  Officer/Manager
250 GREY FLATS RD
BECKLEY, WV 25801

Culligan Water
Attn:  Officer/Manager
418 Crossfield Dr.
Versailles, KY 40383

Culligan Water Conditioning
Attn:  Officer/Manager
2703 Airport Road
Tucson, AZ 85713

DADE PAPER & BAG
Attn:  Officer/Manager
440 Interstate West Pkwy, Ste 200
LITHIA SPRINGS, GA 30122

Date Label
Attn: Officer/Manager
PO Box 684
Indianapolis, IN 46206

Dominion VA/NC Power
Attn: Officer/Manager
PO BOX 26543
Richmond, VA 23290-0001

Engie/Ecova
Attn: Officer/Manager
1313 N Atlantic St., Suite 500
Spokane, WA 99201

Daughtry Woodard Lawrence
Attn: Officer/Manager
PO DRAWER 1960
SMITHFIELD, NC 27577

DOUBLE K LAWN CARE
Attn: Officer/Manager
122 GEORGE LN
JACKSONVILLE, NC 28540

ENVIRO-Master Sani Services
Attn: Officer/Manager
PO BOX 12350
CHARLOTTE, NC 28220

Davidson County Tax Collector
Attn: Officer/Manager
PO BOX 1577
Lexington, NC 27293

Douglas Ray Higdon
391 Foxwood Dr.
Richmond, KY 40475

EXPRESS PRINTING
Attn: Officer/Manager
117 N MARINE BLVD
JACKONVILLE, NC 28540

DAVIDSON WATER, INC.
Attn: Officer/Manager
PO BOX 969
Welcome, NC 27374-0969

Duke Energy
Attn: Officer/Manager
PO Box 1003
Charlotte, NC 28201

F.S.I. Mid State Division Inc.
Attn: Officer/Manager
121 Middle Collison Rd
Mount Lookout, WV 26678

Diane Sears
3045 Ordway Dr NW
Apt 1
Roanoke, VA 24017

East Coast Tees & Promotional Goods
Attn: Officer/Manager
614 1ST AVE SOUTH
NITRO, WV 25143

Fairfield County Treasurer
Attn: Officer/Manager
210 E. Main St., Room 206
Lancaster, OH 43130

Dogwood State Bank FKA Sound Bank
Attn: Officer/Manager
5401 Six Forks Rd, Suite 100
Raleigh, NC 27609

ECOLAB Food Safety Specialties
Attn: Officer/Manager
24198 Network Place
Chicago, IL 60673

FESS FIRE PROTECTION
Attn: Officer/Manager
PO BOX 1307
MORRISVILLE, NC 27560

Dominion Energy North Carolina
Attn: Officer/Manager
PO BOX 100256
Columbia, SC 29202-3256

Ecolab Inc.
Attn: Officer/Manager
PO BOX 32027
NEW YORK, NY 10087

FISH WINDOW CLEANING
Attn: Officer/Manager
PO BOX 71312
HENRICO, VA 23229

Dominion Energy South Carolina
Attn: Officer/Manager
PO BOX 100255
Columbia, SC 29202-3255

ECOLAB PEST
Attn: Officer/Manager
26252 NETWORK PLACE
CHICAGO, IL 60673

FLOORED
Attn: Officer/Manager
385 RADFORD ST
CHRISTIANSBURG, VA 24073

Dominion Energy West Virginia
Attn: Officer/Manager
PO BOX 26783
Richmond, VA 23261-6783

Elizabethtown Utilities, KY
Attn: Officer/Manager
PO BOX 550
Elizabethtown, KY 42701

Foster's Refrigeration
Attn: Officer/Manager
315 W 22ND ST
RICHMOND, VA 23225

FRANKLIN MACHINE PRODUCTS
Attn:  Officer/Manager
101 MT HOLLY BYPASS
LUMBERTON, NJ 08048

Frontier Communications
Attn:  Officer/Manager
PO BOX 740407
Cincinnati, OH 45274

FSI MECHANICAL INC
Attn:  Officer/Manager
5485 RAYNOR RD
GARNER, NC 27529

FTC
Attn:  Officer/Manager
PO BOX 743076
Atlanta, GA 30374

FUSION
Attn:  Officer/Manager
PO BOX 51341
Los Angeles, CA 90051

FUZE INC
Attn:  Officer/Manager
PO BOX 347284
Pittsburgh, PA 15251

Gallia County Treasurer
Attn:  Officer/Manager
18 Locust St., RM. 1291
Gallipolis, OH 45631

GC Partners Inc
Attn:  Officer/Manager
3816 Forrestgate Dr.
Winston Salem, NC 27103

General Heating & Air Conditioning
Attn:  Officer/Manager
PO BOX 964
FLATWOODS, KY 41139

Golden Corral Corporation
Attn:  Officer/Manager
P. O. Box 29502
Raleigh, NC 27626

Golden Corral Franchising Systems
Attn:  Officer/Manager
PO Box 29502
Raleigh, NC 27626

Golden Rule/Kentucky Legionnaire
Attn:  Officer/Manager
1303 US HWY 127 S, Ste 402-374
FRANKFORT, KY 40601

Granite Telecommunications
Attn:  Officer/Manager
PO Box 983119 (Client ID #311)
Boston, MA 02298

GreasePro/Fleetwash Inc
Attn:  Officer/Manager
PO BOX 36014
NEWARK, NJ 07188

Great-West Trust Company, LLC
Attn:  Officer/Manager
8505 E Orchard Rd
Greenwood Village, CO 80111

Greenup County Sheriff
Attn:  Officer/Manager
PO BOX 318
Greenup, KY 41144

Greenville Utilities Commission, NC
Attn:  Officer/Manager
PO BOX 1432
Charlotte, NC 28201-1432

GTT
Attn:  Officer/Manager
PO BOX 842630
Dallas, TX 75284

HABITEC SECURITY
Attn:  Officer/Manager
PO BOX 352497
TOLEDO, OH 43635

Hardin County Sheriff
Attn:  Officer/Manager
150 N. Provident Way, Ste 101
Elizabethtown, KY 42701

Hardin County Water District #2
Attn:  Officer/Manager
PO BOX 645854
Pittsburgh, PA 15264-5256

Herbert & Debra Zeysing
2115 Cynthiana Rd
Georgetown, KY 40324

High 5 Awards
Attn:  Officer/Manager
11272 Stewart Loop
Oxford, FL 34484

HM Electronics
Attn:  Officer/Manager
PO Box 208713
Dallas, TX 75320

Hobart
Attn:  Officer/Manager
PO BOX 2517
CAROL STREAM, IL 60132

Hobart
Attn:  Officer/Manager
2725 Old Wrightsboro Rd, Ste 2E
Wilmington, NC 28405

Hobart Down East Enterprises
Attn:  Officer/Manager
1311 E New Bern Rd
Kinston, NC 28501

HP-Wakeforest GC, LLC
Holly Park Inv.-Attn: Officer/Mgr.
PO Box 19669
Raleigh, NC 27619

Jackie Miller
65 Sanders Dr
Hubert, NC 28539

KENTUCKY AIR FILTER
Attn:  Officer/Manager
PO BOX 1105
STANTON, KY 40380

HP-WAKEFOREST GC, LLC
Holly Park Inv. c/o Dan Austin
PO BOX 19669
Raleigh, NC 27619

Jacksonville Heating Contractors
Attn:  Officer/Manager
227 S Marine Blvd
Jacksonville, NC 28540

KENTUCKY POWER COMPANY
Attn:  Officer/Manager
PO BOX 371496
Pittsburgh, PA 15250-7496

IGS ENERGY
Attn:  Officer/Manager
PO BOX 936626
Atlanta, GA 31193-6626

JCI/ADT/Tyco
Attn:  Officer/Manager
PO BOX 371967
Pittsburgh, PA 15250

KeyBank Real Estate Capital
Attn:  Officer/Manager
11501 Outlook Street, Suite 300
Overland Park, KS 66211

Integrated Cash Logistics Inc.
Attn:  Officer/Manager
PO Box 9560
Wilmington, DE 19809

Johnson Security
Attn:  Officer/Manager
PO Box 371967
Pittsburgh, PA 15250

KU-Kentucky Utilities Company
Attn:  Officer/Manager
PO BOX 9001954
Louisville, KY 40290-1954

Integrated Cash Logistics, Inc.
Attn:  Officer/Manager
P. O. Box 9560
Wilmington, DE 19809-0560

JONATHON M MONSALVO
Attn:  Officer/Manager
136 PEACE HAVEN DR
LEXINGTON, NC 27292

KULLS PLUMBING & SOFTENER
Attn:  Officer/Manager
8193 CARROLL NORTHERN RD
CARROLL, OH 43112

Intelligent tech
Attn:  Officer/Manager
20 Oak Branch Dr, Suite D
Greensboro, NC 27407

Kanawha Co. Sheriff's Tax Office
Attn:  Officer/Manager
409 E Virginia St. Room 120
Charleston, WV 25301

Kutak Rock LLP (STORE Capital)
Attn: Nathan P. Humphrey, Esq.
1601 California Street, Suite 3100
Denver, CO 80202

Internal Revenue Service
Attn:  Officer/Manager
P. O. Box 7346
Philadelphia, PA 19101

KAPPUS CO
Attn:  Officer/Manager
4755 W 150TH ST
CLEVELAND, OH 44135

LAMAR COMPANIES
Attn:  Officer/Manager
PO BOX 96030
BATON ROUGE, LA 70896

IRWIN CONSTRUCTION
Attn:  Officer/Manager
207 E 10TH ST
KANNAPOLIS, NC 28083

Keevers Key & Repair SVC
Attn:  Officer/Manager
PO BOX 662
Hickory, NC 28603

Lancaster Utilities Collection-Offi
Attn:  Officer/Manager
PO BOX 1099
Lancaster, OH 43130-0819

J H HONEYCUTT & SONS
Attn:  Officer/Manager
PO BOX 391
CHADBOURN, NC 28431

Kennedy Office Supply Co
Attn:  Officer/Manager
PO Box 40847
Raleigh, NC 27629

LBC2 Trust
Attn:  Officer/Manager
PO Box 860713
Minneapolis, MN 55486-0713

LBC2 Trust c/o Willow River LLC
Attn:  Officer/Manager
PO Box 2301
Stillwater, MN 55082

McLane FoodService Distribution Inc
Attn:  Officer/Manager
2641 Meadowbrook Road
ROCKY MOUNT, NC 27802

MOUNTAINEER GAS
Attn:  Officer/Manager
PO BOX 580211
Charlotte, NC 28258-0211

Leaf
Attn:  Officer/Manager
PO BOX 5066
Hartford, CT 06102

Meals on Wheels
Attn:  Officer/Manager
104 E Center St
Lexington, NC 27292

MTI DIGITAL INC
Attn:  Officer/Manager
407 Lincoln Rd, Suite PHE
MIAMI BEACH, FL 33139

LIBERTY SERVICES INC
Attn:  Officer/Manager
1005 S MAIN ST
WEST MILTON, OH 45383

Mecklenburg County Tax
Attn:  Officer/Manager
PO BOX 71063
Charlotte, NC 28272

Muskingum County Treasurer
Attn:  Officer/Manager
401 Main Street
Zanesville, OH 43701

Louis William Sewell, III
521 New Bridge Street
Jacksonville, NC 28540

Merchants Food Service
Attn:  Officer/Manager
PO Box 1351
Hattiesburg, MS 39403

Muskingum County Utilities
Attn:  Officer/Manager
375 RICHARD AVE
Zanesville, OH 43701-6605

LWS III LLC
Attn:  Officer/Manager
521 NEW BRIDGE STREET
Jacksonville, NC 28540

MICROSPACE
Attn:  Officer/Manager
PO BOX 60971
Charlotte, NC 28260

National Restaurant Designers
Attn:  Officer/Manager
3005 Carrington Mill Blvd., Ste 150
MORRISVILLE, NC 27560

M & R CARPET CLEANING
Attn:  Officer/Manager
500 SINCLAIR LAKE RD
NEWTON GROVE, NC 28366

MODERN EXTERMINATING
Attn:  Officer/Manager
627 COLLEGE ST
JACKSONVILLE, NC 28540

New Market Waste
Attn:  Officer/Manager
PO BOX 603843
Charlotte, NC 28260-3843

Marilu Mancha
1270 Wintergreen Rd
Cove City, NC 28523

Monongahela Power
PO BOX 3615
443093615
Akron, OH 44309-3615

New Market Waste Solutions
Attn:  Officer/Manager
PO BOX 603843
Charlotte, NC 28260-3843

Marlin
Attn:  Officer/Manager
PO BOX 13604
Philadelphia, PA 19101

Montgomery Co. Treasurer's Office
Attn:  Officer/Manager
755 Roanoke St., Suite 1B
Christiansburg, VA 24073

Noble Properties Inc.
Attn:  Officer/Manager
4280 Professional Center Dr Ste 10
Palm Beach Gardens, FL 33410

MARLIN BUSINESS BANK
Attn:  Officer/Manager
PO BOX 13604
PHILADELPHIA, PA 19101

MOOD MEDIA/MUSAK LLC
Attn:  Officer/Manager
PO Box 71070
Charlotte, NC 28272

North Carolina Dept. of Commerce
Division of Employment Security
P. O. Box 26504
Raleigh, NC 27611-6504

North Carolina Dept. of Revenue
Office Services Division
P. O. Box 1168
Raleigh, NC 27602-1168

Pacific Premier Bank
Attn:  Officer/Manager
PO Box 5085
Paso Robles, CA 93447

PLUMBING HELPER
Attn:  Officer/Manager
PO BOX 6514
HUNTINGTON, WV 25772

Northeast Bank
Attn: Loan Servicing Dept.
PO Box 171769
Boston, MA 02117

PARKERSBURG UTILITY BOARD
Attn:  Officer/Manager
PO BOX 1629
Parkersburg, WV 26102-1629

Postmaster
Attn:  Officer/Manager
719 New Bridge St
Jacksonville, NC 28540

NUCO2
Attn:  Officer/Manager
PO BOX 417902
BOSTON, MA 02241-7902

PAVING & RESURFACING INC
Attn:  Officer/Manager
40 BLACK TOP RD
CHARLESTON, WV 25312

PRODUCE SOURCE PARTNERS
Attn:  Officer/Manager
13167 TELCOURT RD
ASHLAND, VA 23005

Ohio Department of Taxation
PO Box 2678
Columbus, OH 43216

PIEDMONT NATURAL GAS
Attn:  Officer/Manager
PO BOX 1246
Charlotte, NC 28201-1246

PROFESSIONAL WINDOW CLEAN
Attn:  Officer/Manager
PO BOX 562
INEZ, KY 41224

OLO INC
Attn:  Officer/Manager
285 FULTON ST, FL 82
NEW YORK, NY 10007

Piney Green Electric Co., Inc.
Attn:  Officer/Manager
3954 New Bern Highway, 17 North
Jacksonville, NC 28546

PURCHASE POWER
Attn:  Officer/Manager
PO BOX 371874
PITTSBURGH, PA 15250

Onsite Storage
Attn:  Officer/Manager
PO BOX 1051
Wildomar, CA 92595

PIP PRINTING
Attn:  Officer/Manager
329 RIVERVIEW DR
DANVILLE, NC 24541

Randolph County Tax Collector
Attn:  Officer/Manager
725 McDowell Road
Asheboro, NC 27205

Onslow County Tax Collector
Attn:  Officer/Manager
234 NW Corridor Blvd.
Jacksonville, NC 28540

Pitney Bowes
Attn:  Officer/Manager
PO BOX 371887
Pittsburgh, PA 15250-7887

RANDOLPH EMC
Attn:  Officer/Manager
PO BOX 880
Robbins, NC 27325-0880

Onslow Fire Extinguisher
Attn:  Officer/Manager
349 Center St, STE D
Jacksonville, NC 28546

Pitt County Tax Collector
Attn:  Officer/Manager
PO BOX 875
Greenville, NC 27835

Reidsville Corral Group LLC
Attn:  Officer/Manager
PO BOX 1148
Reidsville, NC 27320

P.M.B SERVICES
Attn:  Officer/Manager
6160 PARNELL RD
WINSTON SALEM, NC 27107

PLUMBING DOCTOR
Attn:  Officer/Manager
411 CENTRAL AVE
ELIZABETHTOWN, KY 42701

RELIABLE HOME SOLUTIONS
Attn:  Officer/Manager
9328 HORIZON RD
GLEN ALLEN, VA 23060

RESTAURANT TECHNOLOGIES
Attn: Officer/Manager
12962 COLLECTIONS CENTER DR
CHICAGO, IL 60693

Scott & Ross Family Trust
Attn: Elliott Scott/Managing Agent
5252 Balboa Avenue, Suite 1000
San Diego, CA 92117

Southern Scripts, LLC
Attn: Officer/Manager
P. O. Box 2482
Natchitoches, LA 71457

Richmond Striping LLC
Attn: Officer/Manager
11918 Gordon School Rd
Richmond, VA 23236

Security Zone
Attn: Officer/Manager
3736 Franklin Rd SW
Roanoke, VA 24014

SPECTRUM
Attn: Officer/Manager
PO BOX 223085
Pittsburgh, PA 15251

RJ Thieneman
Attn: Officer/Manager
12488 La Grange Rd
Louisville, KY 40245

Shell Gas
Attn: Officer/Manager
PO Box 6293
Carol Stream, IL 60197

SPENCE'S PEST CONTROL
Attn: Officer/Manager
11600 GROVE PARK COURT
MIDLOTHIAN, VA 23114

ROANOKE GAS COMPANY
Attn: Officer/Manager
PO BOX 70848
Charlotte, NC 28272-0848

SHULER MEATS
Attn: Officer/Manager
124 SHULER RD
THOMASVILLE, NC 27360

SPORTS MEDIA
Attn: Officer/Manager
3315 E Russell Rd, Ste A4, #180
LAS VEGAS, NV 89120

Rockingham County Tax Collector
Attn: Officer/Manager
PO BOX 580368
Charlotte, NC 28258

SIGN PROS
Attn: Officer/Manager
7 OAKWOOD CT
RINEYVILLE, KY 40162

Standen Appliance Repair
Attn: Officer/Manager
1811 John Drive
Danville, VA 24540

RTI
Attn: Officer/Manager
12962 Collections Center Drive
Chicago, IL 60693

Sleep Inn and Suites at Fort Lee
Attn: Officer/Manager
2200 Waterside Rd
Prince George, VA 23875

State Auto Insurance Co.
Attn: Officer/Manager
PO Box 776721
Chicago, IL 60677

RUSSELL WATER WORKS
Attn: Officer/Manager
PO BOX 394
Russell, KY 41169

SMITH AND SONS PLUMBING
Attn: Officer/Manager
1020 LEROY LN
ASHLAND, KY 41102

Store Capital Corp. - Keybank REC
Attn: Officer/Manager
PO Box145404
CINCINNATI, OH 45250

SBBH Golden Corral, LLC
Attn: Officer/Manager
101 S Kings Drive, Suite 200
Charlotte, NC 28204

South Carolina
Department of Revenue
300A Outlet Pointe Blvd
Columbia, SC 29210

STORE Master Funding III, LLC
Attn: Michael Bennett, Exec. VP
8501 E. Princess Drive, Suite 190
Scottsdale, AZ 85255

SBBH Golden Corral, LLC
Attn: Scott Bortz
101 S. Kings Drive, Suite 200
Charlotte, NC 28204

South Central Power Co
Attn: Officer/Manager
PO Box 182058
Columbus, OH 43218

Suddenlink
Attn: Officer/Manager
PO Box 70340
Philadelphia, PA 19176

Sumter County Treasurer
Attn:  Officer/Manager
PO BOX 100140
Columbia, SC 29202

THE ICEE COMPANY
Attn:  Officer/Manager
PO BOX 515723
LOS ANGELES, CA 90051

Town of Wake Forest, NC
Attn:  Officer/Manager
301 S BROOKS ST
Wake Forest, NC 27587

SVCN 4 LLC c/o The RMR Group LLC
Attn:  Officer/Manager
255 Washington St., Suite 300
Newton, MA 02458

The Lions Cleaning Services
Attn:  Officer/Manager
1327 SCHOLAR ST
LOUISVILLE, KY 40213

Treasurer, Chesterfield County
Attn:  Officer/Manager
PO BOX 70
Chesterfield, VA 23832

Synergi Partners Inc.
Attn:  Officer/Manager
P.O. Box 5599
Florence, SC 29502

The Loan Source
Attn:  Officer/Manager
353 E 83rd St.
New York, NY 10028

Treasurer, Chesterfield County
Attn:  Officer/Manager
PO BOX 71143
Charlotte, NC 28272-1143

T&S Mechanical
Attn:  Officer/Manager
4107 Dodds Ridge Dr
Richmond, VA 23236

Thompson and Son Electric
Attn:  Officer/Manager
235 LINCOLN AVE
ELIZABETHTOWN, KY 42701

Unifirst
Attn:  Officer/Manager
2900 Blankenbaker Pkwy, Ste 150
Louisville, KY 40299

TAYLOR FREEZER SALES
Attn:  Officer/Manager
PO BOX 5807
CHESAPEAKE, VA 23324

Toler Properties, LLC
Attn:  Officer/Manager
330 Harper Park Dr., Suite G
Beckley, WV 25801

Unifirst
Attn:  Officer/Manager
715 Miles Point Way
Lexington, KY 40510

The Corral Group of Jacksonville
Attn:  Officer/Manager
PO BOX 1685
Jacksonville, NC 28541

Toler Properties, LLC
Attn:  Ray Toler
330 Harper Park Dr., Suite G
Beckley, WV 25801

Unifirst
Attn:  Officer/Manager
PO BOX 584
Newell, NC 28126

The Corral Group of Lancaster
The Community Bank-Attn:Officer/Mgr
201 North Columbus Street
Lancaster, OH 43130

Tom Marks
3601 Calvary Dr
Greenville, NC 27834

UNIFIRST CORP
Attn:  Officer/Manager
68 JONSPIN RD
WILMINGTON, MA 01887

THE DAILY NEWS
Attn:  Officer/Manager
PO BOX 102475
ATLANTA, GA 30368

TOUCHTONE
Attn:  Officer/Manager
PO BOX 780593
Philadelphia, PA 19178

Universal Atlantic Systems
Attn:  Officer/Manager
45 W. Industrial Boulevard
Paoli, PA 19301

THE ENERGY COOPERATIVE
Attn:  Officer/Manager
PO BOX 182137
Columbus, OH 43218-2137

Town of Christiansburg Tax Dept.
Attn:  Officer/Manager
100 East Main St
Christiansburg, VA 24073

UPS
Attn:  Officer/Manager
PO BOX 809488
Chicago, IL 60680-9488

US FOODS INC
Attn:  Officer/Manager
PO BOX 602292
CHARLOTTE, NC 28260

VRC Companies LLC - Dept. 5874
Attn:  Officer/Manager
PO Box 11407
Birmingham, AL 35246-5874

US Small Business Administration
Attn:  Officer/Manager
2 North St, Suite 320
Birmingham, AL 35203

Wake County Tax Administration
Attn:  Officer/Manager
PO BOX 580084
Charlotte, NC 28258

USAble Life
Attn:  Officer/Manager
PO Box 1650
Little Rock, AR 72203-1650

West Virginia American Water Co.
Attn:  Officer/Manager
PO BOX 371880
Pittsburgh, PA 15250-7800

Van Wagner Sports & Entertainment
Attn:  Officer/Manager
800 Third Ave - 28th Floor
New York, NY 10022

Western Virginia Water Authority
Attn:  Officer/Manager
PO BOX 17381
Baltimore, MD 21297-1381

VANTIV, LLC a/d/a IQ
Attn:  Officer/Manager
8500 Governors Hill Dr.
Cincinnati, OH 45249

Winchester Municipal Utilities
Attn:  Officer/Manager
PO BOX 4177
Winchester, KY 40392

VCS Fire & Security INC
Attn:  Officer/Manager
10343-B Kinga Acre Rd
Ashland, VA 23005

WINDSTREAM
Attn:  Officer/Manager
PO BOX 9001908
Louisville, KY 40290

VERIZON
PO BOX 660108
Dallas, TX 75266

WJCV
Attn:  Officer/Manager
123 A Arnold Rd
Jacksonville, NC 28546

Virginia Tax
Attn:  Officer/Manager
PO Box 1115
Richmond, VA 23218

WOOD COUNTY SHERIFF
ATTN: OFFICER/MANAGER
PO BOX 1985
Parkersburg, WV 26102

Visa
Attn:  Officer/Manager
PO Box 580340
Charlotte, NC 28258

WSR Sumter-c/o West Realty Group
Attn:  Officer/Manager
875 Saint Nicholas Ave., Apt. 1
New York, NY 10032

# United States Bankruptcy Court
## Eastern District of North Carolina

In re   __Platinum Corral, L.L.C.__ _____

                                  Debtor(s)

Case No. _____

Chapter   __11__ _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Platinum Corral, L.L.C.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__April  9, 2021__ _____
Date

/s/ Gerald A. Jeutter, Jr. _____
__Gerald A. Jeutter, Jr. 17724__
Signature of Attorney or Litigant
Counsel for   __Platinum Corral, L.L.C.__ _____
__Smith Anderson__
__150 Fayetteville Street, Ste. 2300__
__P.O. Box 2611__
__Raleigh, NC 27602-2611__
__919-821-1220 Fax:919-821-6800__
__jjeutter@smithlaw.com__