## ACTION OF THE MANAGER OF
## PLATINUM CORRAL, LLC

The undersigned, being the Manager of Platinum Corral, LLC (the "Manager"), does hereby adopt the following resolution by signing his written consent hereto:

**WHEREAS,** in the judgment of the Manager, it is desirable and in the best interest of Platinum Corral, LLC and its creditors that the company file a voluntary petition under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court, Eastern District of North Carolina for the purpose of paying its debts under the jurisdiction of the Bankruptcy Court;

**RESOLVED,** that Platinum Corral, LLC be, and hereby is, authorized to proceed with the filing of a voluntary petition under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court, Eastern District of North Carolina.

**FURTHER RESOLVED,** that Louis William Sewell, III, as Manager, is authorized and directed to sign and verify the voluntary petition under Chapter 11 of the Bankruptcy Code on behalf of Platinum Corral, LLC and to execute such other documents, including without limitation, pleadings, schedules, statement of affairs, applications, motions, plan of reorganization, disclosure statement, and amendments or modifications thereto, in furtherance of Platinum Corral, LLC's Chapter 11 filing and reorganization effort.

**FURTHER RESOLVED,** that Platinum Corral, LLC be, and hereby is, authorized to employ Gerald A. Jeutter, Jr., Anna B. Osterhout and the law firm of Smith, Anderson, Blount, Dorsett, Mitchell and Jernigan, L.L.P. as attorneys to represent it in said Chapter 11 filing and reorganization.

**FURTHER RESOLVED,** that Platinum Corral, LLC be, and hereby is, authorized to employ Luther D. Starling and the law firm of Daughtry, Woodard, Lawrence & Starling as Special Counsel to represent it in said Chapter 11 filing and reorganization with regard to matters involving general corporate law, regulatory issues, general litigation, and transactional aspects of any sales of the Debtor's assets.

**FURTHER RESOLVED,** that Platinum Corral, LLC be, and hereby is, authorized to employ Brett Bishov and Capital Insight, LLC as Financial, Real Estate and Restructuring Adviser to represent it in said Chapter 11 filing and reorganization.

**FURTHER RESOLVED,** that Platinum Corral, LLC be, and hereby is, authorized to employ Becky P. O'Daniell as an independent contractor to serve a Platinum Corral, LLC's Interim Chief Financial Officer during the pendency of said Chapter 11 filing and reorganization.

This action is taken with the consent of the Manager this 7 day of April, 2021.

**PLATINUM CORRAL, LLC**

By: _____
Louis William Sewell, III, Manager