UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
NEW BERN DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| PLATINUM CORRAL, L.L.C. | § | Case No. 21-00833-5 |
| | § | |
| Debtor. | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that pursuant to 11 U.S.C. § 1109(b) and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, McLane Foodservice Distribution, Inc. (f/k/a Meadowbrook Meat Company, Inc.) ("*McLane*"), a creditor in this bankruptcy case, hereby requests that copies of all notices given or required to be given in this, and all papers served or required to be served in such case, be given to and served upon the following:

> **ALSTON & BIRD LLP**
> Jonathan T. Edwards
> Christopher K. Coleman
> One Atlantic Center
> 1201 West Peachtree Street
> Atlanta, Georgia 30309
> Telephone: (404) 881-7000
> Facsimile: (404) 881-7777
> Email: jonathan.edwards@alston.com
>         chris.coleman@alston.com

**PLEASE TAKE FURTHER NOTICE THAT**, this request includes not only the notices and papers referred to in the provisions specified above, but also includes orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise, that (1) affects or seeks to

1

affect in any way the rights or interests of McLane or any other party in interest in these cases, including the (a) the debtors, (b) property of the estates, or proceeds thereof, in which the debtor may claim an interest; or (c) property or proceeds thereof in the possession, custody or control of others that the debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct.

**PLEASE TAKE FURTHER NOTICE THAT**, neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive McLane's (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; (iv) right to enforce any contractual provisions with respect to arbitration; or (v) other rights, claims, actions, defenses, setoffs, or recoupments to which McLane has or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: April 10, 2021	Respectfully submitted,

*/s/ Christopher K. Coleman*

**ALSTON & BIRD LLP**
Christopher K. Coleman
N.C. State Bar No. 53423
Jonathan T. Edwards
Georgia Bar Number 134100
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
Email: chris.coleman@alston.com
          jonathan.edwards@alston.com

*Attorneys for McLane Foodservice Distribution, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I caused to be served true and correct copies of the foregoing *Notice of Appearance and Request for Service of Papers* by filing such notice with the Court's CM/ECF system.

Dated this 10th of April 2021.

*/s/ Christopher K. Coleman*

**ALSTON & BIRD LLP**
Christopher K. Coleman
North Carolina Bar Number 53423
Jonathan T. Edwards
Georgia Bar Number 134100
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
Email: chris.coleman@alston.com
jonathan.edwards@alston.com

*Attorneys for McLane Foodservice Distribution, Inc.*