UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
NEW BERN DIVISION

| | |
|---|---|
| IN RE:<br><br>PLATINUM CORRAL, LLC,<br><br>DEBTOR | CASE NO. 21-00833-5-JNC<br>CHAPTER 11 |
| NOTICE OF APPEARANCE AND REQUEST<br>FOR SERVICE OF PLEADINGS AND OTHER PAPERS | |

TO ALL PARTIES, PLEASE TAKE NOTICE THAT:

John A. Northen of Northen Blue, LLP, counsel to **Golden Corral Franchising Systems, Inc.,** a creditor, files his Notice of Appearance and Request for Service of Pleadings and Other Papers pursuant to 11 U.S.C. § 1109(b) and Federal Rules of Bankruptcy Procedure 2002 and 9010(b), and respectfully requests that the Clerk place counsel listed below on the matrix and list of creditors, if not already done, so as to receive all documents, pleadings, exhibits in this case, and that all notices given or required to be served in this case be served at the following address:

> John A. Northen
> North Carolina Bar No. 6789
> jan@nbfirm.com
> Northen Blue, LLP
> 1414 Raleigh Road, Suite 435
> Chapel Hill, NC  27517
> 919-948-6823 (direct)
> 919-942-6603 (fax)

PLEASE TAKE FURTHER NOTICE that the request for service of notice includes notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, pleading or request, formal or informal, in the above-styled jointly administered bankruptcy cases, whether transmitted or conveyed by mail, telephone or otherwise (1) that affect or seek to affect in any

way any rights or interests of any creditor or party in interest in this case with respect to (a) the debtor, (b) property of the debtor's estate, or proceeds thereof, in which the debtor may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) that require or seek to require any act, delivery of any property, or payment.

The filing of this request does not constitute a waiver, and all rights are reserved, including objections to subject matter and personal jurisdiction.

April 12, 2021

/s/ John A. Northen
JOHN A. NORTHEN
North Carolina Bar No. 6789
jan@nbfirm.com
Northen Blue, LLP
1414 Raleigh Road, Suite 435
Chapel Hill, NC  27517
Telephone No. (919) 948-6823
Attorneys for Golden Corral Franchising Systems, Inc.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**NEW BERN DIVISION**

| IN RE:<br><br>**PLATINUM CORRAL, LLC,**<br><br>DEBTOR | **CASE NO. 21-00833-5-JNC**<br>**CHAPTER 11** |
|---|---|
| **CERTIFICATE OF SERVICE** ||

I hereby certify that a copy of the foregoing was served by automatic electronic noticing on April 12, 2021 upon the following parties who have filed a notice of appearance:

| | |
|---|---|
| Gerald A. Jeutter, Jr.<br>Anna B. Osterhout<br>Counsel for Debtor | |
| Christopher K. Coleman<br>Jonathan T. Edwards<br>Counsel for McLane Foodservice Distrib., Inc. | |

Date:  April 12, 2021

/s/ John A. Northen

John A. Northen, NCSB #6789
jan@nbfirm.com
Northen Blue, LLP
1414 Raleigh Road, Suite 435
Chapel Hill, NC  27517
Telephone No. (919) 948-6823
Attorneys for Golden Corral Franchising Systems, Inc.