UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
NEW BERN DIVSION

IN RE:

PLATINUM CORRAL, L.L.C.

DEBTOR

CASE NO. 21-00833-5

CHAPTER 11

NOTICE OF APPEARANCE, REQUEST FOR MATRIX ENTRY
AND REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS

Please take notice that, pursuant to Bankruptcy Rules 2002, 9007 and 9010, the undersigned is appearing on behalf of Pacific Premier Bank ("Creditor"), a creditor in this case. It is hereby requested as follows:

1. Matrix/Roster. The undersigned requests that an entry be made on the electronic matrix/roster of creditors to receive notice in this case maintained by the Clerk of the United States Bankruptcy Court.

2. Receipt of Notices. The undersigned requests to be served with all documents filed with the court and all notices which the court and/or other parties are required to serve. This request includes all papers, reports, orders, notices, copies of applications, motions, petitions, disclosure statements, plans of readjustment of debts or reorganization, pleadings, appendices, exhibits, requests or demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, electronic mail, courier service, delivery service, telephone, facsimile, telegraph, telex or otherwise.

3. No Express or Implied Acceptance of Service. This Notice of Appearance does not give express or implied consent by the undersigned or Womble Bond Dickinson (US) LLP to accept service of process of any action commenced under Rule 7001 of the Federal Rules of Bankruptcy Procedure.

4. No Waiver of Rights. This Notice of Appearance shall not be deemed or construed to be a waiver of the rights of Creditor of the following:

    a. To have final orders in noncore matters entered only after *de novo* review by a United States District Judge;

    b. To trial by jury in any case or proceeding related to this case;

    c. To have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or to seek abstention by the United States Bankruptcy Court on any matter; or

      d.      To any other rights, remedies, claims, actions, defenses, setoffs, or recoupments to which Creditor is or may be entitled, in law or in equity, all of which are expressly reserved.

Dated: April 12, 2021

                                  WOMBLE BOND DICKINSON (US) LLP

                By:    s/ Jill C. Walters
                         Jill C. Walters
                         N.C. State Bar No. 37121
                         555 Fayetteville Street, Suite 1100
                         Raleigh, NC 27601
                         Telephone: (919) 755-2185
                         Email: jill.walters@wbd-us.com

                         *Local Counsel for Pacific Premier Bank*

## **CERTIFICATE OF SERVICE**

I, the undersigned, or Womble Bond Dickinson (US) LLP certifies:

That I am, at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on this day, I served a copy of the foregoing Notice of Appearance, Request for Matrix Entry and Request for Service of Notices and Documents on;

> Platinum Corral, L.L.C.
> 521 New Bridge Street
> Jacksonville, NC 28540-5430

by depositing a copy thereof in the United States Mail, First Class, postage prepaid.

That on this day, the foregoing Notice of Appearance, Request for Matrix Entry and Request for Service of Notices and Documents was served by electronic means through the court's CM/ECF service on:

> Gerald A. Jeutter, Jr., Esq.
> Anna B. Osterhout, Esq.
> *Attorneys for Debtor*
>
> Christopher Keith Coleman, Esq.
> Jonathan T. Edwards, Esq.
> *Attorneys for McLane Foodservice Distribution, Inc.*
>
> U.S. Bankruptcy Administrator

I certify under penalty of perjury that the foregoing is true and correct.

Dated: April 12, 2021         WOMBLE BOND DICKINSON (US) LLP

By:    s/ Jill C. Walters
Jill C. Walters
N.C. State Bar No. 37121
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
Telephone: (919) 755-2185
Email: jill.walters@wbd-us.com

*Local Counsel for Pacific Premier Bank*