## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## NEW BERN DIVSION

| | |
|---|---|
| IN RE:<br><br>**PLATINUM CORRAL, L.L.C.**<br><br>DEBTOR | **CASE NO. 21-00833-5**<br>**CHAPTER 11** |

### NOTICE OF SPECIAL APPEARANCE

Please take notice that the undersigned Alan Feld hereby enters anotice of special appearance as counsel for the creditor Pacific Premier Bank in in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel Jill C. Walters.

I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the court.

This the 12th day of April, 2021.

/s/ *Alan Feld*
Alan Feld
CA State Bar No.: 155345
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071
Telephone: 213-620-1780
Email: AFeld@sheppardmullin.com
*Counsel forPacific Premier Bank*

/s/ *Jill C. Walters*
Jill C. Walters
NC State Bar No.: 37121
WOMBLE BOND DICKINSON (US) LLP
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
Telephone:  919-755-2185
Email: jill.walters@wbd-us.com
*Local Civil Rule 83.1(d) Counsel for*
  *Pacific Premier Bank*

<u>CERTIFICATE OF SERVICE</u>

I certify that the foregoing NOTICE OF SPECIAL APPEARANCE was filed electronically in accordance with the local rules and was served electronically onthose entities that have properly registered for such electronic service. Entities not registered for electronic service have been served by depositing a copy thereof in the United States mail, postage pre-paid:

| | |
|---|---|
| Platinum Corral, L.L.C.<br>521 New Bridge Street<br>Jacksonville, NC 28540-5430 | Bankruptcy Administrator<br>434 Fayetteville Street, Suite 640<br>Raleigh, NC 27601 |
| Christopher Keith Coleman, Esq.<br>Jonathan T. Edwards, Esq.<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, GA 30309<br>*Via CM/ECF* | Gerald A. Jeutter, Jr., Esq.<br>Anna B. Osterhout, Esq.<br>Smith Anderson, LLP<br>PO Box 2611<br>Raleigh, NC 27601-2611<br>*Via CM/ECF* |

This the 12th day of April, 2021.

/s/ *Jill C. Walters*
Jill C. Walters
NC State Bar No.: 37121
WOMBLE BOND DICKINSON (US) LLP
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
Telephone: 919-755-2185
Email: jill.walters@wbd-us.com
*Local Civil Rule 83.1(d) Counsel for
   Pacific Premier Bank*