**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**NEW BERN DIVISION**

| | |
|---|---|
| IN RE: | ) |
| | ) |
| PLATINUM CORRAL, L.L.C., | )  Case No. 21-00833-5-JNC |
| | )  Chapter 11 |
| Debtors. | ) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Please take notice that the undersigned counsel hereby enters an appearance on behalf of LBC2 Trust, pursuant to 11 U.S.C. § 342 and Federal Rules of Bankruptcy Procedure 2002, 3017(a), and 9010, and requests that his name be added to the mailing list maintained by the Clerk in the above-referenced case so that all notices in this case or any proceeding herein be given to and served upon the undersigned counsel at the address set forth below.  Please take further notice that the submission of this Notice and Request constitutes only a special appearance and is not to be deemed a consent to or waiver of the right to challenge the jurisdiction of the Bankruptcy Court in this case, including, without limitation, the jurisdiction of the Court to adjudicate non-core matters or the waiver of right to jury trial, all of which LBC2 Trust reserves without prejudice.

This the 13th day of April, 2021.

/s/ Charles N. Anderson, Jr.
Charles N. Anderson, Jr.
NC State Bar No. 13396
ELLIS & WINTERS LLP
Post Office Box 33550
Raleigh, North Carolina 27636
Telephone:   (919) 865-7000
Facsimile:    (919) 865-7010
chuck.anderson@elliswinters.com
*Counsel for LBC2 Trust*

## CERTIFICATE OF SERVICE

I, Charles N. Anderson, Jr., of ELLIS & WINTERS LLP, hereby certify:

That I am, and at all times hereinafter-mentioned was, more than eighteen (18) years of age;

That on the 13th day of April, 2021, copies of the foregoing Notice of Appearance and Request for Notices was served upon the following parties by First Class Mail, postage prepaid:

Gerald A. Jeutter, Jr.
Anna B. Osterhout
Smith Anderson, LLP
P.O. Box 2611
Raleigh, NC 27601-2611
jjeutter@smithlaw.com
aosterhout@smithlaw.com
*Counsel for the Debtors*

Platinum Corral, L.L.C.
521 New Bridge St.
Jacksonville, NC 28540-5430

and to all other parties receiving notices via the Court's CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.

This the 13th day of April, 2021.

/s/ Charles N. Anderson, Jr.
Charles N. Anderson, Jr.
NC State Bar No. 13396
ELLIS & WINTERS LLP
Post Office Box 33550
Raleigh, North Carolina 27636
Telephone:   (919) 865-7000
Facsimile:   (919) 865-7010
chuck.anderson@elliswinters.com
*Counsel for LBC2 Trust*