**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**NEW BERN DIVISION**

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| PLATINUM CORRAL, L.L.C.. | § § | Case No. 21-00833-5-JNC |
| Debtor. | § § § | |

**DISCLOSURE OF CORPORATE AFFILIATIONS AND**
**OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3, or Fed.R.Crim.P. 12.4 and Local Criminal Rule 12.3, McLane Foodservice Distribution, Inc. (f/k/a Meadowbrook Meat Company, Inc.) who is a creditor of Platinum Corral, L.L.C. makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

   YES _X_    NO ___

2. Does party have any parent corporations?

   YES _X_    NO ___

   If yes, identify all parent corporation, including grandparent and great-grandparent corporations: McLane Foodservice Distribution, Inc. is a wholly-owned subsidiary of McLane Foodservice, Inc., which is itself, a wholly-owned subsidiary of McLane Company, Inc., which is, in turn, wholly owned by Berkshire Hathaway Inc.

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

   YES ___    NO _X_

   If yes, identify all such owners: N/A.

LEGAL02/40572112v1

4.  Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal Rule 12.3)?

YES __    NO _X_

If yes, identify entity and nature of interest: N/A.

5.  Is party a trade association?

YES __    NO _X_

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock: N/A.

6.  If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditor's committee: N/A

Respectively submitted this 13th day of April 2021.

>   */s/ Jonathan T. Edwards*
>   Jonathan T. Edwards
>   Alston & Bird LLP
>   One Atlantic Center
>   1201 West Peachtree Street
>   Atlanta, GA 30309
>   Telephone: 404-881-7000
>   Facsimile: 404-881-7777
>   jonathan.edwards@alston.com
>   Georgia Bar. No. 134100
>   *Attorney for McLane Foodservice Distribution, Inc.*
>   *(f/k/a Meadowbrook Meat Company, Inc.)*
>
>   */s/ Christopher K. Coleman*
>   Christopher K. Coleman
>   Alston & Bird LLP
>   One Atlantic Center
>   1201 West Peachtree Street
>   Atlanta, GA 30309
>   Telephone: 404-881-7000
>   Facsimile: 404-881-7777
>   chris.coleman@alston.com
>   North Carolina Bar. No. 53423

Local Civil Rule 83.1(d)
*Counsel for McLane Foodservice Distribution, Inc.*
*(f/k/a Meadowbrook Meat Company, Inc.)*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of the foregoing *DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION* on all parties requesting notice in this case through the Court's electronic noticing system.

This 13th day of April 2021.

    */s/ Christopher K. Coleman*
Christopher K. Coleman
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: 404-881-7000
Facsimile: 404-881-7777
chris.coleman@alston.com
North Carolina Bar. No. 53423
Local Civil Rule 83.1(d)
*Counsel for McLane Foodservice Distribution, Inc.*
*(f/k/a Meadowbrook Meat Company, Inc.)*