## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## NEW BERN DIVISION

In re:                                                    CASE NO. 21-00833-5-JNC

**PLATINUM CORRAL, L.L.C.**

                                                          **CHAPTER 11**

          Debtor.

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**NOW COMES** CAREN D. ENLOE of SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS, LLP, PO Box 176010, Raleigh, NC 27619-6010, pursuant to Bankruptcy Rule 2002 and 9010 and hereby enters an appearance on behalf of creditor STORE Master Funding III, LLC, and requests that a copy of all notices to creditors and other parties in interest be served upon her as attorney for STORE Master Funding III, LLC.

This the 13th day of April, 2021.

/s/Caren D. Enloe
Caren D. Enloe
NC State Bar No. 17394
SMITH DEBNAM NARRON DRAKE
SAINTSING & MYERS, LLP
P.O. Box 176010
Raleigh, North Carolina 27619-6010
Telephone: (919) 250-2000
Facsimile: (919) 250-2100
cenloe@smithdebnamlaw.com

*Counsel for STORE Master Funding III, LLC*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## NEW BERN DIVISION

In re:                                              CASE NO. 21-00833-5-JNC

PLATINUM CORRAL, L.L.C.
                                                    CHAPTER 11
            Debtor.

### CERTIFICATE OF SERVICE

I, Caren D. Enloe, of Smith Debnam Narron Drake Saintsting & Myers, LLP, state under penalty of perjury:

That I am, and at all times hereinafter-mentioned was, more than eighteen (18) years of age; and

That on the 13th day of April, 2021, I served copies of the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR NOTICES** upon the following by mailing a copy thereof, postage prepaid:

Platinum Corral, L.L.C.
521 New Bridge St.
Jacksonville, NC 28540-5430
*Debtor*

and by electronic mail via CM/ECF filing to the following:

Gerald A. Jeutter, Jr.
Anna B. Osterhout
Smith Anderson, LLP
PO Box 2611
Raleigh, NC 27601-2611
*Counsel for the Debtor*

John A. Northern
Northern Blue, LLP
1414 Raleigh Road, Suite 435
Chapel Hill, NC 27517
*Counsel for Golden Corral Franchising Systems, Inc.*

Jonathan T. Edwards
Christopher K. Coleman
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
*Counsel for McLane Foodservice Distribution, Inc.*

Jill C. Walters
Womble Bond Dickinson (US) LLP
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
*Counsel for Pacific Premier Bank*

Alan Feld
Theodore A. Cohen
Sheppard, Mullin, Richter & Hampton LLP
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071
*Counsel for Pacific Premier Bank*

Pamela W. McAfee
Charles N. Anderson, Jr.
Ellis & Winters LLP
PO Box 33550
Raleigh, NC 27636
*Counsel for LBC2 Trust*

This the 13th day of April, 2021.

/s/ Caren D. Enloe
Caren D. Enloe