UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA

New Bern Division

In Re:  　　　　　　　　　　　　　　　　Bankruptcy Case No. 21-00833-5-JNC

Debtors:   Platinum Corral, L.L.C.　　　　　　　Chapter: 11

**NOTICE OF SPECIAL APPEARANCE**

Please take notice that the undersigned   Craig Solomon Ganz   hereby enters a notice of special appearance as counsel for   STORE Master Funding III, LLC   in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel,   Caren Enloe.

I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the court.

Date   April 13, 2021

/s/ Craig Solomon Ganz

| | |
|---|---|
| Name | Craig Solomon Ganz |
| Law Firm | Ballard Spahr LLP |
| Mailing Address | 1 E. Washington Street, Suite 2300, Phoenix, Arizona 85004 |
| Phone Number | 602-798-5400 |
| Email Address: | ganzc@ballardspahr.com |
| State Bar No. | 023650 (Arizona) |

| | |
|---|---|
| Local Counsel Name | Caren Enloe |
| Law Firm | Smith Debnam Narron Drake Saintsing & Myers, LLP |
| Mailing Address | 4601 Six Forks Road, Suite 400, Raleigh, NC 27609 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of the foregoing Notice of Special Appearance have been served on all parties requesting notice in this case through the Court's electronic noticing system.

Dated this 13th day of April, 2021.

By: */s/ Craig Solomon Ganz*
Craig Solomon Ganz
Michael DiGiacomo
BALLARD SPAHR LLP
1 E. Washington Street, Suite 2300
Phoenix, Arizona 85004
Phone: 602-798-5400
Email: ganzc@ballardspahr.com
Email: digiacomom@ballardspahr.com
*Counsel for STORE Master Funding III, LLC*

and

Caren Enloe
SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS, LLP
4601 Six Forks Road, Suite 400
Raleigh, NC 27609
Phone: (919) 250-2125
Email: cenloe@smithdebnamlaw.com
*Local Civil Rule 83.1(d) Counsel*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**NEW BERN DIVISION**

In re:

PLATINUM CORRAL, L.L.C.

    Debtor.

Chapter 11

Case No. 21-00833-5-JNC

**DISCLOSURE STATEMENT OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3, STORE Master Funding III, LLC, who is a creditor of Platinum Corral, L.L.C., makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

    ☐ Yes    ☒ No

2. Does party have any parent corporations?

    ☒ Yes    ☐ No

If yes, identify all parent corporations, including grandparent and great-grandparent corporations: STORE Master Funding III, LLC is a wholly-owned subsidiary of STORE Capital Acquisitions, LLC, which is itself, a wholly-owned subsidiary of STORE Capital Corporation, a publicly traded company.

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

    ☐ Yes    ☒ No

If yes, identify all such owners: N/A.

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3)?

☐ Yes    ☒ No

5. Is party a trade association?

☐ Yes    ☒ No

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock: N/A.

6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditor's committee: N/A.

Dated this 13th day of April, 2021.

By: */s/ Craig Solomon Ganz*
Craig Solomon Ganz
Michael DiGiacomo
BALLARD SPAHR LLP
1 E. Washington Street, Suite 2300
Phoenix, Arizona 85004
Phone: 602-798-5400
Email: ganzc@ballardspahr.com
Email: digiacomom@ballardspahr.com
*Counsel for STORE Master Funding III, LLC*

and

Caren Enloe
SMITH DEBNAM NARRON DRAKE
SAINTSING & MYERS, LLP
4601 Six Forks Road, Suite 400
Raleigh, NC 27609
Phone: (919) 250-2125
Email: cenloe@smithdebnamlaw.com
*Local Civil Rule 83.1(d) Counsel*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of the foregoing Disclosure Statement of Corporate Affiliations have been served on all parties requesting notice in this case through the Court's electronic noticing system.

Dated this 13th day of April, 2021.

By: */s/ Craig Solomon Ganz*
Craig Solomon Ganz
Michael DiGiacomo
BALLARD SPAHR LLP
1 E. Washington Street, Suite 2300
Phoenix, Arizona 85004
Phone: 602-798-5400
Email: digiacomom@ballardspahr.com
*Counsel for STORE Master Funding III, LLC*

and

Caren Enloe
SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS, LLP
4601 Six Forks Road, Suite 400
Raleigh, NC 27609
Phone: (919) 250-2125
Email: cenloe@smithdebnamlaw.com
*Local Civil Rule 83.1(d) Counsel*