IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NEW BERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| PLATINUM CORRAL, L.L.C., | ) | Bankruptcy Case No. 21-00833-5-JNC |
| | ) | |
| Debtor | ) | Chapter 11 |
| | ) | |

## NOTICE OF APPEARANCE

     Joseph H. Stallings of the law firm of Howard, Stallings, From, Atkins, Angell & Davis, P.A., does herewith give notice of his appearance as attorney for Truist Bank formally known as Branch Banking and Trust Company, creditor in the above-referenced matter. Please electronically forward all Notices and other documents required to be served upon the creditor to the undersigned at the following address:

     Joseph H. Stallings
     Howard, Stallings, From, Atkins,
     Angell & Davis, P.A.
     State Bar No.: 9068
     P.O. Box 12347
     Raleigh, NC 27605
     Telephone: (919) 821-7700
     Facsimile: (919) 821-7703
     **Email:** JStallings@hsfh.com

This is the 14th day of April 2021,

     s/Joseph H. Stallings
     Joseph H. Stallings
     Howard, Stallings, From, Atkins,
     Angell & Davis, P.A.
     State Bar No.: 9068
     P.O. Box 12347
     Raleigh, NC 27605
     Telephone: (919) 821-7700
     Facsimile: (919) 821-7703

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NEW BERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| PLATINUM CORRAL, L.L.C., ) | Bankruptcy Case No. 21-00833-5-JNC |
| ) | |
| Debtor ) | Chapter 11 |
| ) | |

**CERTIFICATE OF SERVICE**

I, James B. Angell, of the law firm Howard, Stallings, From, Atkins, Angell & Davis, P.A., certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age:

That on April 14, 2021, the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR NOTICES** was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the parties listed below. I further certify that I have mailed the document to the non-CM/ECF participants as set out below by first class mail.

I certify under penalty of perjury that the foregoing is true and correct.

DATE: April 14, 2021

                                                s/Joseph H. Stallings
                                                Joseph H. Stallings
                                                Howard, Stallings, From, Atkins,
                                                Angell & Davis, P.A.
                                                State Bar No.:
                                                P.O. Box 12347
                                                Raleigh, NC 27605
                                                Telephone: (919) 821-7700
                                                Facsimile: (919) 821-7703

| | |
|---|---|
| Gerald A. Jeutter, Jr., Attorney for Debtor | via CM/ecf |
| | |
| Anna B. Osterhout, Attorney for Debtor | via CM/ecf |