UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
NEW BERN DIVSION

| | |
|---|---|
| IN RE:<br><br>**PLATINUM CORRAL, L.L.C.**<br><br>DEBTOR | CASE NO. 21-00833-5-JNC<br><br>CHAPTER 11 |

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3, Pacific Premier Bank, a creditor of Platinum Corral, L.L.C., makes the following disclosures:

1. Is party a publicly held corporation or other publicly held entity?

    YES_X_    NO __

2. Does party have any parent corporations?

    YES_X_    NO __

    If yes, identify all parent corporation, including grandparent and great-grandparent corporations: Pacific Premier Bancorp Inc. is the parent company of Pacific Premier Bank.

3. Is 10% or more of the stock of a party owned by a publicly held corporation orother publicly held entity?

    YES __    NO_X_

    If yes, identify all such owners: N/A

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal Rule 12.3)?

YES___   NO_X_

If yes, identify entity and nature of interest: N/A

5. Is party a trade association?

YES___   NO_X_

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock: N/A

6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditor's committee: N/A

Respectively submitted this 14th day of April 2021.

        WOMBLE BOND DICKINSON (US) LLP

By:   s/ Jill C. Walters
       Jill C. Walters
       N.C. State Bar No. 37121
       555 Fayetteville Street, Suite 1100
       Raleigh, NC 27601
       Telephone: (919) 755-2185
       Email: jill.walters@wbd-us.com

*Local Counsel for Pacific Premier Bank*

# CERTIFICATE OF SERVICE

I, the undersigned, or Womble Bond Dickinson (US) LLP certifies:

That I am, at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on this day, I served a copy of the foregoing Disclosure of Corporate Affiliations and Other Entities with a Direct Financial Interest in Litigation on;

> Platinum Corral, L.L.C.
> 521 New Bridge Street
> Jacksonville, NC 28540-5430

by depositing a copy thereof in the United States Mail, First Class, postage prepaid.

That on this day, the foregoing Disclosure of Corporate Affiliations and Other Entities with a Direct Financial Interest in Litigation was served by electronic means through the court's CM/ECF service on:

> Gerald A. Jeutter, Jr., Esq.
> Anna B. Osterhout, Esq.
> *Attorneys for Debtor*
>
> Christopher Keith Coleman, Esq.
> *Attorney for McLane Foodservice Distribution, Inc.*
>
> Pamela W. McAfee, Esq.
> Charles N. Anderson, Jr., Esq.
> *Attorneys for LBC2 Trust*
>
> Caren D. Enloe, Esq.
> Landon G. Van Winkle, Esq.
> *Attorneys for STORE Master Funding III, LLC*
>
> James B. Angell, Esq.
> *Attorney for Truist Bank*
>
> U.S. Bankruptcy Administrator

I certify under penalty of perjury that the foregoing is true and correct.

Dated: April 14, 2021   WOMBLE BOND DICKINSON (US) LLP

By:   s/ Jill C. Walters
Jill C. Walters
N.C. State Bar No. 37121
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
Telephone: (919) 755-2185
Email: jill.walters@wbd-us.com

*Local Counsel for Pacific Premier Bank*