**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**NEW BERN DIVISION**

IN RE:

**PLATINUM CORRAL, L.L.C.,**

                    **Debtor.**

**CASE NO. 21-00833-5-JNC**
**CHAPTER 11**

## APPLICATION TO EMPLOY INTERIM CHIEF FINANCIAL OFFICER

NOW COMES Platinum Corral, L.L.C. (the "Debtor"), and submits this Application to Employ Interim Chief Financial Officer (the "Interim CFO") pursuant to §§ 327 and 328 of the Bankruptcy Code and Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure and requests an Order authorizing Debtor to employ Becky P. O'Daniell as the Debtor's Interim Chief Financial Officer, effective *nunc pro tunc* to the Petition Date (as defined below).

In support of this Application, the Debtor refers to and relies upon the Affidavit of Becky P. O'Daniell (the "Affidavit"), attached hereto as Exhibit A, and respectfully represents as follows:

1.      On April 9, 2021 (the "Petition Date") the Debtor filed a voluntary petition seeking relief under Chapter 11 of the Bankruptcy Code and continues in possession of its assets as debtor-in-possession.

2.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334, and this matter is a core proceeding under 28 U.S.C. §157(b)(2). Venue is proper pursuant to 28 U.S.C. §§1408 and 1409.

3.      The Debtor seeks approval by this Court of the employment of Becky P. O'Daniell ("O'Daniell") to serve as the Debtor's Interim CFO.

4.      The professional services O'Daniell would offer are specifically set forth in the letter agreement dated October 11, 2016 (the "Original Engagement Agreement") as amended and updated by the letter agreement dated March 9, 2021 (the "Amended Engagement Agreement" and, together with the Original Engagement Agreement, the "Engagement Agreement"), each of which is attached to the Affidavit submitted with this Application. As provided in the Engagement Agreement, Ms. O'Daniell's services include, but are not limited to, the following: (i) cash flow oversight, forecasting, planning and disbursement, (ii) PPP guidance, (iii) ERTS guidance, (iv) controller oversight and development, (v) tax compliance (payroll, meals and sales tax), (v) contract review as requested, (vi) lender communications and reporting, (vi) other communications, and (vii) such other items as may be reasonably necessary in the Chapter 11 proceeding.[1]

5.      O'Daniell represents no other entity in connection with this case, represents or holds no interest adverse to the interest of the bankruptcy estate with respect to the matters on which she is to be employed, and is disinterested as that term is defined in 11 U.S.C. § 101. O'Daniell has filed herewith an Affidavit pursuant to Bankruptcy Rules 2014 and 2016, disclosing the information relevant to this Application.

6.      O'Daniell has agreed to serve as the Debtor's Interim CFO for compensation as set forth in the Engagement Agreement and reimbursement of reasonable expenses approved by Debtor as summarized below:

a.      Weekly Fee. Debtor shall pay O'Daniell $2,000 per week.[2]

b.      Expenses. Any expenses incurred on behalf of Debtor, which are approved by the Debtor, will be reimbursed on a bi-weekly basis.

---

[1] O'Daniell is an independent contractor and has served as the Debtor's Interim CFO since approximately 2016.

[2] The Original Engagement Agreement provides for weekly compensation in the amount of $3,000, with such amount to be re-visited 90 days after the date of the Original Engagement Agreement, and the Amended Engagement Agreement provides for weekly compensation in the amount of $2,000 with such amount to be re-visited if service requirements are reduced or increased above or below two days per week.

7.      The Debtor believes that the services to be provided by O'Daniell can and will provide specific benefits to the Debtor and those services will enhance the administration of this case. The Debtor believes that such services will be in the best interest of all parties involved in this proceeding.

WHEREFORE, the Debtor respectfully requests that the Court enter an order authorizing Debtor to employ and retain O'Daniell to provide services to the Debtor as set forth above and in the Engagement Agreement, effective *nunc pro tunc* to the date of filing.

Date: April 14, 2021

> SMITH, ANDERSON, BLOUNT, DORSETT,
> MITCHELL & JERNIGAN, L.L.P.
>
> By: /s/ Gerald A. Jeutter, Jr.
> Gerald A. Jeutter, Jr.
> NC State Bar No. 17724
> Anna B. Osterhout
> NC State Bar No. 19841
> Post Office Box 2611
> Raleigh, North Carolina 27602-2611
> Telephone: (919) 821-1220
> Facsimile: (919) 821-6800
> Email: jjeutter@smithlaw.com
> Email: aosterhout@smithlaw.com
> ATTORNEYS FOR DEBTOR

**EXHIBIT A**

**AFFIDAVIT**

I, Becky P. O'Daniell, do solemnly depose and declare as follows:

1.      I am authorized to execute this affidavit on my own behalf.

2.      I have been retained to serve, subject to approval by this Court, as the Debtor's Interim Chief Financial Officer ("Interim CFO") to assist the Debtor in connection with its Chapter 11 proceeding in accordance with the terms and conditions of the engagement agreement dated October 11, 2016 (the "Original Engagement Agreement") as amended and updated by the letter agreement dated March 9, 2021 (the "Amended Engagement Agreement" and, together with the Original Engagement Agreement, the "Engagement Agreement"), each of which is attached hereto and incorporated herein by reference.

3.      Except as otherwise provided herein, I am (i) not a creditor, an equity security holder or an insider of the Debtor, (ii) not, and was not, within the preceding two years a director, officer or employee of the Debtor, or (iii) have an interest materially adverse to the interest of the bankruptcy estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason.  I am a disinterested person as defined in 11 U.S.C. § 101.

4.      I am an independent contractor, and I have served as Interim CFO for the Debtor since approximately 2016.  The Employment Agreement provides that I will be paid $2,000 per week (to be paid in advance bi-weekly), with such compensation to be re-visited if services are more or less than two days per week.  The Engagement Agreement further provides that I will be reimbursed for expenses that I incur on behalf of the Debtor.

4

5.      Except as otherwise provided herein, I have received no compensation from the Debtor in connection with this matter or from any other person on said account. There are no further undertakings by the Debtor or any other persons or entities to pay the post-petition fees or expenses of the Debtor.  No understanding or agreement exists for a division of fees or compensation with any other person or entity.

6.      I will promptly file a supplemental affidavit pursuant to Federal Rule of Bankruptcy Procedure 2014(a) if any additional, material, relevant facts or relationships are discovered or arise after execution of this affidavit.

I declare under penalty of perjury that the foregoing is true and correct.

Date: __4/5__, 2021


_____
Becky P. O'Daniell

**STATE OF NORTH CAROLINA**
**COUNTY OF** _New Hanover_

**Sworn and subscribed**
**before me on** _April 5_ **, 2021.**

_____
**Notary Public**    Brenda R Jarvell

**My Commission expires:** _7 - 08 - 2023_



5

# EXHIBIT A

**Update to Agreement dated October 11, 2016 between Platinum Corral, L.L.C. and Becky P. O'Daniell**

Current services provided by Becky P. O'Daniell
- Cash oversight, forecasting, planning, disbursement
- PPP guidance
- ERTC guidance
- Controller oversight and development
- Tax compliance (payroll, meals and sales tax)
- Contract review as requested
- Lender communications and reporting
- Other projects as requested

Prior to COVID weekly compensation was adjusted based on services provided. Effective April 2, 2021 compensation will be $2,000 per week, which will be paid in advance every two weeks. If service requirements are reduced or increased below or beyond two days per week, we will revisit compensation. Any expenses incurred for Platinum Corral, L.L.C., which are approved by Platinum Corral, L.L.C. will be reimbursed on a bi-weekly basis.

3/8/21

Platinum Corral, L.L.C.

Becky P. O'Daniell, CPA
Consultant

3/9/2021

Date

Odaniell contract update 3 11 2021.dods

7

Billy,                                                                October 11, 2016

I am excited about the opportunity to work with Platinum Corral ("PC"). I can begin reviewing documents as soon as available and plan to be in your office this Thursday. I have some prior commitments the next few weeks that we can work around. Once my current jobs are completed PC will take top priority.

Please understand that while PC will be my work priority I will have to continue valuation work as I don't want to lose the attorney base I've built but I will accept limited new engagements.

PC's immediate needs where I will provide services are:
>     1-cash flow forecasting
>     2-taxes (payroll, sales, meals) figure out what is past due and work out plans with agencies
>     3-accounts payable-assist in payment plans and move the Company towards getting current
>     4-debt refinance
>     5-other items that will surface

I will work as an independent contractor and I am responsible for my own taxes and travel expenses. I will not manage any of the PC staff nor be responsible for human resource issues. I expect to provide services of approximately 30 hours per week. The first few weeks will probably take more time but will be necessary to learn the numbers as quickly as possible. If either of us sees an issue where more or less time is needed, we will communicate what is needed. I expect some on-site office time, especially the first month. I will be available for in person meetings as needed but do expect the day to day work to be performed from Wilmington after the first month.

Things I will need:
>     Open line of communication with you, Debbie and other PC staff and professional advisors
>     Remote access to enable work from Wilmington
>     Understand Debbie's schedule and deadlines so I'm available on site on days that work for her
>     Understand security holder covenants
>     Compensation of $3000.00 per week to begin 10/13/16 and payable bi-weekly (if work requirements are reduced or increased beyond 3 days per week, after 90 days, we will revisit compensation)

I understand that all information of PC is confidential. Any work/schedules/data I produce are the property of PC.

Our agreement may be terminated by either party, with or without cause, upon written notice to the other. Upon termination I shall be entitled to any accrued compensation and shall provide all work files to PC.

|  |  |  |  |
|---|---|---|---|
| _____ |  | _____ | 10/11/2016 |
| Billy Sewell, President and CE | Date | Becky P. O'Daniell | Date |
| Platinum Corral, LLC |  | Consultant |  |

8

## CERTIFICATE OF SERVICE

I, Anna B. Osterhout, of the law firm of Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, L.L.P., certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age:

That on April 14, 2021, I electronically filed the foregoing **Application to Employ Interim Chief Financial Officer** with the Clerk of the Court, and I further certify that I have served the document on the parties listed below by first class mail.

I certify under penalty of perjury that the foregoing is true and correct.

DATED: April 14, 2021

SMITH, ANDERSON, BLOUNT, DORSETT,
MITCHELL & JERNIGAN, L.L.P.

By: /s/ Anna B. Osterhout
    Anna B. Osterhout
    NC State Bar No. 19841
    Post Office Box 2611
    Raleigh, North Carolina 27602-2611
    Telephone: (919) 821-1220
    Facsimile: (919) 821-6800
    Email: aosterhout@smithlaw.com
    ATTORNEYS FOR DEBTOR

**RECIPIENTS:  See below and attached service list.**

| | |
|---|---|
| Kirstin E. Gardner<br>U. S. Bankruptcy Administrator<br>434 Fayetteville Street, Suite 640<br>Raleigh, NC 27601 | Platinum Corral, L.L.C., Debtor<br>521 New Bridge St.<br>Jacksonville, NC  28540-5430 |
| Jill C. Walters, Esq.<br>Counsel for Pacific Premier Bank<br>Womble Bond Dickinson (US) LLP<br>555 Fayetteville Street, Suite 1100<br>Raleigh, NC  27601 | Alan Feld, Esq.<br>Ted Cohen, Esq.<br>Counsel for Pacific Premier Bank<br>Sheppard Mullin<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA  90071 |

Jonathan Edwards, Esq.
Christopher K. Coleman, Esq.
Counsel for McLane FoodService
    Distribution Inc.
Alston & Bird
One Atlantic Center
1201 W. Peachtree St., Suite 4900
Atlanta, GA  30309

US Small Business Administration
Attn:  Officer/Manager
2 20th St. N, Suite 325
Birmingham, AL  35203

Caren D. Enloe, Esq.
Landon G. Van Winkle, Esq.
Counsel for STORE Master Funding III, LLC
Smith Debnam Narron Drake
    Saintsing & Myers, LLP
P.O. Box 176010
Raleigh, NC  27619-6010

John A. Northen, Esq.
Counsel for Golden Corral
Northen Blue
1414 Raleigh Rd #435
Chapel Hill, NC  27517

Pamela W. McAfee, Esq.
Charles N. Anderson, Jr., Esq.
Counsel for LBC2 Trust
Ellis & Winters LLP
Post Office Box 33550
Raleigh, NC  27636

Craig Solomon Ganz, Esq.
Counsel for STORE Master Funding III, LLC
Ballard Spahr LLP
1 E. Washington Street, Suite 2300
Phoenix, Arizona 85004

1053 Lenoir Rhyne Boulevard LLC
Mr. and Mrs. Russell Wachtier
740 Saint Nicholas Ave., Room 2
New York, NY 10031

Allied Security of Jacksonville
Attn: Officer/Manager
PO BOX 754
JACKSONVILLE, NC 28541

AT&T
Attn: Officer/Manager
PO BOX 105251
Atlanta, GA 30348

A & S Fire Protection Services
Attn: Officer/Manager
1216 Wheeler St
FLATWOODS, KY 41139

Ally Financial
Payment Processing Center
P. O. Box 9001948
Louisville, KY 40290

Atkinson Milling Co Inc.
Attn: Officer/Manager
95 Atkinson Mill Rd
Selma, NC 27576

A & W Total Landscaping, LLC
ATTN: OFFICER/MANAGER
4601 HINSHAW TOWN RD
RAMSEUR, NC 27316

American Electric Power/24002
Attn: Officer/Manager
PO BOX 371496
Pittsburgh, PA 15250-7496

Atlantic Consolidated Service Inc.
Attn: Officer/Manager
PO BOX 4777
GREENSBORO, NC 27404

ACS Benefit Services, LLC
Attn: Officer/Manager
5660 University Parkway, 5th Floor
Winston Salem, NC 27105

American Express
Attn: Officer/Manager
PO Box 1270
Newark, NJ 07101

BB&T
Attn: Officer/Manager
PO Box 580340
Charlotte, NC 28258

ADT Commercial LLC
Attn: Officer/Manager
PO Box 219044
Kansas City, MO 64121

APPALACHIAN POWER
PO BOX 371496
Pittsburgh, PA 15250-7496

BEDFORD WINDOW CLEANING
Attn: Officer/Manager
308 JANE RANDOLPH ST
FOREST, VA 24551

Advanced Office Solutions
Attn: Officer/Manager
PO BOX 815
Swansboro, NC 28584

ARC Cafeusa001 LLC Zanesville OH
DEPT 880044 (ID 082070)
PO Box 29650 - Attn: Officer/Mgr.
Phoenix, AZ 85038

BENNETT UNIFORM
Attn: Officer/Manager
4377 FEDERAL DR
GREENSBORO, NC 27410

AEP Energy
Attn: Officer/Manager
PO Box 6329
Carol Stream, IL 60197-6329

ARC CAFEUSA001, LLC
DEPT. 880044 (ID: 082070)
PO BOX 29650 - Attn: Officer/Mgr.
Phoenix, AZ 85038

Black River Electric Cooperative S
Attn: Officer/Manager
PO BOX 130
Sumter, SC 29151-0130

Alamance County Tax Collector
Attn: Officer/Manager
124 W. Elm Street
Graham, NC 27253

ARC3 GASES
ATTN: OFFICER/MANAGER
PO BOX 26269
RICHMOND, VA 23260

Boon Administrative Services
Attn: Officer/Manager
PO Box 671227
Dallas, TX 75267

ALL BRITE LIGHTING LLC
ATTN: OFFICER/MANAGER
PO BOX 352
EAGLE SPRINGS, NC 27242

ARTHURS REFRIGERATION
ATTN: OFFICER/MANAGER
PO BOX 272
IRONTON, OH 45638

BRIANS LOCK & KEY
Attn: Officer/Manager
PO BOX 340 (1803 S MAIN ST)
BLACKSBURG, VA 24063

BRINKS INC.
Attn:  Officer/Manager
7373 SOLUTIONS CENTER
CHICAGO, IL 60677

C.H.E.S.S. SECURITY
Attn:  Officer/Manager
3617 OLDE FALLS RD
ZANESVILLE, OH 43701

Cabarrus Co. Tax Collector
Attn:  Officer/Manager
PO BOX 580347
Charlotte, NC 28258

Cabell County Tax Collector
Attn:  Officer/Manager
PO Box 2114
Huntington, WV 25721

Capital Insight, LLC
Attn:  Officer/Manager
109 N Acacia Ave
Solana Beach, CA 92075

Carolina Carbonic
Attn:  Officer/Manager
1712 HOLBROOK ST
GREENSBORO, NC 27403

Catawba County Tax Collector
Attn:  Officer/Manager
PO BOX 580071
Charlotte, NC 28258

Charles Stafford
908 Limberlost Lane
Lewisville, NC 27023

Charles W. Burrows
854 East Dixie Dr.
Asheboro, NC 27203

Chillicothe Bowling Lanes Inc.
Attn:  Officer/Manager
1680 N Bridge St
Chillicothe, OH 45601

Chillicothe Utilities Dept. OH
Attn:  Officer/Manager
PO BOX 630
Sumter, SC 29151-0130

CHOWLY
Attn:  Officer/Manager
225 W Wacker Dr., Ste 550
Chicago, IL 60606

Cintas
Attn:  Officer/Manager
PO BOX 630803
Cincinnati, OH 45263

Cintas Corp #143
Attn:  Officer/Manager
12524 Kingston Ave
Chester, VA 23836

CITY OF ASHEBORO, NC
Attn:  Officer/Manager
PO BOX 2628
Asheboro, NC 27204-2628

City of Burlington
Attn:  Officer/Manager
PO BOX 1358
Burlington, NC 27216-1358

City of Charlotte, NC
Attn:  Officer/Manager
PO BOX 1316
Charlotte, NC 28201-1316

City of Colonial Heights, VA
Attn:  Officer/Manager
PO BOX 3401
Colonial Heights, VA 23834-9001

City of Concord Tax Collector
Attn:  Officer/Manager
PO BOX 580473
Charlotte, NC 28258

City of Concord, NC
Attn:  Officer/Manager
PO BOX 580469
Charlotte, NC 28258-0469

City of Danville, VA
Attn:  Officer/Manager
PO BOX 3308
Danville, VA 24543

City of Hickory, NC
Attn:  Officer/Manager
PO BOX 580069
Charlotte, NC 28258-0069

City of Jacksonville, NC
Attn:  Officer/Manager
PO BOX 128
Jacksonville, NC 28541-0128

City of Lexington, NC
Attn:  Officer/Manager
28 WEST CENTER STREET
Lexington, NC 27292

City of Lynchburg Alarm
Attn:  Officer/Manager
PO Box 603
Lynchburg, VA 24505

City of Lynchburg, VA
Attn:  Officer/Manager
PO BOX 9000
Lynchburg, VA 24505

City of Parkersburg
Attn:  Officer/Manager
PO Box 1627
Parkersburg, WV 26102

City of Richmond, VA
Attn:  Officer/Manager
PO BOX 71210
Charlotte, NC 28272-1210

Colonial Heights Chamber of Commerc
Attn:  Officer/Manager
201 Temple Ave
Colonial Heights, VA 23834

Country Inn & Suites
Attn:  Officer/Manager
580 Dicken Place
Concord, NC 28025

City of Roanoke
Attn:  Officer/Manager
PO BOX 1451
Roanoke, VA 24007

Columbia Gas of Kentucky
Attn:  Officer/Manager
PO BOX 4660
Carol Stream, IL 60197-4660

County of Henrico
Attn:  Officer/Manager
PO BOX 3369
Henrico, VA 23228

City of Russell KY
Attn:  Officer/Manager
PO BOX 394
Russell, KY 41169

Columbia Gas of Kentucky
Attn:  Officer/Manager
PO BOX 4629
Carol Stream, IL 60197-4629

County of Henrico, VA
Attn:  Officer/Manager
PO BOX 90799
Henrico, VA 23228-0799

City of Sumter, SC
Attn:  Officer/Manager
PO BOX 310
Sumter, SC 29151-0310

Columbia Gas of Virginia
Attn:  Officer/Manager
PO BOX 70319
Philadelphia, PA 19176-0319

COZZINI BROS
Attn:  Officer/Manager
350 HOWARD AVE
DES PLAINES, IL 60018

City of Winchester
Attn:  Officer/Manager
PO Box 4135
Winchester, KY 40392

Comfort Inn - Roanoke
Attn:  Officer/Manager
5070 Valley View Blvd North
Roanoke, VA 24012

Crawford Sprinkler Company
Attn:  Officer/Manager
PO Box 1430
Hickory, NC 28603

Clark County Sheriff's Dept.
Attn:  Officer/Manager
17 Cleveland Ave #1
Winchester, KY 40391

Commercial Roofing Systems
Attn:  Officer/Manager
1050 W Corbett Ave
Swansboro, NC 28584

CROOK BROTHERS
Attn:  Officer/Manager
250 GREY FLATS RD
BECKLEY, WV 25801

CMH PLUMBING
Attn:  Officer/Manager
505 SONOMA RD
JACKSONVILLE, NC 28546

Commonwealth of Kentucky
Department of Revenue
PO Box 181, STA 57
Frankfort, KY 40602

Culligan Water
Attn:  Officer/Manager
418 Crossfield Dr.
Versailles, KY 40383

Coastal Bank & Trust
Attn:  Officer/Manager
2414 N Marine Blvd.
Jacksonville, NC 28546

Corey Brothers
Attn:  Officer/Manager
PO Box 166
Charleston, WV 25321

Culligan Water Conditioning
Attn:  Officer/Manager
2703 Airport Road
Tucson, AZ 85713

Coastal Equipment Co
Attn:  Officer/Manager
130 COASTAL LN
JACKSONVILLE, NC 28546

Corral Group of Asheboro
Attn:  Officer/Manager
PO BOX 1616
Morehead City, NC 28557

DADE PAPER & BAG
Attn:  Officer/Manager
440 Interstate West Pkwy, Ste 200
LITHIA SPRINGS, GA 30122

Date Label
Attn:  Officer/Manager
PO Box 684
Indianapolis, IN 46206

Dominion VA/NC Power
Attn:  Officer/Manager
PO BOX 26543
Richmond, VA 23290-0001

Engie/Ecova
Attn:  Officer/Manager
1313 N Atlantic St., Suite 500
Spokane, WA 99201

Daughtry Woodard Lawrence
Attn:  Officer/Manager
PO DRAWER 1960
SMITHFIELD, NC 27577

DOUBLE K LAWN CARE
Attn:  Officer/Manager
122 GEORGE LN
JACKSONVILLE, NC 28540

ENVIRO-Master Sani Services
Attn:  Officer/Manager
PO BOX 12350
CHARLOTTE, NC 28220

Davidson County Tax Collector
Attn:  Officer/Manager
PO BOX 1577
Lexington, NC 27293

Douglas Ray Higdon
391 Foxwood Dr.
Richmond, KY 40475

EXPRESS PRINTING
Attn:  Officer/Manager
117 N. MARINE BLVD.
JACKONVILLE, NC 28540

DAVIDSON WATER, INC.
Attn:  Officer/Manager
PO BOX 969
Welcome, NC 27374-0969

Duke Energy
Attn:  Officer/Manager
PO Box 1003
Charlotte, NC 28201

F.S.I. Mid State Division Inc.
Attn:  Officer/Manager
121 Middle Collison Rd
Mount Lookout, WV 26678

Diane Sears
3045 Ordway Dr NW
Apt 1
Roanoke, VA 24017

East Coast Tees & Promotional Goods
Attn:  Officer/Manager
614 1ST AVE SOUTH
NITRO, WV 25143

Fairfield County Treasurer
Attn:  Officer/Manager
210 E. Main St., Room 206
Lancaster, OH 43130

Dogwood State Bank FKA Sound Bank
Attn:  Officer/Manager
5401 Six Forks Rd, Suite 100
Raleigh, NC 27609

ECOLAB Food Safety Specialties
Attn:  Officer/Manager
24198 Network Place
Chicago, IL 60673

FESS FIRE PROTECTION
Attn:  Officer/Manager
PO BOX 1307
MORRISVILLE, NC 27560

Dominion Energy North Carolina
Attn:  Officer/Manager
PO BOX 100256
Columbia, SC 29202-3256

Ecolab Inc.
Attn:  Officer/Manager
PO BOX 32027
NEW YORK, NY 10087

FISH WINDOW CLEANING
Attn:  Officer/Manager
PO BOX 71312
HENRICO, VA 23229

Dominion Energy South Carolina
Attn:  Officer/Manager
PO BOX 100255
Columbia, SC 29202-3255

ECOLAB PEST
Attn:  Officer/Manager
26252 NETWORK PLACE
CHICAGO, IL 60673

FLOORED
Attn:  Officer/Manager
385 RADFORD ST
CHRISTIANSBURG, VA 24073

Dominion Energy West Virginia
Attn:  Officer/Manager
PO BOX 26783
Richmond, VA 23261-6783

Elizabethtown Utilities, KY
Attn:  Officer/Manager
PO BOX 550
Elizabethtown, KY 42701

Foster's Refrigeration
Attn:  Officer/Manager
315 W 22ND ST
RICHMOND, VA 23225

FRANKLIN MACHINE PRODUCTS
Attn:  Officer/Manager
101 MT HOLLY BYPASS
LUMBERTON, NJ 08048

Frontier Communications
Attn:  Officer/Manager
PO BOX 740407
Cincinnati, OH 45274

FSI MECHANICAL INC
Attn:  Officer/Manager
5485 RAYNOR RD
GARNER, NC 27529

FTC
Attn:  Officer/Manager
PO BOX 743076
Atlanta, GA 30374

FUSION
Attn:  Officer/Manager
PO BOX 51341
Los Angeles, CA 90051

FUZE INC
Attn:  Officer/Manager
PO BOX 347284
Pittsburgh, PA 15251

Gallia County Treasurer
Attn:  Officer/Manager
18 Locust St., RM. 1291
Gallipolis, OH 45631

GC Partners Inc
Attn:  Officer/Manager
3816 Forrestgate Dr.
Winston Salem, NC 27103

General Heating & Air Conditioning
Attn:  Officer/Manager
PO BOX 964
FLATWOODS, KY 41139

Golden Corral Corporation
Attn:  Officer/Manager
P. O. Box 29502
Raleigh, NC 27626

Golden Corral Franchising Systems
Attn:  Officer/Manager
PO Box 29502
Raleigh, NC 27626

Golden Rule/Kentucky Legionnaire
Attn:  Officer/Manager
1303 US HWY 127 S, Ste 402-374
FRANKFORT, KY 40601

Granite Telecommunications
Attn:  Officer/Manager
PO Box 983119 (Client ID #311)
Boston, MA 02298

GreasePro/Fleetwash Inc
Attn:  Officer/Manager
PO BOX 36014
NEWARK, NJ 07188

Great-West Trust Company, LLC
Attn:  Officer/Manager
8505 E Orchard Rd
Greenwood Village, CO 80111

Greenup County Sheriff
Attn:  Officer/Manager
PO BOX 318
Greenup, KY 41144

Greenville Utilities Commission, NC
Attn:  Officer/Manager
PO BOX 1432
Charlotte, NC 28201-1432

GTT
Attn:  Officer/Manager
PO BOX 842630
Dallas, TX 75284

HABITEC SECURITY
Attn:  Officer/Manager
PO BOX 352497
TOLEDO, OH 43635

Hardin County Sheriff
Attn:  Officer/Manager
150 N. Provident Way, Ste 101
Elizabethtown, KY 42701

Hardin County Water District #2
Attn:  Officer/Manager
PO BOX 645854
Pittsburgh, PA 15264-5256

Herbert & Debra Zeysing
2115 Cynthiana Rd
Georgetown, KY 40324

High 5 Awards
Attn:  Officer/Manager
11272 Stewart Loop
Oxford, FL 34484

HM Electronics
Attn:  Officer/Manager
PO Box 208713
Dallas, TX 75320

Hobart
Attn:  Officer/Manager
PO BOX 2517
CAROL STREAM, IL 60132

Hobart
Attn:  Officer/Manager
2725 Old Wrightsboro Rd, Ste 2E
Wilmington, NC 28405

Hobart Down East Enterprises
Attn:  Officer/Manager
1311 E New Bern Rd
Kinston, NC 28501

HP-Wakeforest GC, LLC
Holly Park Inv.-Attn: Officer/Mgr.
PO Box 19669
Raleigh, NC 27619

HP-WAKEFOREST GC, LLC
Holly Park Inv. c/o Dan Austin
PO BOX 19669
Raleigh, NC 27619

IGS ENERGY
Attn: Officer/Manager
PO BOX 936626
Atlanta, GA 31193-6626

Integrated Cash Logistics Inc.
Attn: Officer/Manager
PO Box 9560
Wilmington, DE 19809

Integrated Cash Logistics, Inc.
Attn: Officer/Manager
P. O. Box 9560
Wilmington, DE 19809-0560

Intelligent tech
Attn: Officer/Manager
20 Oak Branch Dr, Suite D
Greensboro, NC 27407

Internal Revenue Service
Attn: Officer/Manager
P. O. Box 7346
Philadelphia, PA 19101

IRWIN CONSTRUCTION
Attn: Officer/Manager
207 E 10TH ST
KANNAPOLIS, NC 28083

J H HONEYCUTT & SONS
Attn: Officer/Manager
PO BOX 391
CHADBOURN, NC 28431

Jackie Miller
65 Sanders Dr
Hubert, NC 28539

Jacksonville Heating Contractors
Attn: Officer/Manager
227 S Marine Blvd
Jacksonville, NC 28540

JCI/ADT/Tyco
Attn: Officer/Manager
PO BOX 371987
Pittsburgh, PA 15250

Johnson Security
Attn: Officer/Manager
PO Box 371967
Pittsburgh, PA 15250

JONATHON M MONSALVO
Attn: Officer/Manager
136 PEACE HAVEN DR
LEXINGTON, NC 27292

Kanawha Co. Sheriff's Tax Office
Attn: Officer/Manager
409 E Virginia St. Room 120
Charleston, WV 25301

KAPPUS CO
Attn: Officer/Manager
4755 W 150TH ST
CLEVELAND, OH 44135

Keevers Key & Repair SVC
Attn: Officer/Manager
PO BOX 662
Hickory, NC 28603

Kennedy Office Supply Co
Attn: Officer/Manager
PO Box 40847
Raleigh, NC 27629

KENTUCKY AIR FILTER
Attn: Officer/Manager
PO BOX 1105
STANTON, KY 40380

KENTUCKY POWER COMPANY
Attn: Officer/Manager
PO BOX 371496
Pittsburgh, PA 15250-7496

KeyBank Real Estate Capital
Attn: Officer/Manager
11501 Outlook Street, Suite 300
Overland Park, KS 66211

KU-Kentucky Utilities Company
Attn: Officer/Manager
PO BOX 9001954
Louisville, KY 40290-1954

KULLS PLUMBING & SOFTENER
Attn: Officer/Manager
8193 CARROLL NORTHERN RD
CARROLL, OH 43112

Kutak Rock LLP (STORE Capital)
Attn: Nathan P. Humphrey, Esq.
1601 California Street, Suite 3100
Denver, CO 80202

LAMAR COMPANIES
Attn: Officer/Manager
PO BOX 96030
BATON ROUGE, LA 70896

Lancaster Utilities Collection-Offi
Attn: Officer/Manager
PO BOX 1099
Lancaster, OH 43130-0819

LBC2 Trust
Attn: Officer/Manager
PO Box 860713
Minneapolis, MN 55486-0713

LBC2 Trust c/o Willow River LLC
Attn:  Officer/Manager
PO Box 2301
Stillwater, MN 55082


Leaf
Attn:  Officer/Manager
PO BOX 5066
Hartford, CT 06102


LIBERTY SERVICES INC
Attn:  Officer/Manager
1005 S MAIN ST
WEST MILTON, OH 45383


Louis William Sewell, III
521 New Bridge Street
Jacksonville, NC 28540


LWS III LLC
Attn:  Officer/Manager
521 NEW BRIDGE STREET
Jacksonville, NC 28540


M & R CARPET CLEANING
Attn:  Officer/Manager
500 SINCLAIR LAKE RD
NEWTON GROVE, NC 28366


Marilu Mancha
1270 Wintergreen Rd
Cove City, NC 28523


Marlin
Attn:  Officer/Manager
PO BOX 13604
Philadelphia, PA 19101


MARLIN BUSINESS BANK
Attn:  Officer/Manager
PO BOX 13604
PHILADELPHIA, PA 19101


McLane FoodService Distribution Inc
Attn:  Officer/Manager
2641 Meadowbrook Road
ROCKY MOUNT, NC 27802


Meals on Wheels
Attn:  Officer/Manager
104 E Center St
Lexington, NC 27292


Mecklenburg County Tax
Attn:  Officer/Manager
PO BOX 71063
Charlotte, NC 28272


Merchants Food Service
Attn:  Officer/Manager
PO Box 1351
Hattlesburg, MS 39403


MICROSPACE
Attn:  Officer/Manager
PO BOX 60971
Charlotte, NC 28260


MODERN EXTERMINATING
Attn:  Officer/Manager
627 COLLEGE ST
JACKSONVILLE, NC 28540


Monongahela Power
PO BOX 3615
443093615
Akron, OH 44309-3615


Montgomery Co. Treasurer's Office
Attn:  Officer/Manager
755 Roanoke St., Suite 1B
Christiansburg, VA 24073


MOOD MEDIA/MUSAK LLC
Attn:  Officer/Manager
PO Box 71070
Charlotte, NC 28272


MOUNTAINEER GAS
Attn:  Officer/Manager
PO BOX 580211
Charlotte, NC 28258-0211


MTI DIGITAL INC
Attn:  Officer/Manager
407 Lincoln Rd, Suite PHE
MIAMI BEACH, FL 33139


Muskingum County Treasurer
Attn:  Officer/Manager
401 Main Street
Zanesville, OH 43701


Muskingum County Utilities
Attn:  Officer/Manager
375 RICHARD AVE
Zanesville, OH 43701-6605


National Restaurant Designers
Attn:  Officer/Manager
3005 Carrington Mill Blvd., Ste 150
MORRISVILLE, NC 27560


New Market Waste
Attn:  Officer/Manager
PO BOX 603843
Charlotte, NC 28260-3843


New Market Waste Solutions
Attn:  Officer/Manager
PO BOX 603843
Charlotte, NC 28260-3843


Noble Properties Inc.
Attn:  Officer/Manager
4280 Professional Center Dr Ste 10
Palm Beach Gardens, FL 33410


North Carolina Dept. of Commerce
Division of Employment Security
P. O. Box 26504
Raleigh, NC 27611-6504

North Carolina Dept. of Revenue
Office Services Division
P. O. Box 1168
Raleigh, NC 27602-1168

Northeast Bank
Attn: Loan Servicing Dept.
PO Box 171769
Boston, MA 02117

NUCO2
Attn: Officer/Manager
PO BOX 417902
BOSTON, MA 02241-7902

Ohio Department of Taxation
PO Box 2678
Columbus, OH 43216

OLO INC
Attn: Officer/Manager
285 FULTON ST, FL 82
NEW YORK, NY 10007

Onsite Storage
Attn: Officer/Manager
PO BOX 1051
Wildomar, CA 92595

Onslow County Tax Collector
Attn: Officer/Manager
234 NW Corridor Blvd.
Jacksonville, NC 28540

Onslow Fire Extinguisher
Attn: Officer/Manager
349 Center St, STE D
Jacksonville, NC 28546

P.M.B SERVICES
Attn: Officer/Manager
6160 PARNELL RD
WINSTON SALEM, NC 27107

Pacific Premier Bank
Attn: Officer/Manager
PO Box 5085
Paso Robles, CA 93447

PARKERSBURG UTILITY BOARD
Attn: Officer/Manager
PO BOX 1629
Parkersburg, WV 26102-1629

PAVING & RESURFACING INC
Attn: Officer/Manager
40 BLACK TOP RD
CHARLESTON, WV 25312

PIEDMONT NATURAL GAS
Attn: Officer/Manager
PO BOX 1246
Charlotte, NC 28201-1246

Piney Green Electric Co., Inc.
Attn: Officer/Manager
3954 New Bern Highway, 17 North
Jacksonville, NC 28546

PIP PRINTING
Attn: Officer/Manager
329 RIVERVIEW DR
DANVILLE, NC 24541

Pitney Bowes
Attn: Officer/Manager
PO BOX 371887
Pittsburgh, PA 15250-7887

Pitt County Tax Collector
Attn: Officer/Manager
PO BOX 875
Greenville, NC 27835

PLUMBING DOCTOR
Attn: Officer/Manager
411 CENTRAL AVE
ELIZABETHTOWN, KY 42701

PLUMBING HELPER
Attn: Officer/Manager
PO BOX 6514
HUNTINGTON, WV 25772

Postmaster
Attn: Officer/Manager
719 New Bridge St
Jacksonville, NC 28540

PRODUCE SOURCE PARTNERS
Attn: Officer/Manager
13167 TELCOURT RD
ASHLAND, VA 23005

PROFESSIONAL WINDOW CLEAN
Attn: Officer/Manager
PO BOX 562
INEZ, KY 41224

PURCHASE POWER
Attn: Officer/Manager
PO BOX 371874
PITTSBURGH, PA 15250

Randolph County Tax Collector
Attn: Officer/Manager
725 McDowell Road
Asheboro, NC 27205

RANDOLPH EMC
Attn: Officer/Manager
PO BOX 880
Robbins, NC 27325-0880

Reidsville Corral Group LLC
Attn: Officer/Manager
PO BOX 1148
Reidsville, NC 27320

RELIABLE HOME SOLUTIONS
Attn: Officer/Manager
9328 HORIZON RD
GLEN ALLEN, VA 23060

RESTAURANT TECHNOLOGIES
Attn:  Officer/Manager
12962 COLLECTIONS CENTER DR
CHICAGO, IL 60693

Richmond Striping LLC
Attn:  Officer/Manager
11918 Gordon School Rd
Richmond, VA 23236

RJ Thieneman
Attn:  Officer/Manager
12488 La Grange Rd
Louisville, KY 40245

ROANOKE GAS COMPANY
Attn:  Officer/Manager
PO BOX 70848
Charlotte, NC 28272-0848

Rockingham County Tax Collector
Attn:  Officer/Manager
PO BOX 580368
Charlotte, NC 28258

RTI
Attn:  Officer/Manager
12962 Collections Center Drive
Chicago, IL 60693

RUSSELL WATER WORKS
Attn:  Officer/Manager
PO BOX 394
Russell, KY 41169

SBBH Golden Corral, LLC
Attn:  Officer/Manager
101 S Kings Drive, Suite 200
Charlotte, NC 28204

SBBH Golden Corral, LLC
Attn: Scott Bortz
101 S. Kings Drive, Suite 200
Charlotte, NC 28204

Scott & Ross Family Trust
Attn: Elliott Scott/Managing Agent
5252 Balboa Avenue, Suite 1000
San Diego, CA 92117

Security Zone
Attn:  Officer/Manager
3736 Franklin Rd SW
Roanoke, VA 24014

Shell Gas
Attn:  Officer/Manager
PO Box 6293
Carol Stream, IL 60197

SHULER MEATS
Attn:  Officer/Manager
124 SHULER RD
THOMASVILLE, NC 27360

SIGN PROS
Attn:  Officer/Manager
7 OAKWOOD CT
RINEYVILLE, KY 40162

Sleep Inn and Suites at Fort Lee
Attn:  Officer/Manager
2200 Waterside Rd
Prince George, VA 23875

SMITH AND SONS PLUMBING
Attn:  Officer/Manager
1020 LEROY LN
ASHLAND, KY 41102

South Carolina
Department of Revenue
300A Outlet Pointe Blvd
Columbia, SC 29210

South Central Power Co
Attn:  Officer/Manager
PO Box 182058
Columbus, OH 43218

Southern Scripts, LLC
Attn:  Officer/Manager
P. O. Box 2482
Natchitoches, LA 71457

SPECTRUM
Attn:  Officer/Manager
PO BOX 223085
Pittsburgh, PA 15251

SPENCE'S PEST CONTROL
Attn:  Officer/Manager
11600 GROVE PARK COURT
MIDLOTHIAN, VA 23114

SPORTS MEDIA
Attn:  Officer/Manager
3315 E Russell Rd, Ste A4, #180
LAS VEGAS, NV 89120

Standen Appliance Repair
Attn:  Officer/Manager
1811 John Drive
Danville, VA 24540

State Auto Insurance Co.
Attn:  Officer/Manager
PO Box 776721
Chicago, IL 60677

Store Capital Corp. - Keybank REC
Attn:  Officer/Manager
PO Box145404
CINCINNATI, OH 45250

STORE Master Funding III, LLC
Attn: Michael Bennett, Exec. VP
8501 E. Princess Drive, Suite 190
Scottsdale, AZ 85255

Suddenlink
Attn:  Officer/Manager
PO Box 70340
Philadelphia, PA 19176

Sumter County Treasurer
Attn:  Officer/Manager
PO BOX 100140
Columbia, SC 29202

THE ICEE COMPANY
Attn:  Officer/Manager
PO BOX 515723
LOS ANGELES, CA 90051

Town of Wake Forest, NC
Attn:  Officer/Manager
301 S BROOKS ST
Wake Forest, NC 27587

SVCN 4 LLC c/o The RMR Group LLC
Attn:  Officer/Manager
255 Washington St., Suite 300
Newton, MA 02458

The Lions Cleaning Services
Attn:  Officer/Manager
1327 SCHOLAR ST
LOUISVILLE, KY 40213

Treasurer, Chesterfield County
Attn:  Officer/Manager
PO BOX 70
Chesterfield, VA 23832

Synergi Partners Inc.
Attn:  Officer/Manager
P.O. Box 5599
Florence, SC 29502

The Loan Source
Attn:  Officer/Manager
353 E 83rd St.
New York, NY 10028

Treasurer, Chesterfield County
Attn:  Officer/Manager
PO BOX 71143
Charlotte, NC 28272-1143

T&S Mechanical
Attn:  Officer/Manager
4107 Dodds Ridge Dr
Richmond, VA 23236

Thompson and Son Electric
Attn:  Officer/Manager
235 LINCOLN AVE
ELIZABETHTOWN, KY 42701

Unifirst
Attn:  Officer/Manager
2900 Blankenbaker Pkwy, Ste 150
Louisville, KY 40299

TAYLOR FREEZER SALES
Attn:  Officer/Manager
PO BOX 5807
CHESAPEAKE, VA 23324

Toler Properties, LLC
Attn:  Officer/Manager
330 Harper Park Dr., Suite G
Beckley, WV 25801

Unifirst
Attn:  Officer/Manager
715 Miles Point Way
Lexington, KY 40510

The Corral Group of Jacksonville
Attn:  Officer/Manager
PO BOX 1685
Jacksonville, NC 28541

Toler Properties, LLC
Attn:  Ray Toler
330 Harper Park Dr., Suite G
Beckley, WV 25801

Unifirst
Attn:  Officer/Manager
PO BOX 584
Newell, NC 28126

The Corral Group of Lancaster
The Community Bank-Attn:Officer/Mgr
201 North Columbus Street
Lancaster, OH 43130

Tom Marks
3601 Calvary Dr
Greenville, NC 27834

UNIFIRST CORP
Attn:  Officer/Manager
68 JONSPIN RD
WILMINGTON, MA 01887

THE DAILY NEWS
Attn:  Officer/Manager
PO BOX 102475
ATLANTA, GA 30368

TOUCHTONE
Attn:  Officer/Manager
PO BOX 780593
Philadelphia, PA 19178

Universal Atlantic Systems
Attn:  Officer/Manager
45 W. Industrial Boulevard
Paoli, PA 19301

THE ENERGY COOPERATIVE
Attn:  Officer/Manager
PO BOX 182137
Columbus, OH 43218-2137

Town of Christiansburg Tax Dept.
Attn:  Officer/Manager
100 East Main St
Christiansburg, VA 24073

UPS
Attn:  Officer/Manager
PO BOX 809488
Chicago, IL 60680-9488

US FOODS INC
Attn:  Officer/Manager
PO BOX 602292
CHARLOTTE, NC 28260

VRC Companies LLC - Dept. 5874
Attn:  Officer/Manager
PO Box 11407
Birmingham, AL 35246-5874

US Small Business Administration
Attn:  Officer/Manager
2 North St, Suite 320
Birmingham, AL 35203

Wake County Tax Administration
Attn:  Officer/Manager
PO BOX 580084
Charlotte, NC 28258

USAble Life
Attn:  Officer/Manager
PO Box 1650
Little Rock, AR 72203-1650

West Virginia American Water Co.
Attn:  Officer/Manager
PO BOX 371880
Pittsburgh, PA 15250-7800

Van Wagner Sports & Entertainment
Attn:  Officer/Manager
800 Third Ave - 28th Floor
New York, NY 10022

Western Virginia Water Authority
Attn:  Officer/Manager
PO BOX 17381
Baltimore, MD 21297-1381

VANTIV, LLC a/d/a IQ
Attn:  Officer/Manager
8500 Governors Hill Dr.
Cincinnati, OH 45249

Winchester Municipal Utilities
Attn:  Officer/Manager
PO BOX 4177
Winchester, KY 40392

VCS Fire & Security INC
Attn:  Officer/Manager
10343-B Kinga Acre Rd
Ashland, VA 23005

WINDSTREAM
Attn:  Officer/Manager
PO BOX 9001908
Louisville, KY 40290

VERIZON
PO BOX 660108
Dallas, TX 75266

WJCV
Attn:  Officer/Manager
123 A Arnold Rd
Jacksonville, NC 28546

Virginia Tax
Attn:  Officer/Manager
PO Box 1115
Richmond, VA 23218

WOOD COUNTY SHERIFF
ATTN: OFFICER/MANAGER
PO BOX 1985
Parkersburg, WV 26102

Visa
Attn:  Officer/Manager
PO Box 580340
Charlotte, NC 28258

WSR Sumter-c/o West Realty Group
Attn:  Officer/Manager
875 Saint Nicholas Ave., Apt. 1
New York, NY 10032

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## NEW BERN DIVISION

IN RE:

**PLATINUM CORRAL, L.L.C.,**

**CASE NO. 21-00833-5-JNC**
**CHAPTER 11**

Debtor.

### NOTICE OF APPLICATION

TAKE NOTICE that Platinum Corral, L.L.C. ("Debtor") has filed an **Application to Employ Interim Chief Financial Officer** (the "Application") with the Court.  A copy of said Application is included with this Notice.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to order the relief requested, or if you want the Court to consider your views on the Application, then on or before **May 3, 2021**, unless otherwise ordered, you or your attorney must do the following:

1.    **File with the Court a written response explaining your position.  File the response at:**

Clerk, United State Bankruptcy Court          Court's Mailing Address
Century Station Federal Building              P. O. Box 791
300 Fayetteville St., 4th Floor               Raleigh, NC  27602
Raleigh, NC 27601-1799

If you mail your response to the Court for filing, you must mail it early enough so that the Court will **receive** it on or before the date stated above.

2.    **On or before the date stated above for written responses, you must also mail, email or fax a copy of your written response to:**

Kirstin E. Gardner
U.S. Bankruptcy Administrator's Office
434 Fayetteville Street, Suite 640
Raleigh, NC 27601
Email: kirstin_gardner@ncba.uscourts.gov

Gerald A. Jeutter, Jr.
Smith, Anderson, Blount Dorsett, Mitchell & Jernigan, L.L.P.
P.O. Box 2611
Raleigh, NC 27602-2611
Fax: 919-821-6800
Telephone: 919-821-1220
Email: jjeutter@smithlaw.com

Anna B. Osterhout
Smith, Anderson, Blount Dorsett, Mitchell & Jernigan, L.L.P.
P.O. Box 2611
Raleigh, NC 27602-2611
Fax: 919-821-6800
Telephone: 919-821-1220
Email: aosterhout@smithlaw.com

If a response and a request for hearing is filed in writing on or before the date set above, a hearing will be conducted on the Application at a date, time and place to be later set and all parties will be notified accordingly.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Application and may enter an order granting that relief.

Dated: April 14, 2021

SMITH, ANDERSON, BLOUNT, DORSETT,
MITCHELL & JERNIGAN, L.L.P.

By: /s/ Gerald A. Jeutter, Jr.
    Gerald A. Jeutter, Jr.
    NC State Bar No. 17724
    Anna B. Osterhout
    NC State Bar No. 19841
    Post Office Box 2611
    Raleigh, North Carolina 27602-2611
    Telephone: (919) 821-1220
    Facsimile: (919) 821-6800
    Email: jjeutter@smithlaw.com
    Email: aosterhout@smithlaw.com
    ATTORNEYS FOR DEBTOR