UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
NEW BERN DIVISION

IN RE:

PLATINUM CORRAL, L.L.C.,                    CASE NO. 21-00833-5-JNC
                                            CHAPTER 11
                           Debtor.

APPLICATION TO EMPLOY FINANCIAL, REAL ESTATE
AND RESTRUCTURING ADVISOR

NOW COMES Platinum Corral, L.L.C. (the "Debtor"), and submits this Application to Employ Financial, Real Estate and Restructuring Advisor (the "Application") pursuant to §§ 327 and 328 of the Bankruptcy Code and Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure and requests an Order authorizing Debtor to employ the firm of Capital Insight, LLC as the Debtor's financial advisor, *nunc pro tunc* to the Petition Date (as defined below).

In support of this Application, Debtor refers to and relies upon the Affidavit of Brett L. Bishov (the "Affidavit"), attached hereto as Exhibit A, and respectfully represents as follows:

1.      On April 9, 2021 (the "Petition Date") the Debtor filed a voluntary petition seeking relief under Chapter 11 of the Bankruptcy Code and continues in possession of its assets as debtor-in-possession.

2.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334, and this matter is a core proceeding under 28 U.S.C. §157(b)(2). Venue is proper pursuant to 28 U.S.C. §§1408 and 1409.

3.      The Debtor seeks approval by this Court of the employment of Capital Insight, LLC ("Capital Insight") to serve as the Debtor's financial, real estate and restructuring advisor ("Financial Advisor") to assist the Debtor in connection with various lease negotiations and

financial analyses regarding Debtor's pre-COVID and post-COVID operations, including, but not limited to the following:

     a.    Negotiations with landlords regarding leases for closed restaurant locations (the "Closed Locations") and leases related to the Debtor's continued operations at its open restaurant locations (the "Open Locations");

     b.    Negotiations with Golden Corral Franchising Systems, Inc. (and related Golden Corral entities) (collectively, "Golden Corral") regarding liabilities and obligations related to Franchise Agreements related to both Closed Locations and Open Locations;

     c.    Analysis of cash flow issues related to the Debtor's historical operations and its post-petition operations;

     d.    Input and analysis regarding Debtor's post-petition operations with regard to a plan of reorganization ("Plan");

     e.    Input and analysis regarding any potential transaction or series of transactions (any such transaction, a "Transaction") to effect, or that may involve, a sale or transfer of the assets of the Debtor to a buyer.

    4.    The professional services Capital Insight would offer are specifically set forth in the engagement agreement dated January 28, 2021 (the "Engagement Agreement"), a copy of which is attached to the Affidavit submitted with this Application, which include, but are not limited to, the following:

     a.    Work with data provided by the Debtor to prepare monthly and periodic reporting, including, but not limited to the following:

         (i)    Cash collateral budget;
         (ii)   Company specific financial analysis;
         (iii)  Forecasted receipts and disbursements;
         (iv)  Historical receipts and disbursements;

        (v)        Supporting schedules;

        (vi)      Location specific financial performance, analysis and budgeted pro forma;

        (vii)     Lease abstract and status;

        (viii)    Company and brand trend analysis;

        (ix)      Industry-relevant macro and micro information pertaining to the Debtor;

        (x)       Other reasonable requests as may be needed from time to time in this Chapter 11 proceeding.

        b.        Provide expert testimony as may be requested by Debtor's counsel;

        c.        Assist the Debtor and its counsel with the development of a Plan;

        d.        Provide such other services as may be requested by the Debtor and its counsel.

5.       Capital Insight represents no other entity in connection with this case, represents or holds no interest adverse to the interest of the estate with respect to the matters on which it is to be employed, and is disinterested as that term is defined in 11 U.S.C. § 101. Capital Insight has filed herewith an Affidavit pursuant to Bankruptcy Rules 2014 and 2016, disclosing the information relevant to this Application.

6.       Capital Insight has agreed to represent the Debtor for compensation and reimbursement of expenses as set forth in the Engagement Agreement, subject to approval by the Court after notice and hearing, and summarized as follows:

        a.       <u>Monthly Fee</u>. Debtor shall pay Capital Insight a non-refundable monthly advisory fee of $20,000 (the "<u>Retainer Fee</u>"), which Retainer Fee shall be paid upon the execution of the Engagement Agreement and upon every monthly anniversary of the Engagement Agreement.

        b.       <u>Expenses</u>. Debtor will reimburse Capital Insight for its reasonable out-of-pocket expenses (including, but not limited to, reasonable travel, lodging, legal fees and disbursements) in connection with its services under the Engagement Agreement within ten (10) business days of Debtor's receipt of invoices from Capital Insight for such expenses as have been expressly approved in advance by the Debtor in writing.

7.    The Debtor believes that the services to be provided by Capital Insight can and will provide specific benefits to the Debtor and its services will enhance the administration of this case. The Debtor believes that such services will be in the best interest of all parties involved in this proceeding.

WHEREFORE, Debtor respectfully requests that the Court enter an order authorizing the Debtor to employ and retain Capital Insight to provide services to the Debtor as set forth above and in the Engagement Agreement, effective *nunc pro tunc* to the date of filing.

Date: April 14, 2021

SMITH, ANDERSON, BLOUNT, DORSETT,
MITCHELL & JERNIGAN, L.L.P.

By:  /s/ Gerald A. Jeutter, Jr.
    Gerald A. Jeutter, Jr.
    NC State Bar No. 17724
    Anna B. Osterhout
    NC State Bar No. 19841
    Post Office Box 2611
    Raleigh, North Carolina 27602-2611
    Telephone: (919) 821-1220
    Facsimile: (919) 821-6800
    Email: jjeutter@smithlaw.com
    Email: aosterhout@smithlaw.com
    ATTORNEYS FOR DEBTOR

**EXHIBIT A**

**AFFIDAVIT**

I, Brett L. Bishov, do solemnly depose and declare as follows:

1.      I am a the Managing Partner of Capital Insight, LLC ("Capital Insight") and am authorized to execute this affidavit on behalf of Capital Insight.

2.      I, along with other members of Capital Insight, have been retained to serve, subject to approval by this Court, as the Debtor's financial, real estate and restructuring advisor ("Financial Advisor") to assist the Debtor in connection with its Chapter 11 proceeding in accordance with the terms and conditions of the engagement agreement dated January 28, 2021 (the "Engagement Agreement") attached hereto and incorporated herein by reference.

3.      Neither I nor any member of the firm (i) is a creditor, an equity security holder or an insider of the debtor, (ii) is or was within the preceding two years a director, officer or employee of the debtor, or (iii) has an interest materially adverse to the interest of the bankruptcy estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason. Both Capital Insight and I are disinterested persons as defined in 11 U.S.C. § 101.

4.      Capital Insight has agreed to serve as Financial Advisor to the Debtor in this Chapter 11 proceeding based upon a non-refundable monthly advisory fee of $20,0000 (the "Retainer Fee"). In addition, Capital Insight has agreed to serve as Financial Advisor to the Debtor with the understanding that the Debtor shall reimburse Capital Insight for its reasonable out-of-pocket expenses (including, but not limited to, reasonable travel, lodging, legal fees and disbursements) in connection with its services under the Engagement Agreement within ten (10) business days of its receipt of invoices from Capital Insight for such expenses as have been expressly approved in advance in writing

by the Debtor upon the terms and as set forth in the Engagement Agreement pursuant to §§ 327 and 328 of the Bankruptcy Code.

5.     Except as otherwise provided herein, no compensation has been received by Capital Insight from the Debtor in connection with this matter or from any other person on said account. There are no further undertakings by the Debtor or any other persons or entities to pay the post-petition fees or expenses of the Debtor. No understanding or agreement exists for a division of fees or compensation with any other person or entity, except for the sharing of compensation with members of Capital Insight.

6.     Capital Insight has served as an advisor to the Debtor since approximately November, 2011.

7.     As an advisor to the Debtor, Capital Insight has provided services to the Debtor which include, but are not limited to, the following:

   a.     Negotiate leases with various landlords and on behalf of the Debtor;

   b.     Address issues regarding various leases and landlord relationships on behalf of the Debtor;

   c.     Advise and consult with the Debtor regarding its business operations and decisions regarding expansion into various markets;

   d.     Advise and assist the Debtor with franchise agreements related to various restaurant locations;

   e.     Provide guidance and expertise to the Debtor regarding its profitability, cash flow projections, and ongoing business operations;

   f.     Assist the Debtor in navigating its business operations during the COVID-19 pandemic including the retention of various leases and closing of non-profitable restaurant locations;

6

   g.  Assist the Debtor with corporate finance activities including structuring, negotiating and executing senior financing and sale leaseback financing; and

   h.  Negotiations and communications with certain of the Debtor's secured lenders.

  7.  During its tenure as an advisor to the Debtor, Capital Insight received compensation from the Debtor in the form of non-refundable monthly retainers which amounts varied depending upon the nature and complexity of any given project.

  8.  Debtor has paid Capital Insight the Retainer Fee on each monthly anniversary of the Engagement Agreement as provided in the Engagement Agreement.

  9.  I will promptly file a supplemental affidavit pursuant to Federal Rule of Bankruptcy Procedure 2014(a) if any additional, material, relevant facts or relationships are discovered or arise after execution of this affidavit.

  I declare under penalty of perjury that the foregoing is true and correct.

Date: _April 5_, 2021

_[signature]_

Brett L. Bishov

**STATE OF CALIFORNIA**
**COUNTY OF _____**

**Sworn and subscribed**
**before me on _____, 2021.**

_See Attached_
_CA Notary Document_

_____
**Notary Public**

**My Commission expires: _____**

7

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**          GOVERNMENT CODE § 8202

☐ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

_____
Signature of Document Signer No. 1

_____
Signature of Document Signer No. 2 (if any)

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____San Diego_____

Subscribed and sworn to (or affirmed) before me

on this __5__ day of __April__, 20_21_
           Date          Month          Year

by
(1) __Brett L. Bishop__

(and (2)_____ ),
                    Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me

Signature _____
                    Signature of Notary Public

KARIN LYON GRAFF
Comm. # 2297117
Notary Public · California
San Diego County
Comm Expires Aug. 11, 2023

Seal
Place Notary Seal Above

──────── OPTIONAL ────────
Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

Description of Attached Document
Title or Type of Document: _____  Document Date: _____
Number of Pages: _____ Signer(s) Other Than Named Above: _____

©2014 National Notary Association · www.NationalNotary.org · 1-800-US NOTARY (1-800-876-6827)   Item #5910



**CAPITAL INSIGHT**
AMAZING POSSIBILITIES | AMAZING RESULTS

January 28, 2021

Mr. Billy Sewell
President and Chief Executive Officer
Platinum Corral, LLC
521 New Bridge Street
Jacksonville, NC 28540

This letter and scope of services, set forth in Exhibit attached hereto and incorporated herein (collectively the "Agreement"), is to confirm the engagement (the "Engagement") of Capital Insight, LLC, a Delaware limited liability company ("CI"), to act as a financial, real estate and restructuring advisor to Platinum Corral, LLC and any of its applicable subsidiaries and affiliates (the "Company") with respect to the Company as debtor and debtor-in-possession in the Chapter 11 case that will be presented before the United States Bankruptcy Court (the "Bankruptcy Court").

This Agreement and the Engagement is conditioned on the entry of a final, non-appealable order of the Bankruptcy Court in the Bankruptcy Case, after appropriate application under Bankruptcy Rule 2014, authorizing the Engagement under Bankruptcy Code § 327(a) and authorizing the nature and extent of CI's compensation in connection with the Engagement under Bankruptcy Code § 328. The Company acknowledges and agrees that no element of CI's compensation in connection with the Engagement as set forth in this Agreement will be subject to approval by the Bankruptcy Court under the "reasonableness" standard of Bankruptcy Code § 330, but rather will be subject to approval only under the "improvident" standard of Bankruptcy Code § 328.

The term of CI's appointment and authorization hereunder shall extend from the date hereof through May 31, 2021 or until terminated as set forth below. Upon the end of the initial Engagement term, the Agreement will extend on a month-by-month basis unless terminated by Company or CI at any time by giving the other party at least thirty (30) days prior written notice.

    1.  In connection with the Engagement, under the Company and their counsel direction, the scope of services will include the following:
        a)  Work with the data provided by the Company to prepare Debtor In Possession monthly and periodic reporting including, but may not be limited to;
            i.    Cash collateral budget
            ii.   Provide Company specific financial analysis;
            iii.  Forecasted receipts and disbursements
            iv.  Historical receipts and disbursements
            v.   Supporting schedules



Platinum Corral
Confidential

    VI.    Location-specific financial performance, analysis and budgeted proforma

    VII.   Lease abstract and status

    VIII.  Company and brand trend analysis

    IX.    Industry-relevant macro and micro information pertaining to the Company

    X.    Other reasonable requests to comply with the Bankruptcy Court;

b) As may be requested by Company counsel, provide professional designated expert testimony under the guidance of attorney work product privilege and protections as an advisor to the Company;

d) Assist the Company and its counsel in the development of the Company's Plan of Reorganization

e) Other services as may be requested by the Company and its counsel, which may require mutual agreement of additional compensation, subject to Bankruptcy Court approval.

2.  As compensation for its services rendered pursuant to this Agreement, the Company shall pay CI a non-refundable monthly advisory fee of $20,000 (the "Retainer Fee"), which Retainer Fee shall be payable upon the execution of this Agreement and upon every monthly anniversary of this Agreement.

3.  The Company shall reimburse CI for its reasonable out-of-pocket expenses (including, but not limited to, reasonable travel, lodging, legal fees and disbursements) in connection with its services hereunder within ten (10) business days of the receipt of invoices from CI for such expenses as have been expressly approved in advance in writing by the Company.

4.  The Company agrees to provide CI with such financial and other available information ("Company Information") as is reasonably required for CI to render the services performed or to be performed hereunder. All Company Information that is provided to CI will be used solely in the performance of CI's services hereunder, will be maintained in confidence and not disclosed to third parties without the Company's and its counsel's consent. The Company agrees that the information furnished to CI pursuant to this Agreement shall be materially accurate at the time provided. In providing its services hereunder, CI will not assume any responsibility to independently verify the accuracy or completeness of information furnished by or on behalf of the Company. In addition, CI shall be entitled to assume, and shall not be obligated to attempt independently to verify, or undertake any obligation to verify, that forecasts and projections supplied to it by the Company represent the best current judgment of the Company, and shall be entitled to assume that such forecasts and projections have been reasonably prepared based on such current judgment. CI shall assume no responsibility for and shall express no view as to such forecasts and projections or the assumptions on which they are based. CI shall not disclose any Company Information any to any third party without the prior express written permission of the Company. This paragraph, (other than the first sentence thereof) 2, 3, 4, 5, 6, 7, 8 and 9  shall survive any termination of this Agreement.



Platinum Corral
Confidential

5.  In the event CI is requested or authorized by the Company or its counsel, or are required by government regulation, subpoena, or other legal process to produce CI generated information or CI personnel requested as witnesses with respect and pursuant to this Engagement the Company will reimburse CI for any additional professional time, expenses and legal costs incurred in responding to such requests.

6.  In the event CI or its representatives receives a request or is legally compelled to disclose any information ("Information Request") created by or in CI's possession pursuant to this Engagement, CI will promptly notify the Company of the request in order for the Company to seek protective order, and/or waive the confidential provisions set forth in Section 6 herein, release CI from any privilege and/or work product protection(s) which may exist. Should CI provide the Information Request the Company will use best efforts to obtain an order or assurances to CI that confidential treatment will be accorded to the information so disclosed.

7.  The Company expressly acknowledges that CI has been retained as an advisor solely to the Company, and not as an advisor to or agent of any other person. In such capacity, CI shall act as an independent contractor, and the Company's Engagement of CI is not intended to confer rights upon any persons not a party hereto (including equity holders, employees or creditors of the Company) as against CI or any subsidiary, affiliate, partner, director, officer, member, stockholder, employee, agent, representative or controlling person of CI. All opinions, advice and information ("Confidential Information") provided to the Company in connection with this engagement are confidential and intended solely for the benefit and use of the Company in connection with the matters described in this Agreement, and accordingly such Confidential Information shall not be relied upon by any person or entity other than the Company. The Company will not make any other use of any such Confidential Information and will maintain the confidentiality of the Confidential Information, and will, among other things, prevent the disclosure of the Confidential Information to any third parties or to any officers, directors, employees, agents or representatives of the Company, except those who need to know for purposes of evaluating a potential Transaction and who are advised of the confidentiality and limited use restrictions with respect thereto. In addition, and without limiting the foregoing, none of (i) the name of CI or any of its affiliates, (ii) any Confidential Information retained or provided by CI to the Company, or (iii) any communication from CI pursuant to this Agreement will be quoted or referred to in any report, document, release or other communication prepared, issued or transmitted by the Company, or any person controlled by the Company, without CI's prior written consent.

8.  The invalidity or unenforceability of any provision of this Agreement shall not affect the validity or enforceability of any other provisions of this Agreement, which shall remain in full force and effect.



Platinum Corral
Confidential

9.   This Agreement may not be amended or modified except in writing, signed by each of the parties hereto and shall be governed by and construed in accordance with the laws of the State of North Carolina.  Each of the parties hereto expressly waives all right to trial by jury in any action or proceeding arising out of this Agreement.   This Agreement incorporates the entire understanding of the parties with respect to the subject matter hereof and supersedes all previous agreements should they exist with respect thereto and shall be binding upon and inure to the benefit of the Company, CI, and the other Indemnified Persons and their respective successors, assigns, heirs and personal representatives.

If the forgoing correctly sets forth the understanding and agreement between CI and the Company please so indicate in the space provided below, whereupon this letter shall constitute a binding Agreement as of the date first above written.

Very truly yours,

CAPITAL INSIGHT, LLC

By:

Brett L. Bishov
Managing Partner

CONFIRMED AND AGREED

PLATINUM CORRAL, LLC

By:

Mr. Billy Sewell
President and Chief Executive Officer

## CERTIFICATE OF SERVICE

I, Anna B. Osterhout, of the law firm of Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, L.L.P., certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age:

That on April 14, 2021, I electronically filed the foregoing **Application to Employ Financial, Real Estate and Restructuring Advisor** with the Clerk of the Court, and I further certify that I have served the document to the non CM/ECF participants as set out below by first class mail.

I certify under penalty of perjury that the foregoing is true and correct.

DATED: April 14, 2021

<div style="margin-left:40%">

SMITH, ANDERSON, BLOUNT, DORSETT,
MITCHELL & JERNIGAN, L.L.P.

By: /s/ Anna B. Osterhout
Anna B. Osterhout
NC State Bar No. 19841
Post Office Box 2611
Raleigh, North Carolina 27602-2611
Telephone: (919) 821-1220
Facsimile: (919) 821-6800
Email: aosterhout@smithlaw.com
ATTORNEYS FOR DEBTOR

</div>

**RECIPIENTS:  See below and attached service list.**

| | |
|---|---|
| Kirstin E. Gardner<br>U. S. Bankruptcy Administrator<br>434 Fayetteville Street, Suite 640<br>Raleigh, NC 27601 | Platinum Corral, L.L.C., Debtor<br>521 New Bridge St.<br>Jacksonville, NC  28540-5430 |
| Jill C. Walters, Esq.<br>Counsel for Pacific Premier Bank<br>Womble Bond Dickinson (US) LLP<br>555 Fayetteville Street, Suite 1100<br>Raleigh, NC  27601 | Alan Feld, Esq.<br>Ted Cohen, Esq.<br>Counsel for Pacific Premier Bank<br>Sheppard Mullin<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA  90071 |

Jonathan Edwards, Esq.
Christopher K. Coleman, Esq.
Counsel for McLane FoodService
    Distribution Inc.
Alston & Bird
One Atlantic Center
1201 W. Peachtree St., Suite 4900
Atlanta, GA 30309

John A. Northen, Esq.
Counsel for Golden Corral
Northen Blue
1414 Raleigh Rd #435
Chapel Hill, NC 27517

US Small Business Administration
Attn: Officer/Manager
2 20th St. N, Suite 325
Birmingham, AL 35203

Pamela W. McAfee, Esq.
Charles N. Anderson, Jr., Esq.
Counsel for LBC2 Trust
Ellis & Winters LLP
Post Office Box 33550
Raleigh, NC 27636

Caren D. Enloe, Esq.
Landon G. Van Winkle, Esq.
Counsel for STORE Master Funding III, LLC
Smith Debnam Narron Drake
    Saintsing & Myers, LLP
P.O. Box 176010
Raleigh, NC 27619-6010

Craig Solomon Ganz, Esq.
Counsel for STORE Master Funding III, LLC
Ballard Spahr LLP
1 E. Washington Street, Suite 2300
Phoenix, Arizona 85004

1053 Lenoir Rhyne Boulevard LLC
Mr. and Mrs. Russell Wachtier
740 Saint Nicholas Ave., Room 2
New York, NY 10031

A & S Fire Protection Services
Attn: Officer/Manager
1216 Wheeler St
FLATWOODS, KY 41139

A & W Total Landscaping, LLC
ATTN: OFFICER/MANAGER
4601 HINSHAW TOWN RD
RAMSEUR, NC 27316

ACS Benefit Services, LLC
Attn: Officer/Manager
5660 University Parkway, 5th Floor
Winston Salem, NC 27105

ADT Commercial LLC
Attn: Officer/Manager
PO Box 219044
Kansas City, MO 64121

Advanced Office Solutions
Attn: Officer/Manager
PO BOX 815
Swansboro, NC 28584

AEP Energy
Attn: Officer/Manager
PO Box 6329
Carol Stream, IL 60197-6329

Alamance County Tax Collector
Attn: Officer/Manager
124 W. Elm Street
Graham, NC 27253

ALL BRITE LIGHTING LLC
ATTN: OFFICER/MANAGER
PO BOX 352
EAGLE SPRINGS, NC 27242

Allied Security of Jacksonville
Attn: Officer/Manager
PO BOX 754
JACKSONVILLE, NC 28541

Ally Financial
Payment Processing Center
P. O. Box 9001948
Louisville, KY 40290

American Electric Power/24002
Attn: Officer/Manager
PO BOX 371496
Pittsburgh, PA 15250-7496

American Express
Attn: Officer/Manager
PO Box 1270
Newark, NJ 07101

APPALACHIAN POWER
PO BOX 371496
Pittsburgh, PA 15250-7496

ARC Cafeusa001 LLC Zanesville OH
DEPT 880044 (ID 082070)
PO Box 29650 - Attn: Officer/Mgr.
Phoenix, AZ 85038

ARC CAFEUSA001, LLC
DEPT. 880044 (ID: 082070)
PO BOX 29650 - Attn: Officer/Mgr.
Phoenix, AZ 85038

ARC3 GASES
ATTN: OFFICER/MANAGER
PO BOX 26269
RICHMOND, VA 23260

ARTHURS REFRIGERATION
ATTN: OFFICER/MANAGER
PO BOX 272
IRONTON, OH 45638

AT&T
Attn: Officer/Manager
PO BOX 105251
Atlanta, GA 30348

Atkinson Milling Co Inc.
Attn: Officer/Manager
95 Atkinson Mill Rd
Selma, NC 27576

Atlantic Consolidated Service Inc.
Attn: Officer/Manager
PO BOX 4777
GREENSBORO, NC 27404

BB&T
Attn: Officer/Manager
PO Box 580340
Charlotte, NC 28258

BEDFORD WINDOW CLEANING
Attn: Officer/Manager
308 JANE RANDOLPH ST
FOREST, VA 24551

BENNETT UNIFORM
Attn: Officer/Manager
4377 FEDERAL DR
GREENSBORO, NC 27410

Black River Electric Cooperative S
Attn: Officer/Manager
PO BOX 130
Sumter, SC 29151-0130

Boon Administrative Services
Attn: Officer/Manager
PO Box 671227
Dallas, TX 75267

BRIANS LOCK & KEY
Attn: Officer/Manager
PO BOX 340 (1803 S MAIN ST)
BLACKSBURG, VA 24063

BRINKS INC.
Attn:  Officer/Manager
7373 SOLUTIONS CENTER
CHICAGO, IL 60677

C.H.E.S.S. SECURITY
Attn:  Officer/Manager
3617 OLDE FALLS RD
ZANESVILLE, OH 43701

Cabarrus Co. Tax Collector
Attn:  Officer/Manager
PO BOX 580347
Charlotte, NC 28258

Cabell County Tax Collector
Attn:  Officer/Manager
PO Box 2114
Huntington, WV 25721

Capital Insight, LLC
Attn:  Officer/Manager
109 N Acacia Ave
Solana Beach, CA 92075

Carolina Carbonic
Attn:  Officer/Manager
1712 HOLBROOK ST
GREENSBORO, NC 27403

Catawba County Tax Collector
Attn:  Officer/Manager
PO BOX 580071
Charlotte, NC 28258

Charles Stafford
908 Limberlost Lane
Lewisville, NC 27023

Charles W. Burrows
854 East Dixie Dr.
Asheboro, NC 27203

Chillicothe Bowling Lanes Inc.
Attn:  Officer/Manager
1680 N Bridge St
Chillicothe, OH 45601

Chillicothe Utilities Dept. OH
Attn:  Officer/Manager
PO BOX 630
Sumter, SC 29151-0130

CHOWLY
Attn:  Officer/Manager
225 W Wacker Dr., Ste 550
Chicago, IL 60606

Cintas
Attn:  Officer/Manager
PO BOX 630803
Cincinnati, OH 45263

Cintas Corp #143
Attn:  Officer/Manager
12524 Kingston Ave
Chester, VA 23836

CITY OF ASHEBORO, NC
Attn:  Officer/Manager
PO BOX 2628
Asheboro, NC 27204-2628

City of Burlington
Attn:  Officer/Manager
PO BOX 1358
Burlington, NC 27216-1358

City of Charlotte, NC
Attn:  Officer/Manager
PO BOX 1316
Charlotte, NC 28201-1316

City of Colonial Heights, VA
Attn:  Officer/Manager
PO BOX 3401
Colonial Heights, VA 23834-9001

City of Concord Tax Collector
Attn:  Officer/Manager
PO BOX 580473
Charlotte, NC 28258

City of Concord, NC
Attn:  Officer/Manager
PO BOX 580469
Charlotte, NC 28258-0469

City of Danville, VA
Attn:  Officer/Manager
PO BOX 3308
Danville, VA 24543

City of Hickory, NC
Attn:  Officer/Manager
PO BOX 580069
Charlotte, NC 28258-0069

City of Jacksonville, NC
Attn:  Officer/Manager
PO BOX 128
Jacksonville, NC 28541-0128

City of Lexington, NC
Attn:  Officer/Manager
28 WEST CENTER STREET
Lexington, NC 27292

City of Lynchburg Alarm
Attn:  Officer/Manager
PO Box 603
Lynchburg, VA 24505

City of Lynchburg, VA
Attn:  Officer/Manager
PO BOX 9000
Lynchburg, VA 24505

City of Parkersburg
Attn:  Officer/Manager
PO Box 1627
Parkersburg, WV 26102

City of Richmond, VA
Attn:  Officer/Manager
PO BOX 71210
Charlotte, NC 28272-1210

Colonial Heights Chamber of Commerc
Attn:  Officer/Manager
201 Temple Ave
Colonial Heights, VA 23834

Country Inn & Suites
Attn:  Officer/Manager
580 Dicken Place
Concord, NC 28025

City of Roanoke
Attn:  Officer/Manager
PO BOX 1451
Roanoke, VA 24007

Columbia Gas of Kentucky
Attn:  Officer/Manager
PO BOX 4660
Carol Stream, IL 60197-4660

County of Henrico
Attn:  Officer/Manager
PO BOX 3369
Henrico, VA 23228

City of Russell KY
Attn:  Officer/Manager
PO BOX 394
Russell, KY 41169

Columbia Gas of Kentucky
Attn:  Officer/Manager
PO. BOX 4629
Carol Stream, IL 60197-4629

County of Henrico, VA
Attn:  Officer/Manager
PO BOX 90799
Henrico, VA 23228-0799

City of Sumter, SC
Attn:  Officer/Manager
PO BOX 310
Sumter, SC 29151-0310

Columbia Gas of Virginia
Attn:  Officer/Manager
PO BOX 70319
Philadelphia, PA 19176-0319

COZZINI BROS
Attn:  Officer/Manager
350 HOWARD AVE
DES PLAINES, IL 60018

City of Winchester
Attn:  Officer/Manager
PO Box 4135
Winchester, KY 40392

Comfort Inn - Roanoke
Attn:  Officer/Manager
5070 Valley View Blvd North
Roanoke, VA 24012

Crawford Sprinkler Company
Attn:  Officer/Manager
PO Box 1430
Hickory, NC 28603

Clark County Sheriff's Dept.
Attn:  Officer/Manager
17 Cleveland Ave #1
Winchester, KY 40391

Commercial Roofing Systems
Attn:  Officer/Manager
1050 W Corbett Ave
Swansboro, NC 28584

CROOK BROTHERS
Attn:  Officer/Manager
250 GREY FLATS RD
BECKLEY, WV 25801

CMH PLUMBING
Attn:  Officer/Manager
505 SONOMA RD
JACKSONVILLE, NC 28546

Commonwealth of Kentucky
Department of Revenue
PO Box 181, STA 57
Frankfort, KY 40602

Culligan Water
Attn:  Officer/Manager
418 Crossfield Dr.
Versailles, KY 40383

Coastal Bank & Trust
Attn:  Officer/Manager
2414 N Marine Blvd.
Jacksonville, NC 28546

Corey Brothers
Attn:  Officer/Manager
PO Box 166
Charleston, WV 25321

Culligan Water Conditioning
Attn:  Officer/Manager
2703 Airport Road
Tucson, AZ 85713

Coastal Equipment Co
Attn:  Officer/Manager
130 COASTAL LN
JACKSONVILLE, NC 28546

Corral Group of Asheboro
Attn:  Officer/Manager
PO BOX 1616
Morehead City, NC 28557

DADE PAPER & BAG
Attn:  Officer/Manager
440 Interstate West Pkwy, Ste 200
LITHIA SPRINGS, GA 30122

Date Label
Attn:  Officer/Manager
PO Box 684
Indianapolis, IN 46206

Dominion VA/NC Power
Attn:  Officer/Manager
PO BOX 26543
Richmond, VA 23290-0001

Engie/Ecova
Attn:  Officer/Manager
1313 N Atlantic St., Suite 500
Spokane, WA 99201

Daughtry Woodard Lawrence
Attn:  Officer/Manager
PO DRAWER 1960
SMITHFIELD, NC 27577

DOUBLE K LAWN CARE
Attn:  Officer/Manager
122 GEORGE LN
JACKSONVILLE, NC 28540

ENVIRO-Master Sani Services
Attn:  Officer/Manager
PO BOX 12350
CHARLOTTE, NC 28220

Davidson County Tax Collector
Attn:  Officer/Manager
PO BOX 1577
Lexington, NC 27293

Douglas Ray Higdon
391 Foxwood Dr.
Richmond, KY 40475

EXPRESS PRINTING
Attn:  Officer/Manager
117 N. MARINE BLVD.
JACKONVILLE, NC 28540

DAVIDSON WATER, INC.
Attn:  Officer/Manager
PO BOX 969
Welcome, NC 27374-0969

Duke Energy
Attn:  Officer/Manager
PO Box 1003
Charlotte, NC 28201

F.S.I. Mid State Division Inc.
Attn:  Officer/Manager
121 Middle Collison Rd
Mount Lookout, WV 26678

Diane Sears
3045 Ordway Dr NW
Apt 1
Roanoke, VA 24017

East Coast Tees & Promotional Goods
Attn:  Officer/Manager
614 1ST AVE SOUTH
NITRO, WV 25143

Fairfield County Treasurer
Attn:  Officer/Manager
210 E. Main St., Room 206
Lancaster, OH 43130

Dogwood State Bank FKA Sound Bank
Attn:  Officer/Manager
5401 Six Forks Rd, Suite 100
Raleigh, NC 27609

ECOLAB Food Safety Specialties
Attn:  Officer/Manager
24198 Network Place
Chicago, IL 60673

FESS FIRE PROTECTION
Attn:  Officer/Manager
PO BOX 1307
MORRISVILLE, NC 27560

Dominion Energy North Carolina
Attn:  Officer/Manager
PO BOX 100256
Columbia, SC 29202-3256

Ecolab Inc.
Attn:  Officer/Manager
PO BOX 32027
NEW YORK, NY 10087

FISH WINDOW CLEANING
Attn:  Officer/Manager
PO BOX 71312
HENRICO, VA 23229

Dominion Energy South Carolina
Attn:  Officer/Manager
PO BOX 100255
Columbia, SC 29202-3255

ECOLAB PEST
Attn:  Officer/Manager
26252 NETWORK PLACE
CHICAGO, IL 60673

FLOORED
Attn:  Officer/Manager
385 RADFORD ST
CHRISTIANSBURG, VA 24073

Dominion Energy West Virginia
Attn:  Officer/Manager
PO BOX 26783
Richmond, VA 23261-6783

Elizabethtown Utilities, KY
Attn:  Officer/Manager
PO BOX 550
Elizabethtown, KY 42701

Foster's Refrigeration
Attn:  Officer/Manager
315 W 22ND ST
RICHMOND, VA 23225

FRANKLIN MACHINE PRODUCTS
Attn:  Officer/Manager
101 MT HOLLY BYPASS
LUMBERTON, NJ 08048

Golden Corral Corporation
Attn:  Officer/Manager
P. O. Box 29502
Raleigh, NC 27626

HABITEC SECURITY
Attn:  Officer/Manager
PO BOX 352497
TOLEDO, OH 43635

Frontier Communications
Attn:  Officer/Manager
PO BOX 740407
Cincinnati, OH 45274

Golden Corral Franchising Systems
Attn:  Officer/Manager
PO Box 29502
Raleigh, NC 27626

Hardin County Sheriff
Attn:  Officer/Manager
150 N. Provident Way, Ste 101
Elizabethtown, KY 42701

FSI MECHANICAL INC
Attn:  Officer/Manager
5485 RAYNOR RD
GARNER, NC 27529

Golden Rule/Kentucky Legionnaire
Attn:  Officer/Manager
1303 US HWY 127 S, Ste 402-374
FRANKFORT, KY 40601

Hardin County Water District #2
Attn:  Officer/Manager
PO BOX 645854
Pittsburgh, PA 15264-5256

FTC
Attn:  Officer/Manager
PO BOX 743076
Atlanta, GA 30374

Granite Telecommunications
Attn:  Officer/Manager
PO Box 983119 (Client ID #311)
Boston, MA 02298

Herbert & Debra Zeysing
2115 Cynthiana Rd
Georgetown, KY 40324

FUSION
Attn:  Officer/Manager
PO BOX 51341
Los Angeles, CA 90051

GreasePro/Fleetwash Inc
Attn:  Officer/Manager
PO BOX 36014
NEWARK, NJ 07188

High 5 Awards
Attn:  Officer/Manager
11272 Stewart Loop
Oxford, FL 34484

FUZE INC
Attn:  Officer/Manager
PO BOX 347284
Pittsburgh, PA 15251

Great-West Trust Company, LLC
Attn:  Officer/Manager
8505 E Orchard Rd
Greenwood Village, CO 80111

HM Electronics
Attn:  Officer/Manager
PO Box 208713
Dallas, TX 75320

Gallia County Treasurer
Attn:  Officer/Manager
18 Locust St., RM. 1291
Gallipolis, OH 45631

Greenup County Sheriff
Attn:  Officer/Manager
PO BOX 318
Greenup, KY 41144

Hobart
Attn:  Officer/Manager
PO BOX 2517
CAROL STREAM, IL 60132

GC Partners Inc
Attn:  Officer/Manager
3816 Forrestgate Dr.
Winston Salem, NC 27103

Greenville Utilities Commission, NC
Attn:  Officer/Manager
PO BOX 1432
Charlotte, NC 28201-1432

Hobart
Attn:  Officer/Manager
2725 Old Wrightsboro Rd, Ste 2E
Wilmington, NC 28405

General Heating & Air Conditioning
Attn:  Officer/Manager
PO BOX 964
FLATWOODS, KY 41139

GTT
Attn:  Officer/Manager
PO BOX 842630
Dallas, TX 75284

Hobart Down East Enterprises
Attn:  Officer/Manager
1311 E New Bern Rd
Kinston, NC 28501

HP-Wakeforest GC, LLC
Holly Park Inv.-Attn: Officer/Mgr.
PO Box 19669
Raleigh, NC 27619

HP-WAKEFOREST GC, LLC
Holly Park Inv. c/o Dan Austin
PO BOX 19669
Raleigh, NC 27619

IGS ENERGY
Attn: Officer/Manager
PO BOX 936626
Atlanta, GA 31193-6626

Integrated Cash Logistics Inc.
Attn: Officer/Manager
PO Box 9560
Wilmington, DE 19809

Integrated Cash Logistics, Inc.
Attn: Officer/Manager
P. O. Box 9560
Wilmington, DE 19809-0560

Intelligent tech
Attn: Officer/Manager
20 Oak Branch Dr, Suite D
Greensboro, NC 27407

Internal Revenue Service
Attn: Officer/Manager
P. O. Box 7346
Philadelphia, PA 19101

IRWIN CONSTRUCTION
Attn: Officer/Manager
207 E 10TH ST
KANNAPOLIS, NC 28083

J H HONEYCUTT & SONS
Attn: Officer/Manager
PO BOX 391
CHADBOURN, NC 28431

Jackie Miller
65 Sanders Dr
Hubert, NC 28539

Jacksonville Heating Contractors
Attn: Officer/Manager
227 S Marine Blvd
Jacksonville, NC 28540

JCI/ADT/Tyco
Attn: Officer/Manager
PO BOX 371967
Pittsburgh, PA 15250

Johnson Security
Attn: Officer/Manager
PO Box 371967
Pittsburgh, PA 15250

JONATHON M MONSALVO
Attn: Officer/Manager
136 PEACE HAVEN DR
LEXINGTON, NC 27292

Kanawha Co. Sheriff's Tax Office
Attn: Officer/Manager
409 E Virginia St. Room 120
Charleston, WV 25301

KAPPUS CO
Attn: Officer/Manager
4755 W 150TH ST
CLEVELAND, OH 44135

Keevers Key & Repair SVC
Attn: Officer/Manager
PO BOX 662
Hickory, NC 28603

Kennedy Office Supply Co
Attn: Officer/Manager
PO Box 40847
Raleigh, NC 27629

KENTUCKY AIR FILTER
Attn: Officer/Manager
PO BOX 1105
STANTON, KY 40380

KENTUCKY POWER COMPANY
Attn: Officer/Manager
PO BOX 371496
Pittsburgh, PA 15250-7496

KeyBank Real Estate Capital
Attn: Officer/Manager
11501 Outlook Street, Suite 300
Overland Park, KS 66211

KU-Kentucky Utilities Company
Attn: Officer/Manager
PO BOX 9001954
Louisville, KY 40290-1954

KULLS PLUMBING & SOFTENER
Attn: Officer/Manager
8193 CARROLL NORTHERN RD
CARROLL, OH 43112

Kutak Rock LLP (STORE Capital)
Attn: Nathan P. Humphrey, Esq.
1601 California Street, Suite 3100
Denver, CO 80202

LAMAR COMPANIES
Attn: Officer/Manager
PO BOX 96030
BATON ROUGE, LA 70896

Lancaster Utilities Collection-Offi
Attn: Officer/Manager
PO BOX 1099
Lancaster, OH 43130-0819

LBC2 Trust
Attn: Officer/Manager
PO Box 860713
Minneapolis, MN 55486-0713

LBC2 Trust c/o Willow River LLC
Attn: Officer/Manager
PO Box 2301
Stillwater, MN 55082


Leaf
Attn: Officer/Manager
PO BOX 5066
Hartford, CT 06102


LIBERTY SERVICES INC
Attn: Officer/Manager
1005 S MAIN ST
WEST MILTON, OH 45383


Louis William Sewell, III
521 New Bridge Street
Jacksonville, NC 28540


LWS III LLC
Attn: Officer/Manager
521 NEW BRIDGE STREET
Jacksonville, NC 28540


M & R CARPET CLEANING
Attn: Officer/Manager
500 SINCLAIR LAKE RD
NEWTON GROVE, NC 28366


Marilu Mancha
1270 Wintergreen Rd
Cove City, NC 28523


Marlin
Attn: Officer/Manager
PO BOX 13604
Philadelphia, PA 19101


MARLIN BUSINESS BANK
Attn: Officer/Manager
PO BOX 13604
PHILADELPHIA, PA 19101


McLane FoodService Distribution Inc
Attn: Officer/Manager
2641 Meadowbrook Road
ROCKY MOUNT, NC 27802


Meals on Wheels
Attn: Officer/Manager
104 E Center St
Lexington, NC 27292


Mecklenburg County Tax
Attn: Officer/Manager
PO BOX 71063
Charlotte, NC 28272


Merchants Food Service
Attn: Officer/Manager
PO Box 1351
Hattiesburg, MS 39403


MICROSPACE
Attn: Officer/Manager
PO BOX 60971
Charlotte, NC 28260


MODERN EXTERMINATING
Attn: Officer/Manager
627 COLLEGE ST
JACKSONVILLE, NC 28540


Monongahela Power
PO BOX 3615
443093615
Akron, OH 44309-3615


Montgomery Co. Treasurer's Office
Attn: Officer/Manager
755 Roanoke St., Suite 1B
Christiansburg, VA 24073


MOOD MEDIA/MUSAK LLC
Attn: Officer/Manager
PO Box 71070
Charlotte, NC 28272


MOUNTAINEER GAS
Attn: Officer/Manager
PO BOX 580211
Charlotte, NC 28258-0211


MTI DIGITAL INC
Attn: Officer/Manager
407 Lincoln Rd, Suite PHE
MIAMI BEACH, FL 33139


Muskingum County Treasurer
Attn: Officer/Manager
401 Main Street
Zanesville, OH 43701


Muskingum County Utilities
Attn: Officer/Manager
375 RICHARD AVE
Zanesville, OH 43701-6605


National Restaurant Designers
Attn: Officer/Manager
3005 Carrington Mill Blvd., Ste 150
MORRISVILLE, NC 27560


New Market Waste
Attn: Officer/Manager
PO BOX 603843
Charlotte, NC 28260-3843


New Market Waste Solutions
Attn: Officer/Manager
PO BOX 603843
Charlotte, NC 28260-3843


Noble Properties Inc.
Attn: Officer/Manager
4280 Professional Center Dr Ste 10
Palm Beach Gardens, FL 33410


North Carolina Dept. of Commerce
Division of Employment Security
P. O. Box 26504
Raleigh, NC 27611-6504

North Carolina Dept. of Revenue
Office Services Division
P. O. Box 1168
Raleigh, NC 27602-1168

Pacific Premier Bank
Attn: Officer/Manager
PO Box 5085
Paso Robles, CA 93447

PLUMBING HELPER
Attn: Officer/Manager
PO BOX 6514
HUNTINGTON, WV 25772

Northeast Bank
Attn: Loan Servicing Dept.
PO Box 171769
Boston, MA 02117

PARKERSBURG UTILITY BOARD
Attn: Officer/Manager
PO BOX 1629
Parkersburg, WV 26102-1629

Postmaster
Attn: Officer/Manager
719 New Bridge St
Jacksonville, NC 28540

NUCO2
Attn: Officer/Manager
PO BOX 417902
BOSTON, MA 02241-7902

PAVING & RESURFACING INC
Attn: Officer/Manager
40 BLACK TOP RD
CHARLESTON, WV 25312

PRODUCE SOURCE PARTNERS
Attn: Officer/Manager
13167 TELCOURT RD
ASHLAND, VA 23005

Ohio Department of Taxation
PO Box 2678
Columbus, OH 43216

PIEDMONT NATURAL GAS
Attn: Officer/Manager
PO BOX 1246
Charlotte, NC 28201-1246

PROFESSIONAL WINDOW CLEAN
Attn: Officer/Manager
PO BOX 562
INEZ, KY 41224

OLO INC
Attn: Officer/Manager
285 FULTON ST, FL 82
NEW YORK, NY 10007

Piney Green Electric Co., Inc.
Attn: Officer/Manager
3954 New Bern Highway, 17 North
Jacksonville, NC 28546

PURCHASE POWER
Attn: Officer/Manager
PO BOX 371874
PITTSBURGH, PA 15250

Onsite Storage
Attn: Officer/Manager
PO BOX 1051
Wildomar, CA 92595

PIP PRINTING
Attn: Officer/Manager
329 RIVERVIEW DR
DANVILLE, NC 24541

Randolph County Tax Collector
Attn: Officer/Manager
725 McDowell Road
Asheboro, NC 27205

Onslow County Tax Collector
Attn: Officer/Manager
234 NW Corridor Blvd.
Jacksonville, NC 28540

Pitney Bowes
Attn: Officer/Manager
PO BOX 371887
Pittsburgh, PA 15250-7887

RANDOLPH EMC
Attn: Officer/Manager
PO BOX 880
Robbins, NC 27325-0880

Onslow Fire Extinguisher
Attn: Officer/Manager
349 Center St, STE D
Jacksonville, NC 28546

Pitt County Tax Collector
Attn: Officer/Manager
PO BOX 875
Greenville, NC 27835

Reidsville Corral Group LLC
Attn: Officer/Manager
PO BOX 1148
Reidsville, NC 27320

P.M.B SERVICES
Attn: Officer/Manager
6160 PARNELL RD
WINSTON SALEM, NC 27107

PLUMBING DOCTOR
Attn: Officer/Manager
411 CENTRAL AVE
ELIZABETHTOWN, KY 42701

RELIABLE HOME SOLUTIONS
Attn: Officer/Manager
9328 HORIZON RD
GLEN ALLEN, VA 23060

RESTAURANT TECHNOLOGIES
Attn: Officer/Manager
12962 COLLECTIONS CENTER DR
CHICAGO, IL 60693

Scott & Ross Family Trust
Attn: Elliott Scott/Managing Agent
5252 Balboa Avenue, Suite 1000
San Diego, CA 92117

Southern Scripts, LLC
Attn: Officer/Manager
P. O. Box 2482
Natchitoches, LA 71457

Richmond Striping LLC
Attn: Officer/Manager
11918 Gordon School Rd
Richmond, VA 23236

Security Zone
Attn: Officer/Manager
3736 Franklin Rd SW
Roanoke, VA 24014

SPECTRUM
Attn: Officer/Manager
PO BOX 223085
Pittsburgh, PA 15251

RJ Thieneman
Attn: Officer/Manager
12488 La Grange Rd
Louisville, KY 40245

Shell Gas
Attn: Officer/Manager
PO Box 6293
Carol Stream, IL 60197

SPENCE'S PEST CONTROL
Attn: Officer/Manager
11600 GROVE PARK COURT
MIDLOTHIAN, VA 23114

ROANOKE GAS COMPANY
Attn: Officer/Manager
PO BOX 70848
Charlotte, NC 28272-0848

SHULER MEATS
Attn: Officer/Manager
124 SHULER RD
THOMASVILLE, NC 27360

SPORTS MEDIA
Attn: Officer/Manager
3315 E Russell Rd, Ste A4, #180
LAS VEGAS, NV 89120

Rockingham County Tax Collector
Attn: Officer/Manager
PO BOX 580368
Charlotte, NC 28258

SIGN PROS
Attn: Officer/Manager
7 OAKWOOD CT
RINEYVILLE, KY 40162

Standen Appliance Repair
Attn: Officer/Manager
1811 John Drive
Danville, VA 24540

RTI
Attn: Officer/Manager
12962 Collections Center Drive
Chicago, IL 60693

Sleep Inn and Suites at Fort Lee
Attn: Officer/Manager
2200 Waterside Rd
Prince George, VA 23875

State Auto Insurance Co.
Attn: Officer/Manager
PO Box 776721
Chicago, IL 60677

RUSSELL WATER WORKS
Attn: Officer/Manager
PO BOX 394
Russell, KY 41169

SMITH AND SONS PLUMBING
Attn: Officer/Manager
1020 LEROY LN
ASHLAND, KY 41102

Store Capital Corp. - Keybank REC
Attn: Officer/Manager
PO Box145404
CINCINNATI, OH 45250

SBBH Golden Corral, LLC
Attn: Officer/Manager
101 S Kings Drive, Suite 200
Charlotte, NC 28204

South Carolina
Department of Revenue
300A Outlet Pointe Blvd
Columbia, SC 29210

STORE Master Funding III, LLC
Attn: Michael Bennett, Exec. VP
8501 E. Princess Drive, Suite 190
Scottsdale, AZ 85255

SBBH Golden Corral, LLC
Attn: Scott Bortz
101 S. Kings Drive, Suite 200
Charlotte, NC 28204

South Central Power Co
Attn: Officer/Manager
PO Box 182058
Columbus, OH 43218

Suddenlink
Attn: Officer/Manager
PO Box 70340
Philadelphia, PA 19176

Sumter County Treasurer
Attn: Officer/Manager
PO BOX 100140
Columbia, SC 29202

THE ICEE COMPANY
Attn: Officer/Manager
PO BOX 515723
LOS ANGELES, CA 90051

Town of Wake Forest, NC
Attn: Officer/Manager
301 S BROOKS ST
Wake Forest, NC 27587

SVCN 4 LLC c/o The RMR Group LLC
Attn: Officer/Manager
255 Washington St., Suite 300
Newton, MA 02458

The Lions Cleaning Services
Attn: Officer/Manager
1327 SCHOLAR ST
LOUISVILLE, KY 40213

Treasurer, Chesterfield County
Attn: Officer/Manager
PO BOX 70
Chesterfield, VA 23832

Synergi Partners Inc.
Attn: Officer/Manager
P.O. Box 5599
Florence, SC 29502

The Loan Source
Attn: Officer/Manager
353 E 83rd St.
New York, NY 10028

Treasurer, Chesterfield County
Attn: Officer/Manager
PO BOX 71143
Charlotte, NC 28272-1143

T&S Mechanical
Attn: Officer/Manager
4107 Dodds Ridge Dr
Richmond, VA 23236

Thompson and Son Electric
Attn: Officer/Manager
235 LINCOLN AVE
ELIZABETHTOWN, KY 42701

Unifirst
Attn: Officer/Manager
2900 Blankenbaker Pkwy, Ste 150
Louisville, KY 40299

TAYLOR FREEZER SALES
Attn: Officer/Manager
PO BOX 5807
CHESAPEAKE, VA 23324

Toler Properties, LLC
Attn: Officer/Manager
330 Harper Park Dr., Suite G
Beckley, WV 25801

Unifirst
Attn: Officer/Manager
715 Miles Point Way
Lexington, KY 40510

The Corral Group of Jacksonville
Attn: Officer/Manager
PO BOX 1685
Jacksonville, NC 28541

Toler Properties, LLC
Attn: Ray Toler
330 Harper Park Dr., Suite G
Beckley, WV 25801

Unifirst
Attn: Officer/Manager
PO BOX 584
Newell, NC 28126

The Corral Group of Lancaster
The Community Bank-Attn:Officer/Mgr
201 North Columbus Street
Lancaster, OH 43130

Tom Marks
3601 Calvary Dr
Greenville, NC 27834

UNIFIRST CORP
Attn: Officer/Manager
68 JONSPIN RD
WILMINGTON, MA 01887

THE DAILY NEWS
Attn: Officer/Manager
PO BOX 102475
ATLANTA, GA 30368

TOUCHTONE
Attn: Officer/Manager
PO BOX 780593
Philadelphia, PA 19178

Universal Atlantic Systems
Attn: Officer/Manager
45 W. Industrial Boulevard
Paoli, PA 19301

THE ENERGY COOPERATIVE
Attn: Officer/Manager
PO BOX 182137
Columbus, OH 43218-2137

Town of Christiansburg Tax Dept.
Attn: Officer/Manager
100 East Main St
Christiansburg, VA 24073

UPS
Attn: Officer/Manager
PO BOX 809488
Chicago, IL 60680-9488

US FOODS INC
Attn:  Officer/Manager
PO BOX 602292
CHARLOTTE, NC 28260

US Small Business Administration
Attn:  Officer/Manager
2 North St, Suite 320
Birmingham, AL 35203

USAble Life
Attn:  Officer/Manager
PO Box 1650
Little Rock, AR 72203-1650

Van Wagner Sports & Entertainment
Attn:  Officer/Manager
800 Third Ave - 28th Floor
New York, NY 10022

VANTIV, LLC a/d/a IQ
Attn:  Officer/Manager
8500 Governors Hill Dr.
Cincinnati, OH 45249

VCS Fire & Security INC
Attn:  Officer/Manager
10343-B Kinga Acre Rd
Ashland, VA 23005

VERIZON
PO BOX 660108
Dallas, TX 75266

Virginia Tax
Attn:  Officer/Manager
PO Box 1115
Richmond, VA 23218

Visa
Attn:  Officer/Manager
PO Box 580340
Charlotte, NC 28258

VRC Companies LLC - Dept. 5874
Attn:  Officer/Manager
PO Box 11407
Birmingham, AL 35246-5874

Wake County Tax Administration
Attn:  Officer/Manager
PO BOX 580084
Charlotte, NC 28258

West Virginia American Water Co.
Attn:  Officer/Manager
PO BOX 371880
Pittsburgh, PA 15250-7800

Western Virginia Water Authority
Attn:  Officer/Manager
PO BOX 17381
Baltimore, MD 21297-1381

Winchester Municipal Utilities
Attn:  Officer/Manager
PO BOX 4177
Winchester, KY 40392

WINDSTREAM
Attn:  Officer/Manager
PO BOX 9001908
Louisville, KY 40290

WJCV
Attn:  Officer/Manager
123 A Arnold Rd
Jacksonville, NC 28546

WOOD COUNTY SHERIFF
ATTN: OFFICER/MANAGER
PO BOX 1985
Parkersburg, WV 26102

WSR Sumter-c/o West Realty Group
Attn:  Officer/Manager
875 Saint Nicholas Ave., Apt. 1
New York, NY 10032

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
NEW BERN DIVISION

IN RE:

**PLATINUM CORRAL, L.L.C.,**

                **Debtor.**

**CASE NO. 21-00833-5-JNC**
**CHAPTER 11**

## NOTICE OF APPLICATION

TAKE NOTICE that Platinum Corral, L.L.C. ("Debtor") has filed an **Application to Employ Financial, Real Estate and Restructuring Advisor** (the "Application") with the Court. A copy of said Application is included with this Notice.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to order the relief requested, or if you want the Court to consider your views on the Application, then on or before **May 3, 2021**, unless otherwise ordered, you or your attorney must do the following:

    **1.**    **File with the Court a written response explaining your position.  File the response at:**

        Clerk, United State Bankruptcy Court    Court's Mailing Address
        Century Station Federal Building        P. O. Box 791
        300 Fayetteville St., 4th Floor          Raleigh, NC  27602
        Raleigh, NC 27601-1799

If you mail your response to the Court for filing, you must mail it early enough so that the Court will **receive** it on or before the date stated above.

    **2.**    **On or before the date stated above for written responses, you must also mail, email or fax a copy of your written response to:**

        Kirstin E. Gardner
        U.S. Bankruptcy Administrator's Office
        434 Fayetteville Street, Suite 640
        Raleigh, NC 27601
        Email: kirstin_gardner@ncba.uscourts.gov

Gerald A. Jeutter, Jr.
Smith, Anderson, Blount Dorsett, Mitchell & Jernigan, L.L.P.
P.O. Box 2611
Raleigh, NC 27602-2611
Fax:  919-821-6800
Telephone:  919-821-1220
Email: jjeutter@smithlaw.com

Anna B. Osterhout
Smith, Anderson, Blount Dorsett, Mitchell & Jernigan, L.L.P.
P.O. Box 2611
Raleigh, NC 27602-2611
Fax:  919-821-6800
Telephone:  919-821-1220
Email: aosterhout@smithlaw.com

If a response and a request for hearing is filed in writing on or before the date set above, a hearing will be conducted on the Application at a date, time and place to be later set and all parties will be notified accordingly.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Application and may enter an order granting that relief.

Dated:  April 14, 2021

SMITH, ANDERSON, BLOUNT, DORSETT,
MITCHELL & JERNIGAN, L.L.P.

By: /s/ Gerald A. Jeutter, Jr.
Gerald A. Jeutter, Jr.
NC State Bar No. 17724
Anna B. Osterhout
NC State Bar No. 19841
Post Office Box 2611
Raleigh, North Carolina 27602-2611
Telephone: (919) 821-1220
Facsimile: (919) 821-6800
Email: jjeutter@smithlaw.com
Email: aosterhout@smithlaw.com
ATTORNEYS FOR DEBTOR