IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NEW BERN DIVISION

| | |
|---|---|
| IN RE:<br><br>**PLATINUM CORRAL, L.L.C.,**<br><br>　　　　　　　　Debtor. | **CASE NO. 21-00833-5-JNC**<br>**(CHAPTER 11)** |

### NOTICE OF APPEARANCE, REQUEST FOR MATRIX ENTRY AND REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS

**PLEASE TAKE NOTICE** that**,** pursuant to Bankruptcy Rules 2002, 9007, and 9010, the undersigned is appearing on behalf of SBBH Golden Corral, LLC ("Creditor"), a creditor in this case. It is hereby requested as follows:

　　　　1.　　Matrix/Roster.　The undersigned requests that an entry be made on the electronic matrix/roster of creditors and interested parties to receive notice in this case maintained by the Clerk of the United States Bankruptcy Court.

　　　　2.　　Receipt of Notices.　The undersigned requests he be served with all documents filed with the court and all notices which the court and/or other parties are required to serve. This request includes all papers, reports, orders, notices, copies of applications, motions, petitions, disclosure statements, plans of readjustment of debts or reorganization, pleadings appendices, exhibits requests or demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, electronic mail, courier service, delivery service, telephone, facsimile, telegraph, telex, or otherwise.

　　　　3.　　No Express or Implied Acceptance of Service.　This Notice of Appearance does not give express or implied consent by the undersigned or Alexander Ricks PLLC to accept service of process of any action commenced under Rule 7001 of the Federal Rules of Bankruptcy Procedure.

　　　　4.　　No Waiver of Rights.　This Notice of Appearance shall not be deemed or construed to be a waiver of the rights of the Creditor of the following:

　　　　　　a. To have final orders in noncore matters entered only after de novo review by a United States District Judge;

　　　　　　b. To trial by jury in any case or proceeding related to this case;

　　　　　　c. To have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or to seek abstention by the United States Bankruptcy Court in any matter; or

      d.  To any other rights, remedies, claims, actions, defenses, setoffs, or recoupments to which the Creditor is or may be entitled, in law or in equity, all of which are expressly reserved.

Dated:  April 15, 2021.

                                      ALEXANDER RICKS PLLC

                                      */s/ Felton E. Parrish*
                                      Felton E. Parrish, Esq.
                                      NC State Bar No. 25448
                                      1420 E. 7th Street, Suite 100
                                      Charlotte, NC 28204
                                      Telephone: (980) 334-2001
                                      Facsimile: (704) 365-3676
                                      felton.parrish@alexanderricks.com

                                      *Counsel for SBBH Golden Corral, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was electronically filed with the Clerk of Court, using the Case Management/Electronic Case Files system (CM/ECF).  I hereby certify that the below-named persons, parties and/or counsel have been served by depositing a copy in the United States Mail, First Class, postage prepaid, to the addresses shown below, or by CM/ECF:

| | |
|---|---|
| Gerald A. Jeutter, Jr.<br>Smith Anderson, LLP<br>P.O. Box 2611<br>Raleigh, NC 7601-2611<br>*Counsel for Debtor* | Anna B. Osterhout<br>Smith Anderson, LLP<br>P.O. Box 2611<br>Raleigh, NC 7601-2611<br>*Counsel for Debtor* |

Dated: April 15, 2021.

ALEXANDER RICKS PLLC

 */s/ Felton E. Parrish*
Felton E. Parrish
NC State Bar No. 25448
Telephone: (980) 334-2001
felton.parrish@alexanderricks.com