**SO ORDERED.**

**SIGNED this 19 day of April, 2021.**

_____
**Joseph N. Callaway
United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
NEW BERN DIVISION

| | |
|---|---|
| **IN RE:** <br><br> **PLATINUM CORRAL, L.L.C.,** <br><br> **Debtor.** | **CASE NO. 21-00833-5-JNC** <br> **CHAPTER 11** |

## ORDER

This matter is before the Court on the Motion for Authority to Maintain Existing Deposit Accounts filed by the Debtor on April 12, 2021 (the "Motion") [Doc. 17].

Based upon the Motion, the matters presented the Court and the entire record in this matter,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion is allowed.

END OF DOCUMENT

# 8997955_1.Docx