**SO ORDERED.**

**SIGNED this 19 day of April, 2021.**

_____
**Joseph N. Callaway
United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## NEW BERN DIVISION

| IN RE: | |
|---|---|
| **PLATINUM CORRAL, L.L.C.,** | **CASE NO. 21-00833-5-JNC** |
| | **CHAPTER 11** |
| **Debtor.** | |

## ORDER

This matter is before the Court on the Motion for Authority to Pay Certain Pre-Petition Sales Taxes filed by the Debtor on April 12, 2021 (the "Motion").

Based upon the Motion, the matters presented the Court and the entire record in this matter,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion is allowed. The Debtor shall pay the pre-petition Sales Taxes collected in the ordinary course of business during the months of March and/or April, 2021 and owed to the Taxing Authorities.

END OF DOCUMENT

# 8998022_1.Docx