E.D.N.C. Local Form

**UNITED STATES BANKRUPTCY COURT**

**TRANSCRIPT ORDER FORM**

Read Instructions on Back:

| Field | Value |
|---|---|
| 1. NAME | Christopher Coleman |
| 2. PHONE NUMBER | 404-881-7000 |
| 3. DATE | Apr 19, 2021 |
| 4. MAILING ADDRESS | 1201 West Peachtree Street NE, Atlanta, GA 30309 |
| 5. EMAIL ADDRESS | chris.coleman@alston.com |
| 6. CASE NUMBER | 21-00833 |
| 7. JUDGE PRESIDING | Judge Joseph N. Callaway |
| 8. CASE NAME | Platinum Corral, L.L.C. |
| 9. DATE OF PROCEEDING | Apr 16, 2021 |
| 10. LOCATION OF PROCEEDING | New Bern Division |

11. TRANSCRIPT ORDER FORM

[x] BANKRUPTCY CASE  [ ] ADVERSARY PROCEEDING

12. TRANSCRIPT REQUESTED (Specify portion and date(s) of proceeding for which transcript is requested)

| PORTION(s) | DATE(S) |
|---|---|
| [x] ENTIRE PROCEEDING | Apr 16, 2021 |
| [ ] OPINION OF COURT | |
| [ ] OPENING STATEMENT (Plaintiff) | |
| [ ] OPENING STATEMENT (Defendant) | |
| [ ] CLOSING ARGUMENT (Plaintiff) | |
| [ ] CLOSING ARGUMENT (Defendant) | |
| [ ] WITNESS TESTIMONY (Specify name of witness) | |
| [ ] WITNESS TESTIMONY (Specify name of witness) | |

13. ORDER

| CATEGORY | ORIGINAL (Includes Free E-Transcript for the Court) | ADDITIONAL COPIES |
|---|---|---|
| ORDINARY | [ ] | [ ] |
| 14-DAY TRANSCRIPT | [ ] | [ ] |
| EXPEDITED | [x] | [ ] |
| DAILY | [ ] | [ ] |

**CERTIFICATION (14 & 15)**
By signing below, I certify that I will pay all charges.

14. SIGNATURE: *Christopher K. Coleman* (signed)

15. DATE: Apr 19, 2021

| | DATE |
|---|---|
| ORDER RECEIVED | |
| TRANSCRIPT ORDERED | |
| TRANSCRIPT RECEIVED | |