**SO ORDERED.**

**SIGNED this 21 day of April, 2021.**

_____
**Joseph N. Callaway**
**United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## NEW BERN DIVISION

| | |
|---|---|
| IN RE:<br><br>**PLATINUM CORRAL, L.L.C.,**<br><br>Debtor. | **CASE NO. 21-00833-5-JNC**<br>**CHAPTER 11** |

## INTERIM ORDER

This matter is before the Court on the Motion for an Order Authorizing Debtor to (1) Pay Pre-Petition Employee Wages, Salaries and Related Items, (2) Make Payments for Which Payroll Deductions Were Made, (3) Make Pre-Petition Contributions and Pay Benefits Under Employee Benefits Plans, and (4) Pay All Costs Incident to the Foregoing filed by the Debtor on April 12, 2021 (the "Motion") [Doc. 19].

Based upon the matters addressed at the hearing on this matter, the next payroll period includes April 8, 2021 which occurred prior to the petition date. Payroll for all hourly employees shall be allowed, including pre-petition payroll and related expenses. However, no payment for pre-petition payroll shall be made pursuant to this interim order to Louis William Sewell, III ("Mr. Sewell"), the Debtor's President and CEO, as Mr. Sewell's compensation shall be addressed in

conjunction with the Application for Approval of Compensation and Employment of Louis William Sewell, III as Officer dated April 14, 2021 (Doc. 46) (the "Application").

Based upon the Motion, the matters presented the Court and the entire record in this matter,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion is allowed on an interim basis and the Debtor is allowed to do the following:

1. The Debtor is authorized, but not directed, to continue to pay all Employee Obligations[1] and all costs incident to the payment of Employee Obligations, and pre-petition employee claims for wages and expenses that accrued but remain unpaid as of the Petition Date; provided, however; the payment of pre-petition payroll to Mr. Sewell is not allowed herein as such payment shall be considered by the Court in conjunction with the Application.

2. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Interim Order are immediately effective and enforceable upon its entry.

3. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Interim Order.

4. The final hearing (the "Final Hearing") on this Motion shall be held at 1:00 p.m. (Eastern Time) on May 5, 2021. You may join the Final Hearing by using the ZoomGov Meeting link below, with the Meeting ID and Passcode provided:

**Join ZoomGov Meeting**
**https://www.zoomgov.com/j/1604993000?pwd=TVhLRkFsVmN4RTNlNURWM0FpNHIyZz09**

**Meeting ID: 160 499 3000**
**Passcode: 04613040**

[END OF DOCUMENT]

---

[1] Unless otherwise defined herein, capitalized terms have the meaning ascribed to them in the Motion.