**SO ORDERED.**

**SIGNED this 21 day of April, 2021.**

_____
**Joseph N. Callaway
United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
NEW BERN DIVISION**

| | |
|---|---|
| **IN RE:** | |
| **PLATINUM CORRAL, L.L.C.,** | **CASE NO. 21-00833-5-JNC** |
| | **CHAPTER 11** |
| **Debtor.** | |

**ORDER**

This matter is before the Court on the Motion for Order Authorizing Payment of Outstanding Checks filed by the Debtor on April 12, 2021 (the "Motion").

Based upon the Motion, the matters presented to the Court and the entire record in this matter,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion is allowed. The Debtor shall be allowed to pay but is not directed to pay the checks outstanding on the Petition Date as addressed in the motion (as supplemented by the list of pre-petition payroll checks attached to the Debtor's Remote Witness/Exhibit Designations filed April 15, 2021 (Doc. 60)) with funds remaining in the Debtor's BB&T Deposit Account and the BB&T payroll account, respectively, according to the terms as set forth in the Motion.

END OF DOCUMENT