**SO ORDERED.**

**SIGNED this 21 day of April, 2021.**

*Joseph N. Callaway*
**Joseph N. Callaway**
**United States Bankruptcy Judge**

___

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### NEW BERN DIVISION

| | |
|---|---|
| IN RE: | Case No. 21-00833-5-JNC |
| PLATINUM CORRAL, L.L.C. | Chapter 11 |
| Debtor. | |

### ORDER AUTHORIZING INTERIM USE OF CASH COLLATERAL, SETTING FINAL HEARING, AND GRANTING LIMITED RELIEF FROM STAY

UPON CONSIDERATION of the Motion (the "*Motion*") of Debtor and Debtor-in-Possession Platinum Corral, L.L.C. ("*Debtor*") for entry of an order authorizing the interim and final use of cash collateral pursuant to its *Stipulation For Use of Cash Collateral, Providing Adequate Protection, and Granting Limited Relief From the Automatic Stay* with Pacific Premier Bank ("*Cash Collateral Stipulation*")1 [Dkt. No. 15], and setting a final hearing, and having heard the arguments and the offers of proof made by various parties in open court on April 16, 2021; and due and proper notice of the Motion having been provided; and for good cause shown:

IT IS HEREBY ORDERED THAT:

1.  The Motion is GRANTED on an interim basis *nunc pro tunc* to April 9, 2021, and the Cash Collateral Stipulation is approved in accordance with the terms thereof and hereof.

___

1 Undefined terms herein have the same definitions set forth in the Stipulation.

2.	Pacific Premier Bank is granted, and the Debtor is authorized and directed to provide to Pacific Premier Bank, the adequate protection set forth in the Cash Collateral Stipulation, and, through the next interim hearing or final hearing on the Motion, whichever comes first, Debtor (i) may use cash collateral, pursuant to the Budget attached to the Cash Collateral Stipulation as Exhibit B, and (ii) shall carry out its other obligations under the Cash Collateral Stipulation.

3.	Relief from the automatic stay under Bankruptcy Code Sections 362(d)(1) and (2) is granted to Lender to exercise Lender's non-bankruptcy rights and remedies under the Loan Documents and applicable non-bankruptcy law as follows:

   a.	immediately with respect to Pre-Petition Collateral and Adequate Protection Collateral located or formerly located at the Terminated Locations and not currently located at Locations listed as "Open" or "To Be Open" on **Exhibit A** to the Cash Collateral Stipulation; and

   b.	with respect to Pre-Petition Collateral and Adequate Protection Collateral currently located at Locations listed as "Closed" on **Exhibit A** (other than the Terminated Locations) to the Cash Collateral Stipulation, as orders are entered by the Court authorizing the rejection of the leases associated with such Locations.

4.	For the purposes of this Interim Order, liens on Adequate Protection Collateral shall not attach to Debtor's real property leaseholds (the "*Leaseholds*") as to which the lessor is STORE Master Funding III, LLC ("*STORE*"), but liens on Adequate Protection Collateral shall attach to the proceeds of the Leaseholds.  Entry of this Interim Order is without prejudice to Lender's right to assert for purposes of entry of a final order that liens on the Adequate Protection Collateral attach to the Leaseholds.

5.  If Lender seeks access to the premises that are the subject of the Leaseholds (collectively, the "***Premises***") to retrieve Lender's collateral after Debtor no longer has possession of the Premises, Lender shall coordinate with STORE to obtain access to the Premises. Until then, Lender shall coordinate with Debtor to obtain access to the Premises. STORE reserves its right to object to any surrender, or any effective date of rejection of the lease, of any of the Premises subject to STORE's master lease to the extent any of Lender's collateral remains in the Premises. Lender reserves its rights with respect to its collateral located at the Premises, including such rights under applicable law, Lender's loan documents and/or any Landlord's Subordination or similar agreements between Lender and STORE.

6.  Approval of Debtor's waiver of rights to seek to surcharge any of Lender's collateral under Section 506(c) of the Bankruptcy Code, or under any other legal or equitable basis, is reserved for entry of a final order on approval of the Motion and the Cash Collateral Stipulation. Entry of this Interim Order is without prejudice to STORE's right to object to entry of a final order approving the Motion and the Cash Collateral Stipulation.

7.  As adequate protection pursuant to Bankruptcy Code Sections 361(2) and 363(e), creditor McLane Foodservice Distribution, Inc. (f/k/a Meadowbrook Meat Company, Inc.) ("***McLane***") is granted a replacement lien on inventory provided and shipped to Debtor by McLane post-petition, and cash collateral related thereto, to the same validity, extent and priority of McLane's pre-petition lien, to compensate McLane for the post-petition decrease in value of inventory provided and shipped to Debtor by McLane, and cash collateral related thereto, as of the Petition Date, with all parties reserving their rights as to the validity, extent and priority of McLane's pre-petition lien and the amount of the post-petition decrease in value of Debtor's

inventory provided and shipped to Debtor by McLane, and cash collateral related thereto, as of the Petition Date.

8. Approval of the budget on an interim basis does not preclude other secured creditors from seeking Court approval of adequate protection payments after a motion, notice and a hearing, and subject to the right of any party in interest to object.

9. Approval of the release set forth in paragraph 3. of the Cash Collateral Stipulation is deferred, and shall be considered at the second interim hearing on May 5, 2021 (see below).

10. The Budget attached hereto as **Exhibit A** replaces the Budget attached to the Cash Collateral Stipulation.

11. A second interim hearing (the "*Second Interim Hearing*") on the Motion shall be held on May 5, 2021 at 1:00 p.m. (Eastern Time). You may join the Second Interim Hearing by using the ZoomGov Meeting link below, with the Meeting ID and Passcode provided:

**Join ZoomGov Meeting**
**https://www.zoomgov.com/j/1604993000?pwd=TVhLRkFsVmN4RTNlNURWM0FpNHIvZz09**

**Meeting ID: 160 499 3000**
**Passcode: 04613040**

12. A tentative final hearing on the Motion is set for June 8, 2021, at 12:30 p.m. (Eastern Time).

[End of Document]

# **EXHIBIT A**

**Budget**

| | 4/19/2021 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AUV per week | | | 70,292 | 72,736 | 72,929 | 70,079 | 68,289 | 71,293 | 78,243 | 75,836 | 77,379 | 77,379 |
| # stores open | 10 | | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| green is actual cash bals | | | 90% | 114% | 92% | 95% | 100% | 104% | 112% | 95% | 100% | 102% |
| black is forecast accrual | balanced to bank | | accrued/c | | | | | | | | | |
| | | | | | | 2,910,350 | 2,808,488 | | 2,957,872 | | % of 2019: | 85% |
| | | | PD5_W3 | PD5_W4 | PD5_W5 | PD4_W4 | PD5_W1 | PD5_W2 | PD5_W3 | PD6_W1 | PD6_W2 | PD6_W3 |
| Expense Description | | | 31-Mar | 7-Apr | 14-Apr | 21-Apr | 28-Apr | 5-May | 12-May | 19-May | 26-May | 3-Jun | 9-Jun |
| | | | Wk end | Wk end | Wk end | Wk end | Wk end | Wk end | Wk end | Wk end | Wk end | Wk end | Wk end |
| Bank beg balance (all accounts) | | | 1,142,273 | 1,183,164 | 1,182,445 | 955,907 | 3,249,192 | 3,058,615 | 3,121,423 | 2,893,305 | 3,036,341 | 2,728,229 | 2,802,636 |
| LOC/AR | | | | | | | | | | | | | |
| Sales tax/misc | 8.5% | | 36,447 | 3,866 | 130,799 | 62,081 | 64,812 | 72,590 | 68,960 | 68,960 | 70,339 | 70,339 | |
| deposits (credits) | | | 70,191 | 72,698 | 73,162 | 68,978 | 148,123 | 715,897 | 689,602 | 689,602 | 703,394 | 703,394 | |
| Total Receipts | | | 592,635 | 696,658 | 655,126 | 631,807 | 620,887 | | | | | 2,728,229 | 2,802,636 |
| | | | 127,377 | 781,215 | 820,085 | 2,783,913 | 682,888 | 712,935 | 798,487 | 753,563 | 758,563 | 773,734 | |
| OPERATING EXPENSES | | | 38.4% | 50.7% | 38.5% | 6.9% | 38.5% | 38.5% | 38.5% | 38.5% | 38.5% | 38.5% | 38.5% |
| Food Cost/Mclane | 38.5% | | (263,315) | (307,819) | (309,154) | (44,979) | (243,746) | (249,527) | (249,527) | (275,470) | (265,497) | (270,807) | |
| Utilities/Engle/New Market | | | (36,376) | (10,679) | (11,049) | (29,653) | (45,000) | (31,000) | (31,000) | (44,000) | (31,000) | (31,000) | |
| GCF Royalties (ACH Tues)POS | | | (32,023) | (30,507) | (30,043) | (30,148) | (35,371) | (36,405) | (36,289) | (40,546) | (44,757) | (45,396) | (45,639) |
| Mgmt +Office Tax (tkkr) | | | (25,044) | (65,569) | (193,403) | (760) | (77,379) | (760) | (760) | (760) | (77,379) | (760) | (77,379) |
| Cow Pay+Tax | | | (184,923) | | | (60,331) | (203,087) | (66,972) | (196,680) | (65,984) | (233,557) | (79,354) | (229,844) |
| Contract Labor | | | | | | | | | | | | | |
| Mgmt Bonus & Tax(3rd wed) | | | (1,020) | | (71,853) | | (1,671) | | (89,639) | (35,441) | | | (90,948) |
| Monthly/Qtr PR tax/Vacation | | | | | (7,043) | (17,738) | | (500) | | (500) | (1,522) | (1,000) | |
| 401K | | | (6,540) | | (5,458) | (5,776) | (6,035) | (6,000) | (6,000) | (6,000) | (10,000) | (6,000) | (6,000) |
| garnishments | | | | | (1,91) | (14,608) | (2,500) | (2,500) | (2,500) | (2,500) | (6,000) | (2,500) | |
| ee expense (incl dental/vision) | | | (786) | (2,243) | | (1,608) | (4,000) | (4,000) | (4,000) | (4,000) | (4,000) | (4,000) | (4,000) |
| Credit card fees/gift crds | | | (5,818) | (297) | (5,706) | (2,553) | (5,833) | (6,533) | (6,205) | (6,205) | (6,205) | (6,331) | (6,331) |
| Bank fees/Visa/Amex | | | (3,799) | (7,307) | | (5,131) | (10,000) | (8,500) | (60,000) | | (13,000) | (8,500) | (8,500) |
| Rent | | | (3,373) | | | (2,500) | | | | | | | |
| Sales tax | 10.0% | | | (8,288) | (20,053) | (187,230) | (112,230) | | | | | (137,250) | |
| Property tax | | | | (186,465) | | | (80,101) | | | | (279,239) | | |
| small vendor | 4.0% | | (30,000) | (36,435) | (57,653) | (57,310) | (38,250) | (45,540) | (125,074) | (33,000) | (35,517) | (42,939) | (22,500) |
| Ops/frogen vdor | | | | (9,335) | | | (5,000) | (5,000) | (5,000) | (50,919) | (10,000) | (7,500) | (49,354) |
| Insurance GL Prop WC | | | (2,920) | (319) | (101) | (20,703) | (27,000) | (11,000) | (20,000) | (20,000) | (10,000) | (10,000) | (3,500) |
| Health Ins - ACS Rx + Med | | | | | (297) | (14,608) | (10,000) | (10,000) | (10,000) | (18,500) | (10,000) | (7,500) | (10,000) |
| OPERATING EXPENSES (Incl G&A) | | | (685,930) | (747,428) | (675,900) | (485,023) | (385,777) | (892,604) | (594,327) | (1,030,675) | (677,572) | (850,872) | |
| CF from Operations (Incl Admin) | | | 94,318 | 33,787 | 144,185 | 2,298,285 | 297,158 | (94,117) | 204,160 | (277,112) | 80,991 | (77,138) | |
| Debt | | | | (47,609) | (10,000) | (15,492) | (5,000) | (12,050) | (5,000) | (36,000) | (36,000) | (71,660) | (31,150) |
| McLane | | | | | | | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) |
| Ops/frogen vdor | | | | | (136) | | (27,000) | (16,080) | (56,000) | (127,000) | (127,000) | (136,000) | (98,000) |
| Prof Fees Corp | | | | | (1,286) | | (4,400) | (47,300) | (4,000) | (4,000) | (47,300) | (4,000) | (4,000) |
| Other fees | | | | | | | (45,000) | | | | | | |
| Non-operating cash out | | | | | | | (80,000) | (74,350) | (134,000) | (19,200) | (36,000) | (71,860) | (81,150) |
| Bank end balance | | | 1,183,164 | 1,182,445 | 955,907 | 3,249,192 | 3,068,615 | 3,121,423 | 2,893,305 | 3,036,341 | 2,728,229 | 2,802,636 | 2,664,018 |
| Total float | | | | | 6,325 | | | | | | | | |
| Ending cash consolidated | 1,183,164 | | 1,182,445 | 955,907 | 3,249,192 | 3,068,615 | 3,121,423 | 2,893,305 | 3,036,341 | 2,728,229 | 2,802,636 | 2,664,018 | |
| Period change in cash | 1,183,164 | | 1,182,445 | added PPP 4/15 | 855,907 | 3,105,921 | 3,068,615 | 3,121,423 | 2,893,305 | 3,036,341 | (212,851) | 2,802,636 | 2,664,018 |
| | | | | | | | | | | | | | |
| BOOK BALANCE | | | | | | | | | | | | | |
| Cash - Concentration #5900 | | | 1,183,164 | 1,182,445 | 855,907 | 3,213,207 | 3,068,615 | 3,121,423 | 2,893,305 | 3,036,341 | 2,728,229 | 2,802,636 | 2,664,018 |
| Cash PPP B&T #4054 | | | | | | | | | | | | | |
| DIP Operating #7250 | | | 2,190,000 | 1,000,000 | | | | | | | | | |
| BIP PP2 #7312 | | | | | | | | | | | | | |
| DIP Payroll ZBA #7282 | | | | | | | | | | | | | |
| DIP Tax #7304 | | | | | | | | | | | | | |
| xxx | | | | | | | | | | | | | |
| Total cash | | | 3,373,164 | 2,182,445 | 1,955,907 | 3,213,207 | 3,068,615 | 3,121,423 | 2,893,305 | 3,036,341 | 2,728,229 | 2,802,636 | 2,664,018 |

| AUV per week | | 73,695 | 74,115 | 74,116 | 76,339 | 74,049 | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| # stores open | | 10 | 10 | 10 | 10 | 10 | |
| green is actual cash basis | | 103% | 99% | 103% | 103% | 97% | |
| black is forecast accrual | 3,102,976 | | | 87% gross sales> | | 2,965,206 | |
| 4/19/2021 | PD6 W4 | PD7 W1 | PD7 W2 | PD7 W3 | PD7 W4 | | |
| Expense Description | 16-Jun | 23-Jun | 30-Jun | 7-Jul | 14-Jul | Notes 4/19 |
| | Wk end | Wk end | Wk end | Wk end | Wk end | |
| Bank beg balance (all accounts) | 2,664,018 | 2,749,493 | 2,296,356 | 2,392,250 | 2,211,848 | P4 collected $189 AR, PPP2 $2m rec'd 3/31 |
| LOC/AR | | | | | | |
| Sales tax/misc. | 72,450 | 67,378 | 67,378 | 69,939 | 67,318 | |
| deposits (credits) | 724,496 | 673,781 | 673,781 | 693,995 | 673,175 | sales adjustment 4/14 |
| Total Receipts | 796,946 | 741,160 | 741,160 | 763,394 | 740,493 | |
| OPERATING EXPENSES | 38.5% | 38.5% | 38.5% | 38.5% | 38.5% | |
| Food Cost/McLane | (270,807) | (278,931) | (259,406) | (259,406) | (267,188) | 4/7 higher food for Easter |
| Utilities(Engie/New Market) | (30,000) | (45,000) | (32,000) | (32,000) | (31,000) | paid usfoods/produce/shafer 4/8 instead of 4/8, so $100k shifted to wk end 4/7 includes closed stores expense |
| GEC Royalties(ACH Tues)POS | (45,699) | (46,990) | (43,744) | (43,744) | (45,038) | P2 and P3 adv down from 2.4% to 1%, P4 sat 4.5% P5 at 5.5%, P6 at 6.4%2nd tues OLD |
| | (760) | (760) | (760) | (77,379) | (760) | |
| Mgmt+Office Tax (this f) | (77,109) | (77,379) | (79,040) | (222,348) | (74,594) | 4/4 net payroll 15.5%, june began 16.5% |
| Con Pay Tax | | (235,602) | | | | |
| Contract Labor | | | | | | |
| Mgmt Bonus & Tax(3rd week) | (46,017) | (1,522) | | (102,522) | (46,632) | |
| Monthly/Qtr PR tax/Vacation | | (10,500) | | (1,500) | | |
| 401k | (6,000) | (45,000) | | (6,000) | (6,000) | |
| Garnishments | (2,500) | (6,000) | (2,500) | | (2,500) | |
| ee expense (incl dental/vision) | (4,000) | (4,000) | (4,000) | (4,000) | (4,000) | |
| Credit card fees/gift crds | (6,520) | (4,716) | (4,716) | (4,658) | (4,712) | |
| Bank fees/Visa/Amex | (68,000) | (3,000) | (10,000) | (8,500) | (68,510) | visa dependent on contract sales, estimated high |
| Rent | | (342,250) | (342,250) | | | Spirit at 6%/ Store at 6% beg May (estimated) per month, no pay Spirit for april |
| Sales tax | | | (2,400) | | | added va prepay due 6/15 |
| Property tax | | (3,800) | | | | paid open store prop tax on 4/2 |
| Small vendor | (51,618) | (46,949) | (41,949) | (43,189) | (54,421) | 2/28 decreased from 5% of sales to 4.5%, GEC expenses ? |
| Insurance-GL Prop WC | | (20,900) | (7,500) | (10,000) | (6,000) | includes closed stores expense |
| Health ins- ACS Rx + Med | (18,500) | (10,000) | (10,000) | (10,000) | (18,500) | paid work comp and GL audits for 2019/2020 policy year on 2/4 |
| OPERATING EXPENSES (incl G&A) | (621,470) | (1,135,297) | (630,766) | (825,446) | (623,843) | |
| CF from Operations (incl Admin) | 175,476 | (394,137) | 110,394 | (62,051) | 116,648 | |
| Debt | | | | | | |
| McLane | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) | |
| Equip/reopen store | (10,000) | (50,000) | (10,000) | (90,000) | (10,000) | capex added $50k for 714 reopen by 7/4, 2623 open P8, have not added sales for these stores |
| Prof fees-Corp | | (4,000) | | (5,000) | | |
| Other fees | | | | (2,050) | | bk utility deposit estimated to pay 4/15, $20k Q2 bk fee |
| Non-operating cash out | (15,000) | (59,000) | (15,000) | (118,350) | (15,000) | |
| Bank end balance | 2,749,493 | 2,296,356 | 2,392,250 | 2,211,848 | 2,225,496 | |
| Total Float | | | | | | |
| Ending cash consolidated | 2,749,493 | 2,296,356 | 2,392,250 | 2,211,848 | 2,225,496 | |
| Period change in cash | £36,848 | (523,998) | | | | <<<includes closed store expense about $55k pp |
| BOOK BALANCE | | | | | | Work in progress to show each bank accounts book balance which |
| Cash- Concentration #3900 | 2,749,493 | 2,296,356 | 2,392,250 | 2,211,848 | 2,225,496 | will total to ending cash above |
| Cash PPP BBT #4054 | | | | | | |
| DIP Operating #7290 | | | | | | |
| DIP PPP2 #7312 | | | | | | |
| DIP Payroll ZBA #7282 | | | | | | |
| DIP Tax #7304 | | | | | | |
| xxx | | | | | | |
| Total cash | 2,749,493 | 2,296,356 | 2,392,250 | 2,211,848 | 2,225,496 | |