UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
NEW BERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 21-00833-5-JNC |
| PLATINUM CORRAL, L.L.C. | ) | |
| Debtor | ) | CHAPTER 11 |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that Cindy G. Oliver of Longleaf Law Partners, files this notice of appearance as counsel for **Dogwood State Bank**, a creditor in the above-captioned case, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, and requests that all documents filed with the court in this case, all notices given or required to be given in this case and all papers served or required to be served in this case be sent to the following address:

Cindy G. Oliver
Longleaf Law Partners
4509 Creedmoor Road, Suite 302
Raleigh, North Carolina 27612

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all papers, reports, orders, notices, petitions, pleadings, appendices, exhibits, complaints, copies of applications, motions, disclosure statements, plans of readjustment of debts or reorganization, requests or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, electronic mail, courier service, delivery service, telephone, facsimile, telegraph, telex or otherwise.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance does not give express or implied consent by the undersigned or Longleaf Law Partners to accept service of process of any action commenced under Rule 7001 of the Federal Rules of Bankruptcy Procedure.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance or Request for Service nor any subsequent appearance, pleading, claim or suit, is intended to waive and should not be construed as a waiver of **Dogwood State Bank's** (1) right to have final orders in noncore matters entered only after *de novo* review or trial by a United States District Court, (2) right to trial by jury in any proceeding or trial so triable herein or in any case, controversy, or proceeding relating hereto, (3) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal or to seek abstention by the United States Bankruptcy Court on any matter; or (4) any other rights, remedies, claims, actions defenses, setoffs or recoupments to which **Dogwood State Bank** is or may be entitled under agreements, in law, in equity, or otherwise, all of which are expressly reserved.  Further, this

Notice of Appearance constitutes a special appearance and is not to be deemed a consent or waiver of the right to challenge jurisdiction of any court, including, without limitation, the United States Bankruptcy Court for the Eastern District of North Carolina, all of which rights are reserved without prejudice.

This the 22nd day of April 2021.

        LONGLEAF LAW PARTNERS

        s/ Cindy G. Oliver
        N.C. State Bar # 14258
        *Attorney for Dogwood State Bank*
        4509 Creedmoor Road, Suite 302
        Raleigh, North Carolina 27612
        (919) 645-4300
        coliver@longleaflp.com

CERTIFICATE OF SERVICE

I, Cindy G. Oliver, of LONGLEAF LAW PARTNERS, certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age:

That on this date, I mailed a copy of the foregoing **Notice of Appearance and Request For Notices** by depositing copies thereof in the United States mail, postage prepaid, in an envelope addressed as shown below, or alternatively, service was made by electronic means through the court's CM/ECF service on:

    Gerald A. Jeutter, Jr.          Via CM/ECF
    Anna B. Osterhout
    *Attorneys for Debtor*

    Marjorie K. Lynch          Via CM/ECF
    *Bankruptcy Administrator*

This the 22nd day of April 2021.

    LONGLEAF LAW PARTNERS

    s/ Cindy G. Oliver
    N.C. State Bar # 14258
    *Attorney for Dogwood State Bank*
    4509 Creedmoor Road, Suite 302
    Raleigh, North Carolina 27612
    (919) 645-4300
    coliver@longleaflp.com