IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
NEW BERN DIVISION

In Re:                                                       CASE NO. 21-00833-5-JNC

Platinum Corral, LLC

                                                           Chapter 11

       Debtor(s)

NOTICE OF SPECIAL APPEARANCE

Please take notice that the undersigned hereby enters a notice of special appearance as counsel for SVCN 4 LLC in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel, William F. Hill.

I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the court.

Respectfully Submitted, this the 27th day of April, 2021.

                                          /s/Douglas B. Rosner
                                          Douglas B. Rosner
                                          Massachusetts State Bar No: 559963
                                          Goulston & Storrs
                                          400 Atlantic Avenue
                                          Boston, MA 02110
                                          Telephone: (617) 574-6517
                                          Email: drosner@goulstonstorrs.com
                                          Attorney for SVCN 4 LLC


                                          /s/ William F. Hill
                                          William F. Hill
                                          State Bar No. 10929
                                          Attorney for SVCN 4 LLC
                                          Post Office Box 2517
                                          Greenville, North Carolina, 27836
                                          Telephone: (252) 355-4277
                                          Facsimile: (252) 355-2797
                                          Email: bill.hill@wfh-law.com
                                          Local Civil Rule 83.1(d) Counsel for SVCN 4 LLC

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
NEW BERN DIVISION

IN RE:                                                          Case No: 21-00833-5-JNC
Platinum Corral, LLC
    Debtor(s)                                                Chapter 11

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on today's date, I electronically filed the foregoing NOTICE OF SPECIAL APPEARANCE with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties requesting notice in this case and the parties listed below. I further certify that I have mailed the document to the non-CM/ECF participants as set out below by first class mail.

I certify under penalty of perjury that the foregoing is true and correct.

This the 27th day of April, 2021.

                                      /s/Douglas B. Rosner
                                      Douglas B. Rosner
                                      Massachusetts State Bar No: 559963
                                      Goulston & Storrs
                                      400 Atlantic Avenue
                                      Boston, MA 02110
                                      Telephone: (617) 574-6517
                                      Email: drosner@goulstonstorrs.com
                                      Attorney for SVCN 4 LLC


                                      /s/ William F. Hill
                                      William F. Hill
                                      State Bar No. 10929
                                      Attorney for SVCN 4 LLC
                                      Post Office Box 2517
                                      Greenville, North Carolina, 27836
                                      Telephone: (252) 355-4277
                                      Facsimile: (252) 355-2797
                                      Email: bill.hill@wfh-law.com
                                      Local Civil Rule 83.1(d) Counsel for SVCN 4 LLC

To:

| | |
|---|---|
| Gerald A. Jeutter, Jr.<br>Anna B. Osterhout<br>Attorneys for Debtor<br>P.O. Box 2611<br>Raleigh, NC 27601-2611<br>VIA CM/ECF ELECTRONIC MAILING | Platinum Corral, LLC<br>521 New Bridge St.<br>Jacksonville, NC 28540-5430<br>VIA FIRST CLASS MAIL |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
NEW BERN DIVISION

IN RE:  Case No: 21-00833-5-JNC
Platinum Corral, LLC

Chapter 11

Debtor(s)

**DISCLOSURE STATEMENT OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3, SVCN 4 LLC, who is a creditor of Platinum Corral, L.L.C., makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

    ☐ Yes ☒ No

2. Does party have any parent corporations?

    ☒ Yes ☐ No

If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

SVCN 4 LLC is an indirect wholly owned subsidiary of Service Properties Trust, a publicly traded real estate investment trust (NASDAQ: SVC). The manager of Service Properties Trust is The RMR Group LLC. The RMR Group LLC is owned by The RMR Group Inc. and ABP Trust. The RMR Group Inc. is a publicly traded company (NASDAQ: RMR).
.

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

    ☒ Yes ☐ No

If yes, identify all such owners: See Response to #2.

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3)?

    ☒ Yes ☐ No

5. Is party a trade association?

☐ Yes ☒ No

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock: N/A.

6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditor's committee: N/A.

This the 27th day of April, 2021.

/s/Douglas B. Rosner
Douglas B. Rosner
Massachusetts State Bar No: 559963
Goulston & Storrs
400 Atlantic Avenue
Boston, MA 02110
Telephone: (617) 574-6517
Email: drosner@goulstonstorrs.com
Attorney for SVCN 4 LLC


/s/ William F. Hill
William F. Hill
State Bar No. 10929
Attorney for SVCN 4 LLC
Post Office Box 2517
Greenville, North Carolina, 27836
Telephone: (252) 355-4277
Facsimile: (252) 355-2797
Email: bill.hill@wfh-law.com
Local Civil Rule 83.1(d) Counsel for SVCN 4 LLC

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
NEW BERN DIVISION

IN RE:                                                                                   Case No: 21-00833-5-JNC
Platinum Corral, LLC                                                           Chapter 11
    Debtor(s)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on today's date, I electronically filed the foregoing DISCLOSURE STATEMENT OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties requesting notice in this case and to the parties listed below. I further certify that I have mailed the document to the non-CM/ECF participants as set out below by first class mail.

I certify under penalty of perjury that the foregoing is true and correct.

This the 27th day of April, 2021.

/s/Douglas B. Rosner
Douglas B. Rosner
Massachusetts State Bar No: 559963
Goulston & Storrs
400 Atlantic Avenue
Boston, MA 02110
Telephone: (617) 574-6517
Email: drosner@goulstonstorrs.com
Attorney for SVCN 4 LLC

/s/ William F. Hill
William F. Hill
State Bar No. 10929
Attorney for SVCN 4 LLC
Post Office Box 2517
Greenville, North Carolina, 27836
Telephone: (252) 355-4277
Facsimile: (252) 355-2797
Email: bill.hill@wfh-law.com
Local Civil Rule 83.1(d) Counsel for SVCN 4 LLC

To:

| | |
|---|---|
| Gerald A. Jeutter, Jr.<br>Anna B. Osterhout<br>Attorneys for Debtor<br>P.O. Box 2611<br>Raleigh, NC 27601-2611<br>VIA CM/ECF ELECTRONIC MAILING | Platinum Corral, LLC<br>521 New Bridge St.<br>Jacksonville, NC 28540-5430<br>VIA FIRST CLASS MAIL |